1  **Mathew Tyler**

2  550 Vallombrosa Ave # 6471

3  Chico, CA 95927

4  +1-262-757-8802

5  hi@tylerpresident.com

6  **Plaintiff, Pro per pro se**

7  **Dated:** January 30, 2025

**FILED**

JAN 3 0 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  **MATHEW TYLER,**

11  *Plaintiff,*

12  **v.**    2:25 CV 0404 · DAD · DMC (PS)

13  **118TH US CONGRESS,**

14  **US DEPARTMENT OF JUSTICE, et al.,**

15  **US Attorney's Office Northern California, et al.,**

16  **Benjamin C. Mizer, et seq., in official capacity as Principal Deputy**

17  **Associate Attorney General, US Department of Justice,**

18  **California Attorney General,**

19  SHIRLEY WEBER, in her official capacity as California Secretary **of State,**

20  FIONA MA, in her official capacity as California State **Treasurer,**

21  **James Gallagher, in official capacity as CA. Assemblyman**

22  **Washington US Attorney / DOJ,**

1   UTAH LT. GOVERNOR,

2   UTAH ATTORNEY GENERAL,

3   NEW HAMPSHIRE DOJ,

4   RHODE ISLAND EEOC,

5   DOES 1-50

6

7   *Defendants.*

8

9   Case No.

10

11   **COMPLAINT FOR TREASON, VIOLATION OF CIVIL RIGHTS, AND OTHER**

12   **CRIMES**

13   **JURY TRIAL DEMANDED**

14   **I. INTRODUCTION**

15   1. Plaintiff, Mathew Tyler, is an indigent layperson, a U.S. citizen, resident of

16   California, and a 2016-2084 U.S. Presidential candidate. Mr. Tyler is a qualified

17   individual with a disability under the Americans with Disabilities Act ("ADA")

18   and Section 504 of the Rehabilitation Act. Mr. Tyler's disabilities substantially

19   limit major life activities.

20   2. Defendants are various federal and state entities, officials, and individuals,

21   including the 118th U.S. Congress, the U.S. Department of Justice, the California

1   Secretary of State, and others, who are sued in their official and individual

2   capacities as appropriate.

3   3. DOES 1-50 are other state and federal officials whose identities are currently

4   unknown to Plaintiff.

5   4. This action concerns Defendants' blatant disregard for the U.S. Constitution,

6   federal laws, and international treaties protecting the civil rights of individuals

7   with disabilities. Defendants' unlawful actions have deprived Mr. Tyler of his

8   fundamental rights, including the right to vote, the right to participate in the

9   electoral process, and the right to equal protection under the law.

10   5. Defendants' actions constitute treason, deprivation of rights under color of law,

11   conspiracy against rights, discrimination on the basis of disability, and numerous

12   other violations of federal and state laws.

13   6. Mr. Tyler seeks immediate declaratory and **immediate, preliminary and**

14   **permanent injunctive relief**, compensatory and punitive damages, attorneys'

15   fees, and other appropriate remedies to redress the grievous harm caused by

16   Defendants' unlawful conduct.

17   **II. JURISDICTION AND VENUE**

18   1. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 28

19   U.S.C. § 1343.

20   2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) as a substantial

21   part of the events giving rise to the claim occurred in this district.

22   **III. FACTUAL BACKGROUND**

1.  In Barron v. Baltimore (1833) the Supreme Court held that the Bill of Rights did not apply to state governments.  In accordance with Article VI, clause 2 of the US Constitution (the "Supremacy clause"), the Supreme Court erred.

    a) As the supreme law of the land, the US Constitution applies everywhere in the United States of America unless explicitly conferred otherwise by a Constitutional amendment; i.e., "...any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

        i.  Historical, practical, and Federalism arguments to the contrary are as inconsequential as they are irrelevant, the unequivocal language leaves no room for ambiguity about the supremacy of the Constitution. Effectively nullifying any state law or constitutional provision that conflicts with valid federal law or the Constitution, ensuring the cohesion of the federal system and the uniform application of national policies across all states; and,

        ii. The "Incorporation Doctrine" principle and "selective incorporation approach" principle is "Fruit of the poisonous tree"

            (1)The use or continued use of these principles is not only unconstitutional, it is tantamount to obstruction

1          of justice and deprivation of rights without being

2          afforded due process.

3                    iii. Unless conferred restrictively[1], the entire US Constitution,

4                         including the "Unincorporated Rights" preempt and prevail

5                         regardless if ever "Incorporated"

6          b) **As a matter of the letter of the law, in accordance with Article**

7             **VI, clause 2 of the US Constitution, absent a Constitutional**

8             **amendment to the contrary, the Supreme Court is prime facie**

9             **without the authority to preside over the US Constitution as the**

10            **US Constitution is peerless; being peerless makes the Supreme**

11            **Court inferior to the US Constitution, pursuant to Article VI,**

12            **clause 2, an inferior cannot exert authority over the supreme**

13            **law of the land.**

14    2. In light of the rampant government fraud and corruption, including the

15       highest prosecutors of the land, the United States Department of Justice

16       and US Attorney's, Plaintiff demands either the government prosecute on

17       Plaintiff's behalf or demonstrate that never in the history of English law

18       that a citizen has prosecuted crimes in the absence of the government or

19       violate Plaintiff's equal protection rights without first affording Plaintiff of

20       due process.

21    3. Defendants willingness to commit such egregious hate crimes against

22       Plaintiff solely from Defendants prejudice/bias against people with a

---

1    XVIII amendment to the US Constitution; i.e., medicinal and religious exceptions

1     disability signifies the Defendants willingness to interfere or tamper with

2     the election in any other means too.

3    4. The election and results being "Fruit of the Poisonous Tree,"[2] the United

4     States is currently without a legitimate US President, Vice President, or

5     Administration.  Without a legitimate US President, the United States

6     cannot provide anyone with a Presidential pardon.  The origin of the

7     current 47th US President originating from fraud & corruption, nothing

8     other than re-conducting the 2024 Presidential election to include Mr.

9     Tyler can ever be done to legitimize any of this.

10    5. **Continuing Violations Doctrine;** the plainly unconstitutionally, illegally,

11     and fraudulently tampered with 2024 election's improper conduct to

12     exclude Mr. Tyler solely for Mr. Tyler having a disability and requesting a

13     reasonable accommodation constitutes a continuing violation of crimes

14     indicated herein. The continuing-violations doctrine allows Plaintiff to

15     challenge these ongoing violations. Plaintiff's previous attempts to raise

16     awareness of these crimes were ignored by Defendants which is part of

17     this criminal / civil complaint.

18    6. **Manifest Injustice;** Continued enforcement of the unconstitutionally,

19     illegally, and fraudulently tampered 2024 election will result in manifest

20     injustice to Petitioner and other similarly situated parties.

21  2. **Discrimination and Denial of Ballot Access:**

---

2 In **In re Leslie Fay Cos.**, 168 B.R. 581 (S.D.N.Y. 1994), the court addressed disqualification due to fundamental procedural errors. The same principle applies here, as the State's improper conduct undermines statutory requirements and affect the entire legitimacy of the United States.

1      a. In 2024, Mr. Tyler made a Section 504/ADA request for reasonable

2      accommodations to the Secretary of State for all 50 states. Mr. Tyler specifically

3      requested a medical exception to the requirement of collecting hundreds of

4      thousands of signatures from each state to obtain unaffiliated ballot access in the

5      2024 general election.

6      b. Despite Mr. Tyler's repeated requests and citations to superseding federal laws,

7      including the U.S. Constitution and the ADA, all 50 states refused to provide

8      reasonable accommodations and denied Mr. Tyler access to the ballot.

9      c. Defendants' actions constituted a clear violation of Mr. Tyler's civil rights and a

10      discriminatory denial of his right to participate in the electoral process.

11      d. Defendants violated the clear will of Congress, as Congress re-affirmed the

12      ADA with the "ADA Amendments Act of 2008" after the Supreme Court imposed

13      its political bias of disability discrimination through limiting the scope of the

14      ADA.

### Section 504 / ADA Accessibility/Request for Modifications

**Authority**

17      1. Pursuant to Article 6, Clause 2 of the U.S. Constitution (herein the

18      "SUPREMACY CLAUSE"), in accordance with the 1st amendment to the

19      U.S. Constitution to petition the Government for a redress of grievances

20      via the 14th amendment to the U.S. Constitution as/if/when necessary; 18

21      U.S.C. § 3771, 42 U.S.C. § 12202, "*Section 504 of the Rehabilitation Act of*

22      *1973*," 29 U.S.C. § 794 (herein "Section 504"), the "*Americans with*

1    *Disabilities Act of 1990*," 42 U.S.C. §§ 12101 et seq. (herein "ADA"); and

2    the 1990 Copenhagen Commitment sections 5.1, 5.3, 5.4, 6, 7.1, 7.3, 7.5,

3    7.6, 7.7, 7.8; collectively herein "AUTHORITY".

4    a) Preemption of inconsistent state law when necessary to effectuate a

5    required "reasonable modification" is affirmed by, *Mary Jo C. v.*

6    *New York State and Local Retirement Sys.*, No. 11-2215, 35 at 6 -

7    36 at 2, 37 at 7 - 39 at 9 (2d Cir. 2013)

8    **2. Request**

9    a) Pursuant to the aforementioned AUTHORITY, as a U.S.

10    citizen and qualified individual with a disability[34], Mathew Tyler

11    (herein "Mr. Tyler" and "REQUESTOR") hereby requests the fol-

12    lowing reasonable modifications in: policies, practices, and proce-

13    dures;

14    b) an exception to all and any policies, practices, or procedures

15    that might prevent in whole or in part this complaint from being in-

16    vestigated and acted upon fully in its entirety.

17    **3. Election Interference and Tampering:**

18    a. Defendants' refusal to accommodate Mr. Tyler's disability and their subsequent

19    denial of ballot access constituted intentional interference and tampering with the

20    2024 general election.

---

3    42 U.S.C. § 12131(2)

4    Afflicted with Central core disease and ADHD; major life activities affected by Central core disease: performing manual tasks, walking, standing, lifting, bending, breathing, and stamina; ADHD: learning, reading, concentrating, thinking, communicating, time/appointments, and working

1       b. By excluding Mr. Tyler from the election solely due to his disability,

2       Defendants undermined the integrity of the electoral process and deprived Mr.

3       Tyler of his fundamental right to vote.

4       c. Defendants' actions furthered a discriminatory scheme to provide aid and

5       comfort to their preferred candidate(s), thereby committing treason against the

6       United States.

7      **4. Government Fraud and Corruption:**

8       a. Defendants' conduct demonstrates a pattern of government fraud and

9       corruption, including the misuse of public resources and the obstruction of justice.

10      b. Defendants' actions have undermined the rule of law and eroded public trust in

11      government institutions.

12     **5. Failure to Investigate and Prosecute:**

13      a. Despite Mr. Tyler's numerous complaints and requests for assistance, various

14      government agencies, including the U.S. Department of Justice and state and local

15      law enforcement, failed to investigate or prosecute Defendants' criminal acts.

16      b. These agencies' inaction further enabled Defendants' unlawful conduct and

17      perpetuated the deprivation of Mr. Tyler's civil rights.

18  **IV. CAUSES OF ACTION**

19  **A. Count I: Violation of the First Amendment (Freedom of Speech and Association)**

1        1. Defendants' actions have deprived Mr. Tyler of his right to freedom of speech and

2           association by preventing him from participating in the electoral process as an

3           unaffiliated candidate.

4    **B. Count II: Violation of the Fifth and Fourteenth Amendments (Due Process and**

5    **Equal Protection)**

6        1. Defendants' actions have deprived Mr. Tyler of his right to due process and equal

7           protection under the law by arbitrarily excluding him from the electoral process

8           based on his disability and need for medical accommodation.

9    **C. Count III: Violation of the Americans with Disabilities Act and Section 504 of the**

10   **Rehabilitation Act**

11       1. Defendants have discriminated against Mr. Tyler on the basis of his disability by

12          failing to provide reasonable accommodations in the electoral process.

13   **D. Count IV: Conspiracy to Interfere with Civil Rights (18 U.S.C. §§ 241-242, 42**

14   **U.S.C. § 1983, 42 U.S.C. § 1985)**

15       1. Defendants have conspired to deprive Mr. Tyler of his civil rights by collectively

16          refusing to accommodate his disability in the electoral process.

17   **E. Count V: Treason (Article III, Section 3 of the U.S. Constitution; 18 U.S.C. §**

18   **2381)**

19       1. Owing allegiance to the United States, Defendants have adhered to the enemies of

20          the United States, giving them aid and comfort, through the national intentional

21          interference and tampering with the 2024 U.S. Election to provide aid and comfort

1     to the 45th U.S. President and his supporters who led and committed an

2     insurrection against the United States on January 6, 2021.

3   **F. Additional Counts**

4       1. Mr. Tyler also brings claims for:

5           a. Interfering with federally protected activities (18 U.S.C. § 245(b)(1)(A), (B),

6           (E))

7           b. Violating the 1990 Copenhagen Commitment

8           c. Negligence to prevent (42 U.S.C. § 1986)

9           d. Interference by administrative employee (18 U.S.C. § 595)

10          e. Failure to request funds (42 U.S.C. § 2000d-6(d)

11          f. Failure to promulgate and denial of benefits (29 U.S.C. § 794(a))

12          g. Failure to induce compliance (28 C.F.R. § 42.108(a))

13          h. Failure to investigate alleged violations (42 U.S.C. § 12188(b)(1)(A)(i))

14          i. Failure to coordinate compliance (28 C.F.R. § 35.190(a))

15          j. Failure to investigate Section 504 complaints (28 C.F.R. § 35.171(ii)(3)(i))

16          k. Failure to notify the public entity of the receipt and acceptance of the complaint

17          (28 C.F.R. § 35.171(c)(1))

18          l. Failure to investigate complaints (28 C.F.R. § 35.172(a))

19          m. Failure to attempt informal resolution (28 C.F.R. § 35.172(c))

1       n. Honest services fraud (18 U.S.C. § 1346)

2       o. Violation of federal anti-discrimination laws (42 U.S.C. § 2000a(d))

3       p. Hate crimes (18 U.S.C. § 249(a)(1)-(2))

4       q. Theft of public resource/property in the commission of a crime

5       r. Violent crime against property through extortion, mail fraud, wire fraud,

6       embezzlement, dealing in obscene matter, obstruction of justice (18 U.S.C. §

7       1961(1))

8       s. Fraud scheme (18 U.S.C. § 1341)

9       t. Wire fraud, government computers used in the commission of crimes (18 U.S.C.

10       § 1343)

11       u. Violation of 18 U.S.C. § 1503

12       v. Owing allegiance to the U.S., failure to disclose treason (18 U.S.C. § 2382)

13       w. Imposing eligibility criteria that screens out or tends to screen out an individual

14       with a disability (28 C.F.R. § 35.130(b)(3), (6), (8); 42 U.S.C. § 12182(b)(1)(A)

15       (i), (2)(A)(iii))

16       x. Refusing to make reasonable modifications (28 C.F.R. § 35.130(b)(1)(i)-(vii),

17       (2), (7); 42 U.S.C. § 12182(b)(2)(A)(ii))

18       y. Failing to demonstrate how honoring Mr. Tyler's Section 504/ADA request for

19       reasonable modifications would fundamentally alter anything (28 C.F.R. § 35.164)

20  **V. PRAYER FOR RELIEF**

1    WHEREFORE, Plaintiff respectfully requests that this Court:

2    1. Declare that Defendants' actions violate the First, Fifth, and Fourteenth

3       Amendments to the U.S. Constitution, the ADA, Section 504 of the Rehabilitation

4       Act, and other applicable laws.

5    2. Declare the entire 2024 Presidential election proceedings, results, and any

6       resulting orders as "Fruit of the Poisonous Tree" tainted by the widespread,

7       national election interference and tampering by state-level personnel in all 50

8       states.

9    3. Order the termination of, or refuse to grant or continue, federal financial

10      assistance to all 50 states pursuant to federal financial anti-discrimination

11      requirements.

12   4. In California, order the enforcement of California Government Code §§ 11135-

13      11139.

14   5. Issue a preliminary and permanent injunction requiring Defendants to provide

15      reasonable accommodations for Mr. Tyler's disabilities in all electoral processes:

16         a) Modify ballot access requirements to accommodate disabilities; and,

17         b) Implement policies ensuring equal access to election process; and,

18         c) Properly investigate and remedy civil rights violations; and,

19         d) Cease discriminatory practices.

20   6. Award compensatory damages in an amount to be determined at trial.

1    7. Award punitive damages against the individual defendants in their personal

2       capacities.

3    8. Award Mr. Tyler his costs and reasonable attorneys' fees pursuant to 42 U.S.C. §

4       1988.

5    9. Grant such other and further relief as the Court deems just and equitable.

6                          **DEMAND FOR JURY TRIAL**

7       Plaintiff hereby demands a trial by jury on all claims so triable.

8    **VI. CERTIFICATION AND CLOSING**

9    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

10   knowledge, information, and belief that this complaint: (1) is not being presented for an

11   improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the

12   cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for

13   extending, modifying, or reversing existing law; (3) the factual contentions have

14   evidentiary support or, if specifically so identified, will likely have evidentiary support

15   after a reasonable opportunity for further investigation or discovery; and (4) the

16   complaint otherwise complies with the requirements of Rule 11.

17   I agree to provide the Clerk's Office with any changes to my address where case-related

18   papers may be served. I understand that my failure to keep a current address on file with

19   the Clerk's Office may result in the dismissal of my case.

20   **Dated:** January 26, 2025

21   **Respectfully submitted,**

1

2

3            **Mathew Tyler**

4            550 Vallombrosa Ave # 6471

5            Chico, CA 95927

6            +1-262-757-8802

7            hi@tylerpresident.com

8            **Plaintiff, Pro per pro se**

9

1        **VERIFICATION**

2    I, Mathew Tyler, declare under penalty of perjury under the laws of the State of California

3    that the foregoing is true and correct to the best of my knowledge and belief.

4

5    Executed on ___1/30/2025___, at Butte County, California.

6

7

8    Mathew Tyler

9

10

11

12   **Attachments**

13       1.  Exhibits A-F (State Communications)

14       2.  Local Rule 131(b) Certificate of Interested Entities

15

16

 Gmail                                                                    Mathew Tyler ████████

## Response to Your Request

**LegalSupport** <legalsupport@sos.ca.gov>                                          Fri, Jul 26, 2024 at 10:42 AM
To: ████████████████████████████

Mr. Tyler,

We are in receipt of your January and July 2024 requests for reasonable accommodations and/or modifications for ballot access as an independent presidential candidate and to the signature requirements related to having a measure placed on the ballot, among other things. Both of your requests were forwarded to our Elections Division and legal staff for review.

The Secretary of State's office has no legal authority to unilaterally waive or otherwise set aside signature requirements related to the independent presidential candidacy process or for the ballot measure process.

You may be interested in the write-in candidacy process for presidential candidates. The write-in candidacy process does not require nominations signatures: https://elections.cdn.sos.ca.gov/statewide-elections/2024-general/president-elector-write-in.pdf.

Legal Affairs Office

California Secretary of State

T: 916-695-1242

E: legalsupport@sos.ca.gov

 **SHIRLEY N. WEBER, Ph.D.**

   

**Confidentiality Notice:** This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

 Gmail

Mathew Tyler ████████████

## Response to Your Request

**Mathew Tyler** ████████████████                                    Fri, Jul 26, 2024 at 10:20 PM
To: LegalSupport <legalsupport@sos.ca.gov>
Cc: contact.center@calcivilrights.ca.gov, accommodations@calcivilrights.ca.gov

Dr. Weber,

I am not interested in being a "write-in," I am interested in being allowed to participate in an election that my taxes help fund.

In addition to the my requests which California Secretary of State is in receipt of, under what authority are these signature requirements even permitted? U.S. Const. art. I, § 4, cl. 1 does not include setting criteria; times, places, and manner, not qualifications or criteria.

Doctor's note attached.

29 C.F.R. § 1630.2(j)(iii), "The **primary object** of attention in cases brought under the ADA should be **whether covered entities** have **complied *with their* obligations** and whether discrimination has occurred, ***not*** whether an individual's impairment substantially limits a major life activity. Accordingly, the threshold issue of whether an impairment "substantially limits" a major life activity should not demand extensive analysis." (emphasis added)

If I spoke a different language than what the material the state provides, would I be disqualified from participating or would the state be required to provide translated materials? Even if not required, would the state be so unChristian that it would be unwilling to help a person asking for help?

Can the state deny some citizens from using its roads or certains lanes of the road whilst allowing others to use it? No. Why not? Because it's all paid for with the public purse. Some people being able to utilize public resources whilst others are being denied, who haven't first been afforded due process, violates people's equal protection rights afforded by the 14th amendment to the US Constitution...

Why would I, a qualified individual with a disability, be excluded from participating solely from my legitimate medical inability to acquire the signatures? 42 U.S. Code § 12132; 42 U.S. Code § 12182(a); 42 U.S. Code § 12112(a)

What kind of people commit crimes (42 U.S.C. § 2000a[d]) against disabled people? Despite being required(2) to include me, you people are literally trying to exclude me. "Discrimination or segregation by an establishment is supported by State action within the meaning of this subchapter if such discrimination or segregation (1) is carried on under color of any law, statute, ordinance, or regulation; or (2) is carried on under color of any custom or usage required or enforced by officials of the State or political subdivision thereof; or (3) is required by action of the State or political subdivision thereof." 42 U.S.C. § 2000a(d)

> "A public entity shall not rely on an adult accompanying an individual with a disability to interpret or facilitate communication..." 28 C.F.R. § 35.160(c)(2)

> "Although [plaintiffs] were ultimately able to cast their vote with the fortuitous assistance of others, the purpose of the Rehabilitation Act is 'to empower individuals with disabilities to maximize employment, economic self-sufficiency, independence, and inclusion and integration into society'.... The right to vote should not be contingent on the happenstance that others are available to help." *Nat'l Fed'n of the Blind v. Lamone*, 813 F.3d 494, 506-7 (4th Cir. 2016)

The world will know your names; the perpetuity of the Internet.

**Prohibition of discrimination when federal financial assistance is involved--**

Prohibition of discrimination in any program or activity by recipients or applicants of Federal financial assistance pursuant to basically all federal policy; i.e., 42 U.S.C. § 12132; 42 U.S.C. § 12133; 42 U.S. Code § 2000a(a), (d); 42 U.S. Code § 2000a-1; 42 U.S. Code § 2000a-2(a); 42 U.S. Code § 2000d; 28 CFR § 42.503, 28 C.F.R. § 42.108

Cal. Gov't Code § 11136-11139 prohibits State of California monies being used for disability discrimination.

Disability discrimination, "Subject to the provisions of this subchapter, no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity." 42 U,S,C, § 12132

"It shall be discriminatory to subject an individual or class of individuals on the basis of a disability or disabilities of such individual or class, directly, or through contractual, licensing, or other arrangements, to a denial of the opportunity of the individual or class to participate in or benefit from the goods, services, facilities, privileges, advantages, or accommodations of an entity." 42 U.S.C. § 12182(b)(1)(A)(i)

"the imposition or application of eligibility criteria that screen out or tend to screen out an individual with a disability or any class of individuals with disabilities from fully and equally enjoying any goods, services, facilities, privileges, advantages, or accommodations, unless such criteria can be shown to be necessary for the provision of the goods, services, facilities, privileges, advantages, or accommodations being offered;" 42 U.S.C. § 12182(b)(2)(A)(i)

"a failure to make reasonable modifications in policies, practices, or procedures, when such modifications are necessary to afford such goods, services, facilities, privileges, advantages, or accommodations to individuals with disabilities, unless the entity can demonstrate that making such modifications would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations;" 42 U.S.C. § 12182(b)(2)(A)(ii)

"a failure to take such steps as may be necessary to ensure that no individual with a disability is excluded, denied services, segregated or otherwise treated differently than other individuals because of the absence of auxiliary aids and services, unless the entity can demonstrate that taking such steps would fundamentally alter the nature of the good, service, facility, privilege, advantage, or accommodation being offered or would result in an undue burden;" 42 U.S.C. § 12182(b)(2)(A)(iii)

Article VI, clause 2 of the US Constitution (the "Supremacy Clause") establishes that the US Constitution is the supreme law of the law. Followed by federal laws. Followed then by state laws. e.g. and i.e., although some states have legalized/decriminalized marijuana, marijuana is still federally illegal in those states and as such the federal government can choose to enforce the law in those states. A state can't pass a law that would exempt its residents from IRS/federal taxes because the state lacks the authority to supersede federal law. If a person, like a bureaucrat and their family are put on the federal do not fly list, the state can do nothing about that. In accordance with the US Constitution, in case of conflict, federal law supersedes state law thus the SOS would not be violating state law as state law is precluded.

"...compelled to follow the directive from the state, but the Supremacy Clause of the Constitution requires a different order of priority. A **discriminatory state law** is **not a *defense*** to liability under federal law; **it is a *source* of liability under federal law**. *Williams v. General Foods Corp.,* 492 F.2d 399, 404 (7th Cir. 1974)"; *(emphasis added) Quinones v. City of Evanston,* 58 F.3d 275, 277 (7th Cir. 1995)

"A public entity shall administer services, programs, and activities in the most integrated setting appropriate to the needs of qualified individuals with disabilities. ," 28 C.F.R. § 35.130(d)

"Except as provided in paragraph (b) of this section, this part *applies to all services, programs, and activities provided or made available by public entities*." 28 C.F.R. § 35.102(a)

"Under Title II of the ADA, **no qualified individual with a disability shall, on the basis of disability, be excluded from participation in or be denied the benefits** of the **services, programs, or activities of a public entity, or be subjected to discrimination by any such entity**. 42 U.S.C. § 12132; 28 C.F.R. § 35.130(a). This means that the County must give

individuals with disabilities an equal opportunity to participate in and benefit from any service provided to others. 42 U.S.C. § 12132; 28 C.F.R. § 35.130(b)(1). These legal requirements include providing equal access to the County's website and the public content posted there." (*letter_of_findings-upton_county_tx_election_website_accessibility_1.pdf*)

"The ADA is meant to ensure that people with disabilities can fully participate in all aspects of civic life. Under Title II, all state/local governments must follow the ADA regardless of their size." via https://www.ada.gov/topics/title-ii/ (An official Department of Justice .gov website)

"The Americans with Disabilities Act (ADA) is a federal civil rights law that provides protections to people with disabilities to **ensure that they are treated equally in all aspects of life. Title II of the ADA requires state and local governments ("public entities")** to **ensure that people with disabilities have a full and equal opportunity to vote. *The ADA's provisions apply to all aspects of voting*,**" https://www.ada.gov/resources/polling-places-checklist/

Again for any Dunning-Kruger effect imbeciles and/or ignoramuses alike,

# "...*all aspects of voting.*"

"The primary purpose of the ADA Amendments Act is to **make it easier** for people with **disabilities** to obtain **protection** under the ADA. Consistent with the ADA Amendments Act's purpose of reinstating a broad scope of protection under the ADA, the definition of "disability" in this part shall be **construed broadly *in favor* of expansive coverage to the maximum extent permitted by the terms of the ADA.** The primary object of attention in cases brought under the ADA should be **whether entities covered under the ADA** have complied with **their obligations and whether discrimination has occurred**, not whether the individual meets the definition of "disability." The question of whether an individual meets the definition of "disability" under this part should not demand extensive analysis. " 28 C.F.R. § 35.101(b)

**No state immunity**; "A **State** shall **not** be **immune** under the **eleventh amendment** to the Constitution of the United States ... in **Federal** or State court ... **violation** of this chapter. In any action against a State for a violation of the requirements of this chapter, remedies (including remedies both at law and in equity) are available for such a violation to the same extent as such remedies are available for such a violation in an action against any public or private entity other than a State." (emphasis added) 42 U.S. Code § 12202

It is also worth pointing out that I am not the one poised to be **criminally charged** with disability discrimination supported by state action, deprivation of civil rights, deprivation of federally protected activities (18 U.S.C. § 245(b)(1)(A), (B), (E)), **you and your colleagues are**; 42 U.S. Code § 12202, 42 U.S.C. § 1986, 18 U.S.C. § 595, 42 U.S.C. § 1983, 18 U.S.C. § 241, 18 U.S.C. § 242,

*Herschaft v. New York Bd. of Elections*, No. 00 CV 2748 (CBA), 2001 WL 940923, at *6 (E.D.N.Y. Aug. 13, 2001), aff'd sub nom. *Herschaft v. NY Bd. of Elections*, 37 F. App'x 17 (2d Cir. 2002) is not applicable. Not only does it not deal with an ADA request for reasonable accommodations, it predates the "ADA Amendments Act of 2008" which Congress enacted to restore and strengthen the ADA from court decisions weakening it; i.e., https://en.wikipedia.org/wiki/ADA_Amendments_Act_of_2008#Reasons_for_enactment

### Preemption / preclusion of conflicting state laws--

Preemption of inconsistent state law when necessary to effectuate a required "reasonable modification" is established by the "Supremacy Clause" (Article 6, clause 2 of the US Constitution) and is affirmed by, *Mary Jo C. v. New York State and Local Retirement Sys.*, No. 11-2215, 35 at 6 - 36 at 2, 37 at 7 - 39 at 9 (2d Cir. 2013).

` The "natural effect" of Title II's "reasonable modification" requirement, Crosby, 530 U.S. at 373, in light of the foregoing observations, requires preemption of inconsistent state law when necessary to effectuate a required "reasonable modification." Congress clearly meant Title II to sweep broadly. If all state laws were insulated from Title II's reasonable modification requirement solely because they were state laws, "state law [would serve as] an obstacle to the accomplishment and execution of the full purposes and objectives of Congress" in enacting Title II. Marsh, 499 F.3d at 177. Far from "provid[ing] a clear and comprehensive national mandate for the elimination of discrimination against individuals with disabilities," 42 U.S.C. § 12101(b)(1), the ADA would be powerless to work any reasonable modification in any

requirement imposed by state law, no matter how trivial the requirement and no matter how minimal the costs of doing so. We conclude that the ADA's reasonable modification requirement contemplates modification to state laws, thereby permitting preemption of inconsistent state laws, when necessary to effectuate Title II's reasonable modification provision.[8]` *(Mary Jo C. v. New York State and Local Retirement Sys., No. 11-2215 [2d Cir. 2013])*

`...the ADA preempts inconsistent state law when appropriate and necessary to effectuate a reasonable accommodation under Title II is also consistent with decisions from our sister Circuits. See, e.g., Barber v. Colorado Dep't of Revenue, 562 F.3d 1222, 1232-33 (10th Cir. 2009) (ultimately concluding that there was no conflict between state law and the ADA in the case before it, but observing that the court "in no way affirm[ed] the district court's conclusion that `[a]n accommodation that would have required defendants to willfully ignore or violate the law is per se not reasonable.'" (citation omitted)); Quinones v. City of Evanston, Ill., 58 F.3d 275, 277 (7th Cir. 1995) ("[The defendant] believes that it is compelled to follow the directive from the state, but the Supremacy Clause of the Constitution requires a different order of priority. A discriminatory state law is not a defense to liability under federal law; it is a source of liability under federal law." (emphasis in original)); Williams v. Gen. Foods Corp., 492 F.2d 399, 404 (7th Cir. 1974) (similar). As the Ninth Circuit explained:

> The court's obligation under the ADA . . . is to ensure that the decision reached by the state authority is appropriate under the law and in light of proposed alternatives. Otherwise, any state could adopt requirements imposing unreasonable obstacles to the disabled, and when haled into court could evade the antidiscrimination mandate of the ADA merely by explaining that the state authority considered possible modifications and rejected them...

The NYSLRS argues that "Title II . . . requires reasonable modification only of `rules, policies, or practices' — not state statutes," NYSLRS Br. 19, and seeks to distinguish Crowder, which contemplated the modification of a mandatory Hawaii State administrative regulation rather than a state statute, see Crowder, 81 F.3d at 1481-85, on this ground, NYSLRS Br. 21 n.6. But as a general rule, duly promulgated state regulations have the force of law for these purposes as do statutes. See, e.g., State v. Kotis, 91 Hawai'i 319, 331, 984 P.2d 78, 90 (1999) (Under Hawaii law, "[a]dministrative rules, like statutes, have the force and effect of law."); Allstate Ins. Co. v. Rivera, 12 N.Y.3d 602, 608, 911 N.E.2d 817, 820, 883 N.Y.S.2d 755, 758 (2009) (under New York law, "[a] duly promulgated regulation . . . has the force of law." (internal quotation marks omitted)). From the standpoint of the ADA's preemptive force, we can discern no reason to distinguish between the preemption of state statutes and state regulations. Cf. Crosby, 530 U.S. at 372 n.6 (noting that "a variety of state laws and regulations may conflict with a federal statute" and be preempted). And for the reasons discussed above, we do not read the ADA to prohibit reasonable modifications to state statutes when appropriate.` *(Mary Jo C. v. New York State and Local Retirement Sys., No. 11-2215 [2d Cir. 2013])*

Qualification standards and selection criteria that screen out people based on their disabilities that are not job-related or consistent with business necessity violate the ADA *(complaint_-_united_states_v_ alabama_department_of_transportation.pdf)*

"...to avoid discrimination, a public entity must reasonably modify its policies, procedures, or practices when necessary to avoid disability discrimination, unless it can show that the modifications would fundamentally alter the nature of the service, program, or activity." (statement_of_interest-in_re_ georgia_sb_202.pdf)

### Constitutionally--
The state does not even have the authority to require criteria for federal level jobs; the entire notion is probably the most absurdly preposterous, delusional lunacy ideas devoid of reality I have heard in my entire life.

U.S. Const. art. I, § 4, cl. 1 does not include setting criteria; times, places, and manner, not qualifications or criteria.

If states lack the power to impose criteria for the House and the Senate(3)(4)(5), why would states have the power to impose criteria for the highest job of the land? In accordance with the supreme law of the land, specifically the "Supremacy Clause" (Article 6, clause 2 of the US Constitution), the state would have to be above the US Constitution to supersede the Constitutional requirements as established by Article II, section 1, clause 5 of the US Constitution. Which would also contradict the Founding fathers original intention. Absent a US Constitutional amendment establishing otherwise, the power for states to

require criteria has never been allocated to the states. This is the literal letter of the law; which has never even been disproven or even refuted by the state.

*"...until the late 1800's, all ballots cast in this country were write-in ballots. The system of state-prepared ballots, also known as the Australian ballot system, was introduced in this country in 1888. See L.E. Fredman, The Australian Ballot: The Story of an American Reform ix (1968). Prior to this, voters prepared their own ballots or used preprinted tickets offered by political parties. Since there were no state-imposed restrictions on whose name could appear on a ballot, individuals could always vote for the candidates of their choice." Burdick v. Takushi.* 504 U.S. 428, 446 (1992)

A state's presidential eligibility requirements (e.g., requiring candidates to get X amount of signatures of eligible voters from that state, PER state) are plainly unconstitutional, an illegal and illegitimate government overreach. Violating the tenth amendment to the US Constitution, by the state attempting to defraud or thievingly conniving "the people" out of the right to establish qualifications for the Presidency as explicitly conferred to the US Constitution pursuant to Article II, section 1, clause 5 of the US Constitution, as an original intention of forethought by our founding fathers, not an afterthought implemented by Congress amending the US Constitution. Violating my due process and equal protection rights. In accordance with the "Supremacy Clause" (Article 6, clause 2 of the US Constitution), the US Constitution is the supreme law of the land, superseding/preempting conflicting state laws, in this case inferior subordinate state laws conflict with all Presidency eligibility requirements as vested in the supreme law of the land; i.e., it is established, "Qualifications for the Presidency," not "Qualifications for the Presidency and inferior subordinate state requirements" Promulgated in *Trump v. Anderson, No. 23-719, 601 U.S. (2024),* "It would be incongruous to read this particular Amendment as granting the States the power — silently no less — to disqualify a candidate for federal office," establishes: (1) States lack the power to disqualify a candidate for federal office and, (2) that not including a candidate on the ballot, even for a primary would be disqualifying the candidate. Constituting violations of: 18 U.S.C. § 595, 18 U.S.C. § 241, 18 U.S.C. § 242, and of Article 1, section 1 to the US Constitution; "All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives."

In accordance with Article II, section 1, clause 5 of the US Constitution, as a legitimate 2024-2084 US Presidential candidate; in your opinion and something I'm wondering is, with a ~~reasonable accommodation~~ amendment stripping any applicable statute of limitation protections or maybe just blatantly violating it, if found guilty, should those, especially in government that violate the US Constitution be hanged for high treason or "renditioned" to the latest unknown/unnamed gitmo? ●

-Mathew Tyler, US Presidential candidate (I), 2016-2084. ●

(1) *United States v. Price*, 383 U.S. 787 (1966) aka "'Mississippi Burning' Trial."
(2) 28 C.F.R. § 35.130(a), (d); 28 C.F.R. § 35.160(b)(1); 42 U.S.C. § 12182(b)(1)(B), (2)(A)(iii); 42 U.S.C. § 2000a(a), (d); 42 U.S.C. § 2000d
(2b) California law wise, Cal. Gov't Code § 11135
(3) *Powell v. McCormack*, 395 U.S. 486, 550 (1969) (invalidating House's decision not to seat a Member accused of misuse of funds) ("[I]n judging the qualifications of its members Congress is limited to the standing qualifications prescribed in the Constitution.")
(4) *Exon v. Tiemann*, 279 F. Supp. 609, 613 (D. Neb. 1968) ("There being no such requirement in the Constitution itself, a state cannot require that a Representative live in the District from which he was nominated."); State ex rel. Chavez v. Evans, 446 P.2d 445, 448 (N.M. 1968) ("[The New Mexico statute,] by requiring that each candidate for representative in Congress be a resident of and a qualified elector of the district in which he seeks office, adds additional qualifications to becoming a candidate for that office.... [W]e must hold the provisions of the Federal Constitution prevail and that this statute unconstitutionally adds additional qualifications."); Hellman v. Collier, 141 A.2d 908, 912 (Md. 1958) (same); cf. U.S. Term Limits, Inc. v. Thornton, 514 U.S. 779 (1995) (state may not impose term limits on its congressional delegation)
(5) *Cook v. Gralike*, 531 U.S. 510 (2001), was a United States Supreme Court case in which the Court held that an attempt by the state of Missouri to influence Congressional elections in favor of candidates who supported term limits was unconstitutional. The Court held that the powers delegated to the states by the Elections Clause related only to the power over the procedural mechanisms of elections. Because

this amendment sought to influence the outcome of elections, it exceeded state powers over national elections.

[Quoted text hidden]

**scanned-0139.png**
7552K

**Feather River Health Center**
5125 Skyway
Paradise, CA 95969
Phone: 530.872.2000

PHYSICIAN'S EXCUSE

9/26/2013

To Butte County Superior Court:

This is to certify that Mathew L Tyler is under my professional care. In order to avoid any aggravation or injury to his  condition, I recommend that he  be excused from Jury service indefinitely. He has a congenital condition which renders the patient with muscle weakness ( congenital myopathy ) and he is permanently disabled since childhood. His condition will not improve and he requires frequent reclining, making sitting / standing difficult if needed for longer periods of time.

If you have any question, please feel free to contact me at the above referenced number.

Sincerely,

*Steve Gawthrop, PA*
Steve Gawthrop, PA
Feather River Health Center

I, MATHEW L. TYLER declare under penalty of perjury under the laws of the USA that the foregoing is true and correct to the best of my knowledge and abilities. (28 U.S.C.§1746)

Mathew Tyler
222 Lawrence St # 3171
Quincy, CA 95971


January 28, 2024

Re: ADA Request for reasonable accommodations
    US Presidential candidate FEC# P60005600

Secretary of State
1500 11th St., Suite 400
Sacramento, CA 95814


Attention: Secretary of State


Dear Secretary of State


# ADA Request for reasonable accommodations


# Independent presidential candidate, Petition for ballot inclusion


## 1. AUTHORITY

a) Pursuant to Article 6, Clause 2 to the US Constitution (herein the "SUPREMACY CLAUSE"), in accordance with the 1st amendment to the US Constitution to petition the Government for a redress of grievances via the 14th amendment to the US Constitution as/if/ when necessary; 18 U.S.C. § 3771, 42 U.S.C. § 12202, California: CON Article 1 § 3(a), California: CON Article 1 et seq., California: CIV § 51, *"Section 504 of the Rehabilitation Act of 1973,"* 29 U.S.C. § 794 (herein "Section 504"), and the *"Americans with Disabilities Act of 1990,"* 42 U.S.C. §§ 12101 et seq. (herein "ADA"); collectively herein "AUTHORITY."

I, MATHEW L. TYLER declare under penalty of perjury under the laws of the USA that the foregoing is true and correct to the best of my knowledge and abilities. (28 U.S.C.§1746)

## 2. ADA REQUEST FOR REASONABLE ACCOMMODATIONS

a) Pursuant to the aforementioned AUTHORITY, as a disabled US citizen, Mathew L. Tyler (herein "Mr. Tyler" and "REQUESTOR") hereby requests the following reasonable accommodations in: policies, practices, and procedures;

    (1) that an exception be made for any and all phsyical requirements for ballot access in the 2024 general election as an independent presidential candidate. Physical requirements including without limitation to: collecting, providing, and submitting signatures, and any other requirements imposed by the State ("REQUESTEE") for ballot access in the 2024 general election.

    (2) Or pursuant to 42 U.S.C. § 12182 et seq. that the State show cause how honoring Mr. Tyler's Section 504 and/or ADA request for reasonable accommodations "...*would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations.*"

        i.  18 U.S.C. § 241; 18 U.S.C. § 242

## 3. FEES

a) In accordance with the SUPREMACY CLAUSE, pursuant to the Equal protection clause of the 14th amendment to the U.S. Constituion, I hereby request a waiver to any and all fees that political party nominated candidates do not have to pay.

## 4. QUALIFICATIONS FOR OFFICE

a) I affirm that I am:

    (1) at least 35 years old; and,

    (2) a natural-born U.S. citizen; and,

    (3) a U.S. resident for at least 14 years; and,

    (4) in compliance with the U.S. Constituion; and,

    (5) eligible with Section 3 of the 14th amendment to the U.S. Constituion

## 5. CANDIDATE INFORMATION

a) Full legal name: Mathew Lee Tyler

b) Name as it will appear on the write-in list: Mathew Tyler

c) Mailing Address:

    222 Lawrence St # 3171
    Quincy, CA 95971

I, MATHEW L. TYLER declare under penalty of perjury under the laws of the USA that the foregoing is true and correct to the best of my knowledge and abilities. (28 U.S.C.§1746)

d)  Telephone: +1-262-757-8802
e)  Email: hi@tylerpresident.com
f)  Website: https://www.TylerPresident.com

## 6. RUNNING-MATE

a)

U.S. Congresswoman Lauren Boebert
1713 Longworth House Office Building
Washington, DC 20515

I, MATHEW L. TYLER declare under penalty of perjury under the laws of the USA that the foregoing is true and correct to the best of my knowledge and abilities. (28 U.S.C.§1746)

## APPLICANT'S AFFIRMATION

I hereby intend to run for the office stated above and solemnly affirm that I meet all qualifications for the office prescribed by law. I, MATHEW L. TYLER declare under penalty of perjury under the laws of the U.S. that the aforementioned is true and correct to the best of my knowledge and abilities. (28 U.S.C.§1746).



_Signature of Candidate_                     02/07/2024
                                           Executed on (date)



Mathew Tyler, US Presidential candidate (I)
M.L.T.

# TylerPresident.com, "Strength and honor"

"*The **world will** not be **destroyed** by those who do evil but by those who watch them without doing anything.*"
– Albert Einstein

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. §1746)

Mathew Tyler
222 Lawrence St # 3171
Quincy, CA 95971

July 10, 2024

Secretary of State
1500 11th St., Suite 400
Sacramento, CA 95814

Re: ADA Request for reasonable modifications
    US Presidential candidate FEC# P60005600

Attention: **LEGAL**
    ADA Coordinator

Dear ADA Coordinator,

## ADA Title I and Title II / Section 504 Accessibility/Request for Modifications

## Unaffiliated independent presidential candidate, Petition for ballot inclusion

### 1. AUTHORITY

a) Pursuant to Article 6, Clause 2 of the U.S. Constitution (herein the "SUPREMACY CLAUSE"), in accordance with the 1st amendment to the U.S. Constitution to petition the Government for a redress of grievances via the 14th amendment to the U.S. Constitution as/if/when necessary; 18 U.S.C. § 3771, 42 U.S.C. § 12202, "*Section 504 of the Rehabilitation Act of 1973,*" 29 U.S.C. § 794 (herein "Section 504"), the "*Americans with Disabilities Act of 1990,*" 42 U.S.C. §§ 12101 et seq. (herein "ADA"); California CON Article 1 § 3(a), California CIV § 51, and the 1990 Copenhagen Commitment sections 5.1, 5.3, 5.4, 6, 7.1, 7.3, 7.5, 7.6, 7.7, 7.8; collectively herein "AUTHORITY."

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C.§1746)

b) Preemption of inconsistent state law when necessary to effectuate a required "reasonable modification" is affirmed by, *Mary Jo C. v. New York State and Local Retirement Sys.*, No. 11-2215, 35 at 6 - 36 at 2, 37 at 7 - 39 at 9 (2d Cir. 2013)
(1) 42 U.S.C. § 2000e-7

## 2. REQUEST FOR REASONABLE MODIFICATIONS

a) Pursuant to the aforementioned AUTHORITY, as a U.S. citizen and qualified individual with a disability[1] (42 U.S.C. § 12131[2]), Mathew L. Tyler (herein "Mr. Tyler" and "REQUESTOR") hereby requests the following reasonable modifications in: policies, practices, and procedures;

  (1) that an exception be made for any and all phsyical requirements for ballot access as an unaffiliated (independent) presidential candidate in the 2024 general election. Physical requirements including without limitation to: collecting, providing, and submitting signatures[2][3][4][5][6], and any other requirements[7][8] imposed by the State (herein "REQUESTEE") for ballot access as an unaffiliated (independent) presidential candidate in the 2024 general election; and,

  (2) that an exception be made for any and all time related requirements for ballot access as an unaffiliated (independent) presidential candidate in the 2024 general election; and,

  (3) that an exception be made for any and all phsyical requirements for having a measure added to the ballot. Physical requirements including without limitation to: collecting, providing, and submitting signatures, and any other requirements imposed by REQUESTEE; and,

   i. Ballot measure is the preclusion / removal / elimination / repeal of the collection and submission of signatures required for candidates and ballot measures alike.

   ii. Please let me know if there are any other requirements aside from the now precluded signature requirement to have a ballot measure appear on the ballot.

  (4) that the State provide written confirmation under penalty of perjury that Mr. Tyler's ADA request will be honored and that Mr. Tyler will appear on the 2024 general election ballot as an unaffiliated (independent) presidential candidate.

---

1  Afflicted with Central core disease and ADHD; major life activities affected by Central core disease: performing manual tasks, walking, standing, lifting, bending, breathing, and stamina; ADHD: learning, reading, concentrating, thinking, communicating, time/appointments, and working
2  52 U.S.C. § 10501(b)(4)
3  52 U.S.C. § 10502(a), (b)
4  52 U.S.C. § 10101(a)(2)(B)
5  42 U.S.C. § 12112(b)(6)
6  42 U.S.C. § 12182(b)(1)(D)
7  [Arbitrary and capricious] candidate requirements are not in line with founding, quintessential principles of America, historical traditions, or the rights enshrined by the U.S. Constitution; "[t]he very enumeration of the right takes out of the hands of government—even the Third Branch of Government—the power to decide on a case-by-case basis whether the right is really worth insisting upon." New York State Rifle & Pistol Association, Inc. v. Bruen, 597 U.S. 1
8  "It would be incongruous to read this particular Amendment as granting the States the power — silently no less — to disqualify a candidate for federal office," Trump v. Anderson, No. 23-719, 601 U.S. (2024)

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C.§1746)

## 3. NOTICE

a) The state is required to operate in the most integrated setting for the individual; 28 C.F.R. § 35.130(a), (d); 28 C.F.R. § 35.160(b)(1); 42 U.S.C. § 12182(b)(1)(B), (2)(A)(iii); 42 U.S.C. § 2000a(a), (d); 42 U.S.C. § 2000d; and,

b) The state cannot impose eligibility criteria that screens out or tends to screen out an individual with a disability; 28 C.F.R. § 35.130(b)(3), (6), (8); 42 U.S.C. § 12182(b)(1)(A) (i), (2)(A)(iii); and,

c) The state is required to make reasonable modifications; 28 C.F.R. § 35.130(b)(1)(i)-(iii), (iv)-(vii), (2), (7); 42 U.S.C. § 12182(b)(2)(A)(ii); and,

   (1) The lawful way for a head of department with budget decisions to deny an ADA request are stipulated in 28 C.F.R. § 35.164; and,

      i. The state must "...*demonstrate*...," *not purport*. And, "...must be made by the head of the public entity or his or her designee after considering all resources available for use in the funding and operation of the service, program, or activity and must be accompanied by a written statement of the reasons for reaching that conclusion. If an action required to comply with this subpart would result in such an alteration or such burdens, a public entity shall take any other action that would not result in such an alteration or such burdens but would nevertheless ensure that, to the maximum extent possible, individuals with disabilities receive the benefits or services provided by the public entity."

      ii. It is important to note that even if the state is able to demonstrate that honoring my request would cause an undue burden or fundamentally alter anything, the state is still required to provide inclusive access (28 CFR § 35.130(d), (g)) to the services to me, a qualified individual with a disability (42 U.S.C. § 12131[2]) which will be on the state to determine eligibility requirements that do not discriminate against me. The state is required to provide reasonable accommodations (28 C.F.R. § 35.130[d]; 28 C.F.R. § 35.149; 28 C.F.R. § 35.160[b], [c]; 28 C.F.R. § 35.130[b][1]-[3], [6]-[8]; 42 U.S.C. § 12182[b][1][A][i]-[iii], [B]-[E]; 42 U.S.C. § 12182[b][2][A][i]-[iii]) unless the state can demonstrate and providing reasonable accommodations would cause undue hardship to the state or that honoring them would fundamentally alter the nature of the services (42 U.S.C. § 12182[b][2][A][ii], [iii]).

      iii. "undue hardship" means an action requiring significant difficulty or expense, when considered in light of the factors set forth in subparagraph (B)." 42 U.S.C. § 12111(10)(A)

d) If the State does not honor my request for reasonable accommodations and the State does not satisfy the aforementioned demonstration requirement, how honoring my request would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C.§1746)

accommodations, **_you_** **and the State**[9][10][11] will be **_discriminating against me for my disability_**[12][13] in my participation and enjoyment of **federally protected activities (18 U.S.C. § 245) which will also violate my civil rights (18 U.S.C. § 241 and 18 U.S.C. § 242)**[14]

(1) 18 U.S.C. § 245(b)(1)(A) Interfering with my ability to qualify or campaign as a candidate for elective office in any primary, special, or general election; and,

(2) 18 U.S.C. § 245(b)(1)(B) Interfering with my participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; and,

(3) 18 U.S.C. § 245(b)(1)(E) Interfering with my participating in or enjoying the benefits of any program or activity receiving Federal financial assistance

## 4. FEES (if applicable)

a) In accordance with the SUPREMACY CLAUSE, pursuant to the Equal protection clause[15] of the 14th amendment to the U.S. Constituion, I hereby request a waiver to any and all fees[16] that political party nominated candidates do not have to pay. Pursuant to the 24th amendment[17] to the U.S. Constitution, I request a waiver to any and all fees regardless of who has to pay them.

## 5. SEPARABILITY

a) If any provision herein is judicially determined to be invalid, the remainder shall not be affected by such determination

## 6. ELIGIBILITY / CRITERIONS FOR OFFICE

a) I affirm that I am:

(1) a registered voter in California; and,

(2) at least 35 years old; and,

(3) a natural-born U.S. citizen; and,

(4) a U.S. resident for at least 14 years; and,

(5) in compliance with the U.S. Constituion; and,

(6) eligible with Section 3 of the 14th amendment to the U.S. Constituion; and,

(7) indigent

---

9  42 U.S.C. § 1983
10  42 U.S.C. § 1986
11  42 U.S.C. § 1987
12  42 U.S.C. § 2000a(d)
13  42 U.S.C. § 12182(b)(2)(A)
14  United States v. Price, 383 U.S. 787 (1966)
15  Williams v. Rhodes, 393 U.S. 23 (1968)
16  52 U.S.C. § 10306(b)
17  Harper v. Virginia State Board of Elections, 383 U.S. 663 (1966)

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C.§1746)

## 7. CANDIDATE INFORMATION

a) Full legal name: Mathew Lee Tyler
b) Name as it should appear on the ballot: Mathew Tyler
c) Mailing Address:

   222 Lawrence St # 3171
   Quincy, CA 95971

d) Telephone: +1-262-757-8802
e) Email: hi@tylerpresident.com
f) Website: https://www.TylerPresident.com

## 8. RUNNING-MATE

a) U.S. Congresswoman Lauren Boebert
   1713 Longworth House Office Building
   Washington, DC 20515

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C.§1746)

## APPLICANT'S AFFIRMATION

I hereby intend to run for the office stated above and solemnly affirm that I meet all qualifications for the office prescribed by law. I, MATHEW L. TYLER declare under penalty of perjury that the aforementioned is true and correct. (28 U.S.C.§1746).



Signature of Candidate

July 10, 2024

Executed on (date)

Mathew Tyler, US Presidential candidate (I)
M.L.T.



# TylerPresident.com, "Strength and honor"

"*The **world will** not **be destroyed** by those who do evil but by those who watch them without doing anything*."

– Albert Einstein

 **Gmail**

Mathew Tyler ███████████

---

## Response to Your Request

**Mathew Tyler**████████ ███████████ ███████             Wed, Jul 31, 2024 at 8:30 AM
To: Mathew Tyler████ ███████████
Cc: LegalSupport <legalsupport@sos.ca.gov>, contact.center@calcivilrights.ca.gov, accommodations@calcivilrights.ca.gov

Dr. Weber,

As I hope you people are trying to include me rather than trying exclude me as required by federal and California anti-disability discriminations laws, I trust that you people have had sufficient time to confirm that I am correct:

1. that the State of California is acting unconstitutionally and as such unlawfully by attempting to impose eligibility criteria that conflicts with the US Constitution; and,
2. Even if the State of California has the ability to impose criteria, that my Section 504 / ADA Title I and Title II request for reasonable accommodations supersede the discriminatory criteria;
   1. required to operate in the most integrated setting for the individual; 28 C.F.R. § 35.130(a), (d); 28 C.F.R. § 35.160(b)(1); 42 U.S.C. § 12182(b)(1)(B), (2)(A)(iii); 42 U.S.C. § 2000a(a), (d); 42 U.S.C. § 2000d; and,
   2. California Government Code § 11136-11139; and,
   3. prohibited from eligibility criteria that screens out or tends to screen out an individual with a disability; 28 C.F.R. § 35.130(b)(3), (6), (8); 42 U.S.C. § 12182(b)(1)(A)(i), (2)(A)(iii); and,
   4. required to make reasonable modifications; 28 C.F.R. § 35.130(b)(1)(i)-(iii), (iv)-(vii), (2), (7); 42 U.S.C. § 12182(b)(2)(A)(ii); and,
   5. Interfering with my ability to qualify and campaign as a candidate for elective office in any primary, special, or general election; 18 U.S.C. § 245(b)(1)(A); and,
   6. Interfering with my participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; 18 U.S.C. § 245(b)(1)(B); and,
   7. Interfering with my participating in or enjoying the benefits of any program or activity receiving Federal financial assistance; 18 U.S.C. § 245(b)(1)(E); and,
   8. Violating at least one international law, the 1990 Copenhagen Commitment; specifically sections: 5.1, 5.3, 5.4, 6, 7.1, 7.3, 7.5, 7.6, 7.7, 7.8
3. The State of California acting unconstitutionally and as such unlawfully, and/or being required by superseding federal law to make reasonable accommodations, there is no need for the California Secretary of State to "...unilaterally waive or otherwise set aside signature requirements..." as they are precluded pursuant to the US Constitution and superseding federal law, which is affirmed in the State of California with California's anti-discrimination laws such as the California Unruh Civil Rights Act.

I look forward to a timely confirmation that I will be included on the 2024 general election ballot.

-Mathew Tyler, US Presidential candidate (I), 2016-2084. ●

[Quoted text hidden]

 Gmail

Mathew Tyler

## ATTN: ADA Coordinator

**Mathew Tyler**                                                                                    Tue, Jul 23, 2024 at 11:11 AM
To: AskFiona@treasurer.ca.gov
Cc: contact.center@calcivilrights.ca.gov, accommodations@calcivilrights.ca.gov, Christian.Daly@treasurer.ca.gov,
Kathryn.Asprey@treasurer.ca.gov, recordsrequests@treasurer.ca.gov

California State Treasurer,

Attached you will find notification of violations of Cal. Gov't Code § 11135 provisions. I look forward to
hearing back from you in a timely manner unlike other government employees.

-Mathew Tyler, US Presidential candidate (I), 2016-2084. ●

[Quoted text hidden]

📎 **20240723_CA_treasurer_combined.pdf**
6358K

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C.§1746)

Mathew Tyler
222 Lawrence St # 3171
Quincy, CA 95971

July 23, 2024

Attn: **LEGAL**
State Treasurer's Office
901 P street, Room 110
Sacramento, CA 95814
(916) 653-2995
AskFiona@treasurer.ca.gov
recordsrequests@treasurer.ca.gov

Re: Notice of violations of California Government Code Section 11135

Attention: **LEGAL**
California State Treasurer

Dear California State Treasurer,

# NOTICE OF VIOLATIONS OF CAL. GOV'T CODE § 11135 PROVISIONS

## 1. STATEMENT OF FACTS

a) My name is Mathew Tyler. I am compiling a list of government employees that are engaging in disability discrimination, human rights violations, and deprivation of voting rights to report to both houses of Congress before criminally referring the matter to the FBI, Department of Justice, and although lacking jurisdiction, the International Criminal Court and the United Nations.

b) In accordance with Cal. Gov't Code § 11136, I, Mathew Tyler am hereby notifying California State Treasurer of violations of the provisions set forth in Cal. Gov't Code § 11135 by California Secretary of State.

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C.§1746)

c) As a qualified individual with a disability (42 U.S.C. § 12131[2]), I have made two different Section 504 / ADA requests for reasonable accommodations to California Secretary of State.
   (1) Initial request was sent via USPS in Februrary 2024
   (2) Having heard nothing about my initial request, a subsequent request which has been broadened to be a Section 504 / ADA Title I and Title II request for reasonable accommodations was emailed as a pdf attachment to: sos.hr@sos.ca.gov and healthandsafety@sos.ca.gov on July 10th, 2024.

d) Despite Section 504 of the Rehabilitation Act of 1973 mandating "...effective communication...," having heard nothing from California Secretary of State about any of my requests for reasonable accommodations, in accordance with Cal. Gov't Code § 11136, I am hereby requesting the California State Treasurer "...cause to be instituted a hearing conducted pursuant to the provisions of Chapter 5 (commencing with Section 11500) of this part to determine whether a violation has occurred." With the intention of curtailing state funding pursuant to Cal. Gov't Code § 11137, 11138, 11139.

e) Not counting: international, federal, or constitutional violations; California Secretary of State has violated a minimum of:
   (1) Cal. Gov't Code § 11135(a)– Solely from my being a qualified individual with a disability (42 U.S.C. § 12131[2]), I am unlawfully being denied full and equal access. I am unlawfully being subjected to discrimination under a program and activity that is conducted, operated, and administered by the State of California through California Secretary of State, the 2024 general election as a US Presidential candidate and as someone interested in introducing a measure for the ballot; and,
   (2) Cal. Gov't Code § 11135(b)– failure of California Secretary of State to implement stronger state protections and prohibitions or even the [minimum] federal protections and prohibitions; and,
   (3) Cal. Gov't Code § 11135(d)(2)– failure of California Secretary of State to comply with the accessibility requirements of Section 508 of the federal Rehabilitation Act of 1973, as amended (29 U.S.C. Sec. 794d), and regulations implementing that act as set forth in Part 1194 of Title 36 of the Federal Code of Regulations; and,

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C.§1746)

(4) Cal. Gov't Code § 11135(d)(3)– failure of California Secretary of State to: respond to, and resolve any complaint regarding accessibility of its products or services that is brought to the attention of the entity, twice.

f) Governors of the State of California have never complied with the requirements set forth in Cal. Civil Code § 54.5; violating: Cal. Gov't Code § 11135(a), (b), (d) (2), and (d)(3). In accordance with Cal. Gov't Code § 11137, curtail state funding to Governor of California.  Cal. Gov't Code § 11138, 11139.

g) Having reported California Secretary of State's human rights violations, disability discrimination, and violation of federally protected activities to Butte County District Attorney on Jul 11, 2024, 1:48 PM via DA@buttecounty.net and ADAAccessibility@buttecounty.net, and having not heard back any communications from Butte County District Attorney or the DA's Office, in accordance with Cal. Gov't Code § 11137, curtail state funding to Butte County District Attorney's Office.  Cal. Gov't Code § 11138, 11139.

I also ask that you share your findings with the heads of the federal government that provide federal financial assistance, directly or indirectly to the State of California so as to effectuate the will of Congress by terminating and denying federal financial assistance pursuant to 42 U.S.C. § 12132 -> 42 U.S.C. § 12133 -> 29 U.S.C. § 794a(a) (2) -> 42 U.S.C. § 2000d-1 and 29 U.S.C. § 794

Prohibition of discrimination in any program or activity by recipients or applicants of Federal financial assistance pursuant to basically all federal policy; i.e., 42 U.S.C. § 12132; 42 U.S.C. § 12133; 42 U.S. Code § 2000a(a), (d); 42 U.S. Code § 2000a–1; 42 U.S. Code § 2000a–2(a); 42 U.S. Code § 2000d; 28 CFR § 42.503, 28 C.F.R. § 42.108

**Disability discrimination**
"*Discrimination or segregation by an establishment is supported by State action within the meaning of this subchapter if such discrimination or segregation (1) is carried on under color of any law, statute, ordinance, or regulation; or (2) is carried on under color of any custom or usage required or enforced by officials of the State or political subdivision thereof; or (3) is required by action of the State or political subdivision thereof.*" 42 U.S.C. § 2000a(d)

"Subject to the provisions of this subchapter, no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity." 42 U,S,C, § 12132

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C.§1746)

"It shall be discriminatory to subject an individual or class of individuals on the basis of a disability or disabilities of such individual or class, directly, or through contractual, licensing, or other arrangements, to a denial of the opportunity of the individual or class to participate in or benefit from the goods, services, facilities, privileges, advantages, or accommodations of an entity." 42 U.S.C. § 12182(b)(1)(A)(i)

"the imposition or application of eligibility criteria that screen out or tend to screen out an individual with a disability or any class of individuals with disabilities from fully and equally enjoying any goods, services, facilities, privileges, advantages, or accommodations, unless such criteria can be shown to be necessary for the provision of the goods, services, facilities, privileges, advantages, or accommodations being offered;" 42 U.S.C. § 12182(b)(2)(A)(i)

"a failure to make reasonable modifications in policies, practices, or procedures, when such modifications are necessary to afford such goods, services, facilities, privileges, advantages, or accommodations to individuals with disabilities, unless the entity can demonstrate that making such modifications would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations;" 42 U.S.C. § 12182(b)(2)(A)(ii)

"a failure to take such steps as may be necessary to ensure that no individual with a disability is excluded, denied services, segregated or otherwise treated differently than other individuals because of the absence of auxiliary aids and services, unless the entity can ***demonstrate*** that taking such steps would fundamentally alter the nature of the good, service, facility, privilege, advantage, or accommodation being offered or would result in an undue burden;" 42 U.S.C. § 12182(b)(2)(A)(iii)

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. §1746)

## AFFIRMATION

I, MATHEW L. TYLER declare under penalty of perjury that the aforementioned is true and correct. (28 U.S.C. §1746).



_Mathew Tyle_

Signature of Candidate

_____ July 23, 2024 _____

Executed on (date)



Mathew Tyler, US Presidential candidate (I)
M.L.T.

# TylerPresident.com, "Strength and honor"

*"The **world will not be destroyed** by those who do evil but by those who watch them <u>**without doing anything**</u>."*

– Albert Einstein

Enclosures:
(1) Section 504 / ADA Title II / Unruh Civil Rights Act request for reasonable accommodations
(1) Section 504 / ADA Title I and Title II / Unruh Civil Rights Act request for reasonable accommodations
(1) Disability discrimination, Request for enforcement of anti-discrimination laws

cc:
Civil Rights Department (CRD)
contact.center@calcivilrights.ca.gov
accommodations@calcivilrights.ca.gov
Attorney General of California
Editor, various news outlets
Christian.Daly@treasurer.ca.gov
Kathryn.Asprey@treasurer.ca.gov

I, MATHEW L. TYLER declare under penalty of perjury under the laws of the USA that
the foregoing is true and correct to the best of my knowledge and abilities. (28 U.S.C.§1746)

Mathew Tyler
222 Lawrence St # 3171
Quincy, CA 95971

January 28, 2024

Re: ADA Request for reasonable accommodations
US Presidential candidate FEC# P60005600

Secretary of State
1500 11th St., Suite 400
Sacramento, CA 95814

Attention: Secretary of State

Dear Secretary of State

# ADA Request for reasonable accommodations

## Independent presidential candidate, Petition for ballot inclusion

### 1. AUTHORITY

a) Pursuant to Article 6, Clause 2 to the US Constitution (herein the "SUPREMACY
CLAUSE"), in accordance with the 1st amendment to the US Constitution to petition the
Government for a redress of grievances via the 14th amendment to the US Constitution as/if/
when necessary; 18 U.S.C. § 3771, 42 U.S.C. § 12202, California: CON Article 1 § 3(a),
California: CON Article 1 et seq., California: CIV § 51, "*Section 504 of the Rehabilitation Act
of 1973*," 29 U.S.C. § 794 (herein "Section 504"), and the "*Americans with Disabilities Act of
1990*," 42 U.S.C. §§ 12101 et seq. (herein "ADA"); collectively herein "AUTHORITY."

I, MATHEW L. TYLER declare under penalty of perjury under the laws of the USA that the foregoing is true and correct to the best of my knowledge and abilities. (28 U.S.C.§1746)

## 2. ADA REQUEST FOR REASONABLE ACCOMMODATIONS

a) Pursuant to the aforementioned AUTHORITY, as a disabled US citizen, Mathew L. Tyler (herein "Mr. Tyler" and "REQUESTOR") hereby requests the following reasonable accommodations in: policies, practices, and procedures;

  (1) that an exception be made for any and all phsyical requirements for ballot access in the 2024 general election as an independent presidential candidate. Physical requirements including without limitation to: collecting, providing, and submitting signatures, and any other requirements imposed by the State ("REQUESTEE") for ballot access in the 2024 general election.

  (2) Or pursuant to 42 U.S.C. § 12182 et seq. that the State show cause how honoring Mr. Tyler's Section 504 and/or ADA request for reasonable accommodations "...*would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations.*"

     i. 18 U.S.C. § 241; 18 U.S.C. § 242

## 3. FEES

a) In accordance with the SUPREMACY CLAUSE, pursuant to the Equal protection clause of the 14th amendment to the U.S. Constituion, I hereby request a waiver to any and all fees that political party nominated candidates do not have to pay.

## 4. QUALIFICATIONS FOR OFFICE

a) I affirm that I am:

  (1) at least 35 years old; and,

  (2) a natural-born U.S. citizen; and,

  (3) a U.S. resident for at least 14 years; and,

  (4) in compliance with the U.S. Constituion; and,

  (5) eligible with Section 3 of the 14th amendment to the U.S. Constituion

## 5. CANDIDATE INFORMATION

a) Full legal name: Mathew Lee Tyler

b) Name as it will appear on the write-in list: Mathew Tyler

c) Mailing Address:

  222 Lawrence St # 3171
  Quincy, CA 95971

I, MATHEW L. TYLER declare under penalty of perjury under the laws of the USA that the foregoing is true and correct to the best of my knowledge and abilities. (28 U.S.C.§1746)

d) Telephone: +1-262-757-8802
e) Email: hi@tylerpresident.com
f) Website: https://www.TylerPresident.com

## 6. RUNNING-MATE

a)

U.S. Congresswoman Lauren Boebert
1713 Longworth House Office Building
Washington, DC 20515

I, MATHEW L. TYLER declare under penalty of perjury under the laws of the USA that the foregoing is true and correct to the best of my knowledge and abilities. (28 U.S.C.§1746)

## APPLICANT'S AFFIRMATION

I hereby intend to run for the office stated above and solemnly affirm that I meet all qualifications for the office prescribed by law. I, MATHEW L. TYLER declare under penalty of perjury under the laws of the U.S. that the aforementioned is true and correct to the best of my knowledge and abilities. (28 U.S.C.§1746).



_____    _____
Signature of Candidate             02/07/2024
                                   Executed on (date)

Mathew Tyler, US Presidential candidate (I)
M.L.T.

# TylerPresident.com, "Strength and honor"

*"The **world will not be destroyed** by those who do evil but **by those who watch** them __without doing anything__."*
– Albert Einstein

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C.§1746)

Mathew Tyler
222 Lawrence St # 3171
Quincy, CA 95971


July 10, 2024

Secretary of State
1500 11th St., Suite 400
Sacramento, CA 95814

Re: ADA Request for reasonable modifications
      US Presidential candidate FEC# P60005600


Attention: **LEGAL**
              ADA Coordinator


Dear ADA Coordinator,


# ADA Title I and Title II / Section 504 Accessibility/Request for Modifications


# Unaffiliated independent presidential candidate, Petition for ballot inclusion


## 1. AUTHORITY

a) Pursuant to Article 6, Clause 2 of the U.S. Constitution (herein the "SUPREMACY CLAUSE"), in accordance with the 1st amendment to the U.S. Constitution to petition the Government for a redress of grievances via the 14th amendment to the U.S. Constitution as/if/when necessary; 18 U.S.C. § 3771, 42 U.S.C. § 12202, "*Section 504 of the Rehabilitation Act of 1973*," 29 U.S.C. § 794 (herein "Section 504"), the "*Americans with Disabilities Act of 1990*," 42 U.S.C. §§ 12101 et seq. (herein "ADA"); California CON Article 1 § 3(a), California CIV § 51, and the 1990 Copenhagen Commitment sections 5.1, 5.3, 5.4, 6, 7.1, 7.3, 7.5, 7.6, 7.7, 7.8; collectively herein "AUTHORITY."

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C.§1746)

b) Preemption of inconsistent state law when necessary to effectuate a required "reasonable modification" is affirmed by, *Mary Jo C. v. New York State and Local Retirement Sys.*, No. 11-2215, 35 at 6 - 36 at 2, 37 at 7 - 39 at 9 (2d Cir. 2013)
(1) 42 U.S.C. § 2000e–7

## 2. REQUEST FOR REASONABLE MODIFICATIONS

a) Pursuant to the aforementioned AUTHORITY, as a U.S. citizen and qualified individual with a disability[1] (42 U.S.C. § 12131[2]), Mathew L. Tyler (herein "Mr. Tyler" and "REQUESTOR") hereby requests the following reasonable modifications in: policies, practices, and procedures;

(1) that an exception be made for any and all phsyical requirements for ballot access as an unaffiliated (independent) presidential candidate in the 2024 general election. Physical requirements including without limitation to: collecting, providing, and submitting signatures[2][3][4][5][6], and any other requirements[7][8] imposed by the State (herein "REQUESTEE") for ballot access as an unaffiliated (independent) presidential candidate in the 2024 general election; and,

(2) that an exception be made for any and all time related requirements for ballot access as an unaffiliated (independent) presidential candidate in the 2024 general election; and,

(3) that an exception be made for any and all phsyical requirements for having a measure added to the ballot. Physical requirements including without limitation to: collecting, providing, and submitting signatures, and any other requirements imposed by REQUESTEE; and,

  i. Ballot measure is the preclusion / removal / elimination / repeal of the collection and submission of signatures required for candidates and ballot measures alike.

  ii. Please let me know if there are any other requirements aside from the now precluded signature requirement to have a ballot measure appear on the ballot.

(4) that the State provide written confirmation under penalty of perjury that Mr. Tyler's ADA request will be honored and that Mr. Tyler will appear on the 2024 general election ballot as an unaffiliated (independent) presidential candidate.

---

1  Afflicted with Central core disease and ADHD; major life activities affected by Central core disease: performing manual tasks, walking, standing, lifting, bending, breathing, and stamina; ADHD: learning, reading, concentrating, thinking, communicating, time/appointments, and working

2  52 U.S.C. § 10501(b)(4)

3  52 U.S.C. § 10502(a), (b)

4  52 U.S.C. § 10101(a)(2)(B)

5  42 U.S.C. § 12112(b)(6)

6  42 U.S.C. § 12182(b)(1)(D)

7  [Arbitrary and capricious] candidate requirements are not in line with founding, quintessential principles of America, historical traditions, or the rights enshrined by the U.S. Constitution; "[t]he very enumeration of the right takes out of the hands of government—even the Third Branch of Government—the power to decide on a case-by-case basis whether the right is really worth insisting upon." New York State Rifle & Pistol Association, Inc. v. Bruen, 597 U.S. 1

8  "It would be incongruous to read this particular Amendment as granting the States the power — silently no less — to disqualify a candidate for federal office," Trump v. Anderson, No. 23-719, 601 U.S. (2024)

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C.§1746)

## 3. NOTICE

a) The state is required to operate in the most integrated setting for the individual; 28 C.F.R. § 35.130(a), (d); 28 C.F.R. § 35.160(b)(1); 42 U.S.C. § 12182(b)(1)(B), (2)(A)(iii); 42 U.S.C. § 2000a(a), (d); 42 U.S.C. § 2000d; and,

b) The state cannot impose eligibility criteria that screens out or tends to screen out an individual with a disability; 28 C.F.R. § 35.130(b)(3), (6), (8); 42 U.S.C. § 12182(b)(1)(A)(i), (2)(A)(iii); and,

c) The state is required to make reasonable modifications; 28 C.F.R. § 35.130(b)(1)(i)-(iii), (iv)-(vii), (2), (7); 42 U.S.C. § 12182(b)(2)(A)(ii); and,

   (1) The lawful way for a head of department with budget decisions to deny an ADA request are stipulated in 28 C.F.R. § 35.164; and,

       i. The state must "...*demonstrate*...," ***not purport***. And, "...must be made by the head of the public entity or his or her designee after considering all resources available for use in the funding and operation of the service, program, or activity and must be accompanied by a written statement of the reasons for reaching that conclusion. If an action required to comply with this subpart would result in such an alteration or such burdens, a public entity shall take any other action that would not result in such an alteration or such burdens but would nevertheless ensure that, to the maximum extent possible, individuals with disabilities receive the benefits or services provided by the public entity."

       ii. It is important to note that even if the state is able to demonstrate that honoring my request would cause an undue burden or fundamentally alter anything, the state is still required to provide inclusive access (28 CFR § 35.130(d), (g)) to the services to me, a qualified individual with a disability (42 U.S.C. § 12131[2]) which will be on the state to determine eligibility requirements that do not discriminate against me. The state is required to provide reasonable accommodations (28 C.F.R. § 35.130[d]; 28 C.F.R. § 35.149; 28 C.F.R. § 35.160[b], [c]; 28 C.F.R. § 35.130[b][1]-[3], [6]-[8]; 42 U.S.C. § 12182[b][1][A][i]-[iii], [B]-[E]; 42 U.S.C. § 12182[b][2][A][i]-[iii]) unless the state can demonstrate and providing reasonable accommodations would cause undue hardship to the state or that honoring them would fundamentally alter the nature of the services (42 U.S.C. § 12182[b][2][A][ii], [iii]).

       iii. "undue hardship" means an action requiring significant difficulty or expense, when considered in light of the factors set forth in subparagraph (B)." 42 U.S.C. § 12111(10)(A)

d) If the State does not honor my request for reasonable accommodations and the State does not satisfy the aforementioned demonstration requirement, how honoring my request would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746)

accommodations, **_you_** and the State[9][10][11] will be **_discriminating against me for my disability_**[12][13] in my participation and enjoyment of **federally protected activities (18 U.S.C. § 245)** which will also **violate my civil rights (18 U.S.C. § 241 and 18 U.S.C. § 242)**[14]

(1) 18 U.S.C. § 245(b)(1)(A) Interfering with my ability to qualify or campaign as a candidate for elective office in any primary, special, or general election; and,

(2) 18 U.S.C. § 245(b)(1)(B) Interfering with my participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; and,

(3) 18 U.S.C. § 245(b)(1)(E) Interfering with my participating in or enjoying the benefits of any program or activity receiving Federal financial assistance

## 4.  FEES (if applicable)

a) In accordance with the SUPREMACY CLAUSE, pursuant to the Equal protection clause[15] of the 14th amendment to the U.S. Constituion, I hereby request a waiver to any and all fees[16] that political party nominated candidates do not have to pay. Pursuant to the 24th amendment[17] to the U.S. Constitution, I request a waiver to any and all fees regardless of who has to pay them.

## 5.  SEPARABILITY

a) If any provision herein is judicially determined to be invalid, the remainder shall not be affected by such determination

## 6.  ELIGIBILITY / CRITERIONS FOR OFFICE

a) I affirm that I am:

(1) a registered voter in California; and,

(2) at least 35 years old; and,

(3) a natural-born U.S. citizen; and,

(4) a U.S. resident for at least 14 years; and,

(5) in compliance with the U.S. Constituion; and,

(6) eligible with Section 3 of the 14th amendment to the U.S. Constituion; and,

(7) indigent

---

9   42 U.S.C. § 1983
10   42 U.S.C. § 1986
11   42 U.S.C. § 1987
12   42 U.S.C. § 2000a(d)
13   42 U.S.C. § 12182(b)(2)(A)
14   United States v. Price, 383 U.S. 787 (1966)
15   Williams v. Rhodes, 393 U.S. 23 (1968)
16   52 U.S.C. § 10306(b)
17   Harper v. Virginia State Board of Elections, 383 U.S. 663 (1966)

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C.§1746)

## 7. CANDIDATE INFORMATION

a) Full legal name: Mathew Lee Tyler
b) Name as it should appear on the ballot: Mathew Tyler
c) Mailing Address:

   222 Lawrence St # 3171
   Quincy, CA 95971

d) Telephone: +1-262-757-8802
e) Email: hi@tylerpresident.com
f) Website: https://www.TylerPresident.com

## 8. RUNNING-MATE

a) U.S. Congresswoman Lauren Boebert
   1713 Longworth House Office Building
   Washington, DC 20515

I, MATHEW L. TYLER declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C.§1746)

## APPLICANT'S AFFIRMATION

I hereby intend to run for the office stated above and solemnly affirm that I meet all qualifications for the office prescribed by law. I, MATHEW L. TYLER declare under penalty of perjury that the aforementioned is true and correct. (28 U.S.C.§1746).



_____
Signature of Candidate

_____July 10, 2024_____
Executed on (date)



Mathew Tyler, US Presidential candidate (I)
M.L.T.

# TylerPresident.com, "Strength and honor"

> "*The **world will** not **be destroyed** by those who do evil but **by those who watch** them **without doing anything**.*"
> – Albert Einstein

 Gmail                                    Mathew Tyler ███████████

---

# ATTN: ADA Coordinator

---

**Daly, Christian** <Christian.Daly@treasurer.ca.gov>                    Thu, Jul 25, 2024 at 9:58 AM
To: Mathew Tyler ███████████████████
Cc: "contact.center@calcivilrights.ca.gov" <contact.center@calcivilrights.ca.gov>, "accommodations@calcivilrights.ca.gov"
<accommodations@calcivilrights.ca.gov>, "Asprey, Kathryn" <Kathryn.Asprey@treasurer.ca.gov>, Records Requests
<recordsrequests@treasurer.ca.gov>, AskFiona <AskFiona@treasurer.ca.gov>

Good morning Mr. Tyler,

I am following up on your request.

After a review of your email and attachment, the State Treasurer's Office cannot take the actions against the
Secretary of State's office in which you are requesting.

Best,

Christian Daly (戴克森), MPP

External Affairs Manager

Executive Office - California State Treasurer Fiona Ma, CPA

treasurer.ca.gov

Office: (916) 653-2995

Mobile: (415) 730-7353

Follow Treasurer Ma on Social Media: 

Subscribe to Treasurer Ma's Monthly Newsletter

**From:** Mathew Tyler ████████████████
**Sent:** Tuesday, July 23, 2024 11:12 AM
**To:** AskFiona <AskFiona@treasurer.ca.gov>
**Cc:** contact.center@calcivilrights.ca.gov; accommodations@calcivilrights.ca.gov; Daly, Christian
<Christian.Daly@treasurer.ca.gov>; **Asprey, Kathryn** <Kathryn.Asprey@treasurer.ca.gov>; Records Requests
<recordsrequests@treasurer.ca.gov>
**Subject:** Fwd: ATTN: ADA Coordinator

CAUTION: EXTERNAL MAIL Do not click on links or open attachments unless you trust the sender and know the content is safe.

[Quoted text hidden]

 Gmail

Mathew Tyler

## Response: Your Civil Rights Division Report - 418973-SLL from the Disability Rights Section

1 message

**DOJ Civil Rights - Do Not Reply** <civilrightsdonotreply@mail.civilrights.usdoj.gov>    Fri, Mar 15, 2024 at 5:30 AM
Reply-To: civilrightsdonotreply@mail.civilrights.usdoj.gov
To:

U.S. Department of Justice
**Civil Rights Division**

civilrights.justice.gov

Dear Mathew Tyler,

You contacted the Department of Justice on March 8, 2024. After careful review of what you submitted, we have decided not to take any further action on your complaint.

# What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on our review, we have decided not to take any further action on your complaint. We receive several thousand reports of civil rights violations each year. We unfortunately do not have the resources to take direct action for every report.

Your report number was 418973-SLL.

# What you can do:

We are not determining that your report lacks merit. Your issue may still be actionable by others - your state bar association or local legal aid office may be able to help.

# To find a local office:

American Bar Association
https://www.americanbar.org/groups/legal_services/flh-home
(800) 285-2221

Legal Services Corporation (or Legal Aid Offices)
https://www.lsc.gov/find-legal-aid

# How you have helped:

While we don't have the capacity to take on each individual report, your report can help us find issues affecting multiple people or communities. It also helps us understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about your concerns. We regret we are not able to provide more help on this matter.

Sincerely,

U.S. Department of Justice
Civil Rights Division

## Contact

civilrights.justice.gov

mail    U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

phone    (202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf
(TTY) (202) 514-0716

 **Gmail**                                                    Mathew Tyler

## Response: Your Civil Rights Division Report - 418275-ZLV from the Disability Rights Section

1 message

**DOJ Civil Rights - Do Not Reply** <civilrightsdonotreply@mail.civilrights.usdoj.gov>    Mon, Mar 25, 2024 at 11:13 AM
Reply-To: civilrightsdonotreply@mail.civilrights.usdoj.gov
To:

---

U.S. Department of Justice
### Civil Rights Division                                    civilrights.justice.gov

---

Dear Mathew Tyler,

You contacted the Department of Justice on March 6, 2024. After careful review of what you submitted, we have decided not to take any further action on your complaint.

# What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on our review, we have decided not to take any further action on your complaint. We receive several thousand reports of civil rights violations each year. We unfortunately do not have the resources to take direct action for every report.

Your report number was 418275-ZLV.

# What you can do:

We are not determining that your report lacks merit. Your issue may still be actionable by others - your state bar association or local legal aid office may be able to help.

# To find a local office:

American Bar Association
https://www.americanbar.org/groups/legal_services/flh-home
(800) 285-2221

Legal Services Corporation (or Legal Aid Offices)
https://www.lsc.gov/find-legal-aid

# How you have helped:

While we don't have the capacity to take on each individual report, your report can help us find issues affecting multiple people or communities. It also helps us understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about your concerns. We regret we are not able to provide more help on this matter.

Sincerely.

U.S. Department of Justice
Civil Rights Division

## Contact

| civilrights.justice.gov | mail | U.S. Department of Justice | phone | (202) 514-3847 |
|---|---|---|---|---|
| | | Civil Rights Division | | 1-855-856-1247 (toll-free) |
| | | 950 Pennsylvania Avenue, NW | | Telephone Device for the Deaf |
| | | Washington, D.C. 20530-0001 | | (TTY) (202) 514-0716 |

 Gmail                                                    Mathew Tyler

## Response: Your Civil Rights Division Report - 426928-QFH from the Disability Rights Section

1 message

**DOJ Civil Rights - Do Not Reply** <civilrightsdonotreply@mail.civilrights.usdoj.gov>        Tue, Apr 2, 2024 at 10:40 AM
Reply-To: civilrightsdonotreply@mail.civilrights.usdoj.gov
To:

U.S. Department of Justice
### Civil Rights Division

civilrights.justice.gov

Dear Mathew Tyler,

You contacted the Department of Justice on March 27, 2024. After careful review of what you submitted, we have decided not to take any further action on your complaint.

# What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on our review, we have decided not to take any further action on your complaint. We receive several thousand reports of civil rights violations each year. We unfortunately do not have the resources to take direct action for every report.

Your report number was 426928-QFH.

# What you can do:

We are not determining that your report lacks merit. Your issue may still be actionable by others - your state bar association or local legal aid office may be able to help.

# To find a local office:

American Bar Association
https://www.americanbar.org/groups/legal_services/flh-home
(800) 285-2221

Legal Services Corporation (or Legal Aid Offices)
https://www.lsc.gov/find-legal-aid

# How you have helped:

While we don't have the capacity to take on each individual report, your report can help us find issues affecting multiple people or communities. It also helps us understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about your concerns. We regret we are not able to provide more help on this matter.

Sincerely,

U.S. Department of Justice
Civil Rights Division

## Contact

civilrights.justice.gov

mail  U.S. Department of Justice
Civil Rights Division
950 Pennsylvania
Avenue, NW
Washington, D.C. 20530-0001

phone  (202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf
(TTY) (202) 514-0716



**ROB BONTA**

*Attorney General*

# General Contact Form

General Contact Form   / *General Contact Form*

Thank you, your submission has been sent.

A copy of your submission is shown below. **Please use your browser Print function to print this page for your records.**

Please be advised that our office cannot represent individual citizens in legal matters, and cannot give individuals legal advice.

If you need legal assistance, we suggest that you contact a private attorney. You may obtain a referral to a certified lawyer referral service by contacting the State Bar at 866-442-2529 (toll-free in California) or 415-538-2250 (from outside California), or via the State Bar website.

If you cannot afford a private attorney, you may consider contacting your local legal aid office. For a referral, visit the Legal Services Corporation and click on the Find Legal Aid tab.

If you have information about a crime, please report the matter locally to the police department or sheriff's office. For contact information, visit the California Law Enforcement Agencies page and click on your city or county law enforcement

agency.

If you are contacting our Office about the national mortgage servicing settlement with Citibank, JPMorgan Chase/Washington Mutual, Bank of America/Countrywide, Wells Fargo/Wachovia, and Ally Financial/GMAC, please visit our National Mortgage Settlement website for helpful information.

Although we do our best to respond to all e-mails as quickly as possible, due to high volume, it is possible to experience a delay. We thank you for your patience.

**PUBLIC INQUIRY UNIT**

**Data you submitted:**

Your Information

First Name Mathew

Middle Initial

Last Name Tyler

Address Line 550 Vallombrosa Ave # 6471

City Chico

State CA

Zip Code 95927

Zip4

Email Address hi@tylerpresident.com

Confirm Email Address hi@tylerpresident.com

Area Code 262

Phone Number 7578802

Your Comments

Message

42 U.S. Code § 1987 for 18 U.S.C. §§ 241-242, National 2024 Election interference and tampering.

Evidence and up-to-date updates published publicly on my website, https://www.TylerPresident.com.

Affirmation

I affirm that the foregoing information is true and accurate Yes

Do you want to include any file attachments? Yes

Upload file attachment 202410_Letter-to-Congress.pdf

Description of file attachment 2024 Criminal complaint to Congress, National 2024 Election interference and tampering

Do you want to upload a second file attachment? No

Return to the Comment form

Office of the Attorney General    Accessibility    Privacy Policy    Conditions of Use    Disclaimer

© 2024 DOJ

1/27/25, 9:57 PM — Gmail - Automatic reply: Time sensitive, Human rights violations + suffrage + Government disability discriminati...

Case 2:25-cv-00404-DAD-DMC    Document 1    Filed 01/30/25    Page 63 of 147

## Automatic reply: Time sensitive, Human rights violations + suffrage + Government disability discrimination + international law

6 messages

---

**Butler, Casework (Butler)** <Casework_Butler@butler.senate.gov>                                  Fri, Aug 2, 2024 at 4:08 PM
To: Mathew Tyler <************************>

This message is to confirm that we have received your email, are reviewing your request, and will be in touch with you shortly. **If you have not yet completed a** *Privacy Release Form* **or** *Immigration Assistance Form***, please visit our website to access the forms and instructions for completing them.** Your completed form may be returned to this email address.

*Additional Guidance:*

**State Department Casework:** The State Department is mostly likely to expedite cases for those facing a medical emergency or a severe threat to their life. If you believe you meet the expedite requirements, please email a PDF or Word Document with: written expedite request explaining the need for expedite, accompanied by medical documentation, and/or deployment papers, and/or a statement of hardship, and/ or a statement of threat, etc.

**USCIS Casework:**

First, we recommend you **use this tool** to check the status of your applications.

We are only checking the status of applications that are outside normal processing times. You can check if your case is within normal processing **here**. You can find the location of your case's field office or service center at the bottom of your most recent I-797C Notice of Action.

If you wish to request that your case be expedited, you will need to provide documentation that proves you meet **USCIS's expedite criteria**. Please go over USCIS's criteria for expedite requests to see if you meet the requirements. If your situation falls into one of the listed categories, please send documents to prove you meet the criteria and we will send an inquiry to the agency. *Note – a single letter describing the issue does not suffice as documentation.*

**IRS Casework:**

If you need help securing tax return, employee retention tax credits, or stimulus check please include the year and (if applicable) fiscal quarter that you are missing.

**Passport Casework:**

Be sure to include a proof of travel document. This can be a flight itinerary, hotel booking, or any documents that illustrate imminent travel.

If you have any questions, please call our San Francisco office at **(415) 393-0707**, and we will be happy to assist you.

Sincerely,

**Constituent Services Team**

Office of U.S. Senator Laphonza Butler

San Francisco, CA | (415) 393-0707

cid:image008.png@01DA7AA3.C5289500

cid:image009.png@01DA7AA3.C5289500    cid:image010.png@01DA7AA3.C5289500    cid:image011.png@01DA7AA3.C5289500
cid:image012.png@01DA7AA3.C5289500    cid:image013.png@01DA7AA3.C5289500

---

**Heather Leslie** <Heather.Leslie@doj.ca.gov>                              Fri, Aug 16, 2024 at 9:34 AM
To: Mathew Tyler <************************>

Friday, January 11, 2021 was my last day with the California Department of Justice. This email account is no longer monitored. If you need to speak with someone at the Department regarding a matter I was assigned to, please reach out to my supervisor David.Zonana@doj.ca.gov.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**David Zonana** <David.Zonana@doj.ca.gov>                              Fri, Aug 16, 2024 at 9:56 AM
To: Mathew Tyler <************************>

As of December 5, 2022, I am no longer with the California Attorney General's Office. Please follow up with another attorney from the California Attorney General's Office who has appeared in your matter.

If you are not sure who to contact, please reach out to Environment Section Senior Assitant AG Ed Ochoa (Ed.Ochoa@doj.ca.gov).

Best,
David

[Quoted text hidden]

---

**Ed Ochoa** <Ed.Ochoa@doj.ca.gov>                              Sat, Aug 17, 2024 at 7:04 PM
To: Mathew Tyler <************************>

Hello,

Please note that I am on extended leave and will not be monitoring my email. If you need assistance, please contact the following Supervising Deputy Attorneys General who will be Acting Senior Assistant Attorneys General for the Environment Section during the period of time noted:

July 1-12, 2024: SDAGs Dennis Beck (Dennis.Beck@doj.ca.gov) and Abby Blodgett (Abigail.Blodgett@doj.ca.gov);

July 15-August 2, 2024: SDAGs Jeremy Brown (Jeremy.Brown@doj.ca.gov) and Laura Zuckerman (Laura.Zuckerman@doj.ca.gov);

August 5 – August 16, 2024: SDAGs Vanessa Morrison (Vanessa.Morrison@doj.ca.gov) and Sarah Morrison (Sarah.Morrison@doj.ca.gov); and

August 19 – August 30, 2024: SDAGs Christie Vosburg (Christie.Vosburg@doj.ca.gov) and Dennis Beck (Dennis.Beck@doj.ca.gov).

Thank you,
Ed

[Quoted text hidden]

---

**Laura Zuckerman** <Laura.Zuckerman@doj.ca.gov>                          Sat, Aug 17, 2024 at 7:12 PM
To: Mathew Tyler <************************>

I will be out of the office, without access to e-mail or voice mail, from August 16 through August 20. If you need assistance during that time, please contact Stacy.Lau@doj.ca.gov. I will respond to your message when I return.

[Quoted text hidden]

---

**Padilla, Casework (Padilla)** <Casework_Padilla@padilla.senate.gov>        Sun, Aug 25, 2024 at 3:21 PM
To: Mathew Tyler <*************************>

Thank you for contacting the Office of United States Senator Alex Padilla.

In accordance with the Privacy Act of 1974, a signed Privacy Release Form is required to start our casework process. To request assistance electronically, please use the Online Casework Form , or call our office to request a physical form Contact .

If you have already submitted a Privacy Release Form, my staff will be in contact with you in 7 business days regarding your issue. If you have an urgent issue that requires immediate assistance please call 310-231-4494 to reach our casework team.

With warmest personal regards,

Alex Padilla
United States Senator

# Whistleblower, Evidence of national 2024 election interfering with and tampering with

1 message

**Mathew Tyler** <***********************>                                      Tue, Nov 12, 2024 at 1:40 PM
To: TLHRC@mail.house.gov

42 U.S. Code § 1987 for 18 U.S.C. §§ 241-242, National 2024 Election interference and tampering.

The FBI has blocked me from reporting it to them.

I'm in the process of sorting my emails, scanning documents, and redacting there is more evidence for all of the states. Please be patient, I am one person trying to save my once great nation in spite of the government nationally committing crimes against Mr. Mathew Tyler.

With the doj and state level election officials in all 50 states implicated in the intentional rigging of the 2024 election to exclude me because I have a disability, this entire election is "Fruit of the Poisonous Tree" (https://en.wikipedia.org/wiki/Fruit_of_the_poisonous_tree) and has to be thrown out and redone to include Mathew Tyler. Harris' concession persists as her own accord. If the election isn't tossed out and redone to include Mathew Tyler, that will further be election interference & tampering, and disability discrimination.

Evidence is being publicly shared on the Internet via https://drive.google.com/drive/folders/1eaL_woFpAN23enP81uQWpiRVOdTlVgBx?usp=drive_link -- This is freely on the Internet so the entire world has access, when updates are made, they will be available to the entire world at once.

Everything is easily shareable and up-to-date on my website, https://www.TylerPresident.com


-Mathew Tyler, US Presidential candidate (I), 2016-2084, the new 47th POTUS. 🔟

📄 **202410_Criminal-Complaint-to-Congress_election-interference-tampering-fraud.pdf**
3210K

## Whistleblower, Evidence of national 2024 election interfering with and tampering with

1 message

**Mathew Tyler <*************************>**                          Tue, Nov 12, 2024 at 3:45 PM
To: leslie.reagan@mail.house.gov, derek.luyten@mail.house.gov

Attn: House Democracy Partnership

Please help me get this information to where it needs to go, most of Congress discriminates against
people with a disability by not providing a public email address.

42 U.S. Code § 1987 for 18 U.S.C. §§ 241-242, National 2024 Election interference and tampering.

The FBI has blocked me from reporting it to them.

I'm in the process of sorting my emails, scanning documents, and redacting there is more evidence for all
of the states. Please be patient, I am one person trying to save my once great nation in spite of the
government nationally committing crimes against Mr. Mathew Tyler.

With the doj and state level election officials in all 50 states implicated in the intentional rigging of the
2024 election to exclude me because I have a disability, this entire election is "Fruit of the Poisonous Tree"
(https://en.wikipedia.org/wiki/Fruit_of_the_poisonous_tree) and has to be thrown out and redone to include
Mathew Tyler. Harris' concession persists as her own accord. If the election isn't tossed out and redone to
include Mathew Tyler, that will further be election interference & tampering, and disability discrimination.

Evidence is being publicly shared on the Internet via https://drive.google.com/drive/folders/1eaL_
woFpAN23enP81uQWpiRVOdTlVgBx?usp=drive_link -- This is freely on the Internet so the entire world has
access, when updates are made, they will be available to the entire world at once.

Everything is easily shareable and up-to-date on my website, https://www.TylerPresident.com


-Mathew Tyler, US Presidential candidate (I), 2016-2084, the new 47th POTUS. 

---

📄 **202410_Criminal-Complaint-to-Congress_election-interference-tampering-fraud.pdf**
3210K

## Whistleblower, Evidence of national 2024 election interfering with and tampering with

1 message

**Mathew Tyler <************************>**
To: kylie_nolan@hsgac.senate.gov
Cc: allison_green@hsgac.senate.gov

Tue, Nov 12, 2024 at 3:23 PM

42 U.S. Code § 1987 for 18 U.S.C. §§ 241-242, National 2024 Election interference and tampering.

The FBI has blocked me from reporting it to them.

I'm in the process of sorting my emails, scanning documents, and redacting there is more evidence for all of the states. Please be patient, I am one person trying to save my once great nation in spite of the government nationally committing crimes against Mr. Mathew Tyler.

With the doj and state level election officials in all 50 states implicated in the intentional rigging of the 2024 election to exclude me because I have a disability, this entire election is "Fruit of the Poisonous Tree" (https://en.wikipedia.org/wiki/Fruit_of_the_poisonous_tree) and has to be thrown out and redone to include Mathew Tyler. Harris' concession persists as her own accord. If the election isn't tossed out and redone to include Mathew Tyler, that will further be election interference & tampering, and disability discrimination.

Evidence is being publicly shared on the Internet via https://drive.google.com/drive/folders/1eaL_ woFpAN23enP81uQWpiRVOdTlVgBx?usp=drive_link -- This is freely on the Internet so the entire world has access, when updates are made, they will be available to the entire world at once.

Everything is easily shareable and up-to-date on my website, https://www.TylerPresident.com

-Mathew Tyler, US Presidential candidate (I), 2016-2084, the new 47th POTUS. 🌀

📄 **202410_Criminal-Complaint-to-Congress_election-interference-tampering-fraud.pdf**
3210K

## Whistleblower, Evidence of national 2024 election interfering with and tampering with

1 message

**Mathew Tyler <\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*>**              Tue, Nov 12, 2024 at 3:27 PM
To: josh_sorbe@judiciary-dem.senate.gov

Please cc to: Senate Judiciary Committee which lacks a public email address to contact.

42 U.S. Code § 1987 for 18 U.S.C. §§ 241-242, National 2024 Election interference and tampering.

The FBI has blocked me from reporting it to them.

I'm in the process of sorting my emails, scanning documents, and redacting there is more evidence for all of the states. Please be patient, I am one person trying to save my once great nation in spite of the government nationally committing crimes against Mr. Mathew Tyler.

With the doj and state level election officials in all 50 states implicated in the intentional rigging of the 2024 election to exclude me because I have a disability, this entire election is "Fruit of the Poisonous Tree" (https://en.wikipedia.org/wiki/Fruit_of_the_poisonous_tree) and has to be thrown out and redone to include Mathew Tyler. Harris' concession persists as her own accord. If the election isn't tossed out and redone to include Mathew Tyler, that will further be election interference & tampering, and disability discrimination.

Evidence is being publicly shared on the Internet via https://drive.google.com/drive/folders/1eaL_woFpAN23enP81uQWpiRVOdTlVgBx?usp=drive_link -- This is freely on the Internet so the entire world has access, when updates are made, they will be available to the entire world at once.

Everything is easily shareable and up-to-date on my website, https://www.TylerPresident.com

-Mathew Tyler, US Presidential candidate (I), 2016-2084, the new 47th POTUS. 

📄 **202410_Criminal-Complaint-to-Congress_election-interference-tampering-fraud.pdf**
3210K

Case 2:25-cv-00404-DAD-DMC    Document 1    Filed 01/30/25    Page 70 of 147

## Whistleblower, Evidence of national 2024 election interfering with and tampering with

1 message

**Mathew Tyler** <************************>                    Tue, Nov 12, 2024 at 1:42 PM
To: ReportElectionFraud@mail.house.gov

42 U.S. Code § 1987 for 18 U.S.C. §§ 241-242, National 2024 Election interference and tampering.

The FBI has blocked me from reporting it to them.

I'm in the process of sorting my emails, scanning documents, and redacting there is more evidence for all of the states. Please be patient, I am one person trying to save my once great nation in spite of the government nationally committing crimes against Mr. Mathew Tyler.

With the doj and state level election officials in all 50 states implicated in the intentional rigging of the 2024 election to exclude me because I have a disability, this entire election is "Fruit of the Poisonous Tree" (https://en.wikipedia.org/wiki/Fruit_of_the_poisonous_tree) and has to be thrown out and redone to include Mathew Tyler. Harris' concession persists as her own accord. If the election isn't tossed out and redone to include Mathew Tyler, that will further be election interference & tampering, and disability discrimination.

Evidence is being publicly shared on the Internet via https://drive.google.com/drive/folders/1eaL_ woFpAN23enP81uQWpiRVOdTlVgBx?usp=drive_link -- This is freely on the Internet so the entire world has access, when updates are made, they will be available to the entire world at once.

Everything is easily shareable and up-to-date on my website, https://www.TylerPresident.com

-Mathew Tyler, US Presidential candidate (I), 2016-2084, the new 47th POTUS. 🔟

📎 **202410_Criminal-Complaint-to-Congress_election-interference-tampering-fraud.pdf**
   3210K

# Whistleblower, Evidence of national 2024 election interfering with and tampering with

1 message

**Mathew Tyler <************************>**    Tue, Nov 12, 2024 at 1:39 PM
To: Judiciary_Whistleblower@mail.house.gov

42 U.S. Code § 1987 for 18 U.S.C. §§ 241-242, National 2024 Election interference and tampering.

The FBI has blocked me from reporting it to them.

I'm in the process of sorting my emails, scanning documents, and redacting there is more evidence for all of the states. Please be patient, I am one person trying to save my once great nation in spite of the government nationally committing crimes against Mr. Mathew Tyler.

With the doj and state level election officials in all 50 states implicated in the intentional rigging of the 2024 election to exclude me because I have a disability, this entire election is "Fruit of the Poisonous Tree" (https://en.wikipedia.org/wiki/Fruit_of_the_poisonous_tree) and has to be thrown out and redone to include Mathew Tyler. Harris' concession persists as her own accord. If the election isn't tossed out and redone to include Mathew Tyler, that will further be election interference & tampering, and disability discrimination.

Evidence is being publicly shared on the Internet via https://drive.google.com/drive/folders/1eaL_woFpAN23enP81uQWpiRVOdTlVgBx?usp=drive_link -- This is freely on the Internet so the entire world has access, when updates are made, they will be available to the entire world at once.

Everything is easily shareable and up-to-date on my website, https://www.TylerPresident.com

-Mathew Tyler, US Presidential candidate (I), 2016-2084, the new 47th POTUS. 🔟

📠 **202410_Criminal-Complaint-to-Congress_election-interference-tampering-fraud.pdf**
3210K

## Whistleblower, Evidence of national 2024 election interference and tampering with

2 messages

**Mathew Tyler** <************************>                                                    Tue, Nov 19, 2024 at 2:02 PM
To: Tyra.Zeigler@leg.wa.gov
Cc: Noal.Alsharbini@leg.wa.gov

My name is Mathew Tyler, I am a 2024 US Presidential candidate.  Here is the evidence of the 2024 being
nationally rigged that the media is trying to turn a blind eye to whilst our "representatives" and "law
enforcement" despite being reported as 42 U.S. Code § 1987 for 18 U.S.C. §§ 241-242, do nothing to
rectify this completely fraudulent election.

Please let me know if you have any questions or concerns

Evidence implicating state level election officials in all 50 states as well as implicating the US Department
of Justice is being uploaded publicly to: https://drive.google.com/drive/folders/1eaL_
woFpAN23enP81uQWpiRVOdTlVgBx?usp=drive_link

Everything is easily shareable and up-to-date on my website, https://www.TylerPresident.com


-Mathew Tyler, US Presidential candidate (I), 2016-2084, the new 47th POTUS. 

📄 **202410_Criminal-Complaint-to-Congress_election-interference-tampering-fraud.pdf**
3210K

---

**Mathew Tyler** <************************>                                                    Tue, Nov 19, 2024 at 2:07 PM
To: LEWPRO@dshs.wa.gov

[Quoted text hidden]

📄 **202410_Criminal-Complaint-to-Congress_election-interference-tampering-fraud.pdf**
3210K

## Whistleblower, Evidence of national 2024 election interfering with and tampering with

2 messages

---

**Mathew Tyler** <************************>                    Tue, Nov 12, 2024 at 1:46 PM
To: publicaffairs@usccr.gov
Cc: referrals@usccr.gov, antiasianhatecrimes@usccr.gov, disabilityhatecrimes@usccr.gov

42 U.S. Code § 1987 for 18 U.S.C. §§ 241-242, National 2024 Election interference and tampering.

The FBI has blocked me from reporting it to them.

I'm in the process of sorting my emails, scanning documents, and redacting there is more evidence for all of the states. Please be patient, I am one person trying to save my once great nation in spite of the government nationally committing crimes against Mr. Mathew Tyler.

With the doj and state level election officials in all 50 states implicated in the intentional rigging of the 2024 election to exclude me because I have a disability, this entire election is "Fruit of the Poisonous Tree" (https://en.wikipedia.org/wiki/Fruit_of_the_poisonous_tree) and has to be thrown out and redone to include Mathew Tyler. Harris' concession persists as her own accord. If the election isn't tossed out and redone to include Mathew Tyler, that will further be election interference & tampering, and disability discrimination.

Evidence is being publicly shared on the Internet via https://drive.google.com/drive/folders/1eaL_ woFpAN23enP81uQWpiRVOdTlVgBx?usp=drive_link -- This is freely on the Internet so the entire world has access, when updates are made, they will be available to the entire world at once.

Everything is easily shareable and up-to-date on my website, https://www.TylerPresident.com

-Mathew Tyler, US Presidential candidate (I), 2016-2084, the new 47th POTUS. 

📄 **202410_Criminal-Complaint-to-Congress_election-interference-tampering-fraud.pdf**
3210K

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                    Tue, Nov 12, 2024 at 1:47 PM
To: ************************



## Address not found

Your message wasn't delivered to
**disabilityhatecrimes@usccr.gov** because the address couldn't
be found, or is unable to receive mail.

The response from the remote server was:

550 5.1.1 : Recipient address rejected: User unknown in relay recipient table

Final-Recipient: rfc822; disabilityhatecrimes@usccr.gov
Action: failed
Status: 5.1.1
Remote-MTA: dns; west.smtp.mx.exch029.serverdata.net. (199.193.206.109, the
 server for the domain usccr.gov.)
Diagnostic-Code: smtp; 550 5.1.1 <disabilityhatecrimes@usccr.gov>: Recipient address rejected: User unknown in relay
recipient table
Last-Attempt-Date: Tue, 12 Nov 2024 13:47:05 -0800 (PST)


---------- Forwarded message ----------
From: Mathew Tyler <************************>
To: publicaffairs@usccr.gov
Cc: referrals@usccr.gov, antiasianhatecrimes@usccr.gov, disabilityhatecrimes@usccr.gov
Bcc:
Date: Tue, 12 Nov 2024 13:46:10 -0800
Subject: Whistleblower, Evidence of national 2024 election interfering with and tampering with
----- Message truncated -----

## Independent Presidential Candidate Follow-up

10 messages

---

**Elections GV** <elections@utah.gov>                    Wed, Feb 28, 2024 at 12:59 PM
To: ************************

Hi Mathew,

I hope this email finds you well. Thank you for reaching out to our office regarding a presidential candidate declaration.

To better help you with your request, I have one clarifying question that will determine what the requirements are in Utah Code and the associated deadlines.

In your paperwork you mention your desire to run as an "independent" but near the end you mention "write-in." Are you wanting to run as an unaffiliated (independent) candidate or a write-in candidate?

Once our office receives this information, we can discuss the next steps.

Thank you,

Karlee


Office of Lieutenant Governor

Deidre M. Henderson

Election Office

Phone - 801-538-1041

vote.utah.gov

---

**Mathew Tyler** <************************>                    Fri, Mar 1, 2024 at 1:41 PM
To: Elections GV <elections@utah.gov>

Karlee,

The email found me well with great weather; hopefully you're getting good weather wherever you are.

My apologies for the typographical error, I wish to be listed as an unaffiliated (independent) candidate. As a disabled US citizen, I am also requesting ADA accommodations for an exception to any and all physical requirements that the State might impose to be listed on the ballot; including without limitation to: collecting signatures and submitting signatures. A number of states seem to have this requirement, which being required of some yet not all candidates seems to be a violation of the Equal protection clause of the 14th amendment to the US Constitution.

Thank you,

Mathew Tyler

[Quoted text hidden]

---

**Elections GV** <elections@utah.gov>                    Mon, Mar 11, 2024 at 4:09 PM
To: Mathew Tyler <************************>

Hi Mathew,

Thank you for the clarification. I have gathered the two different pathways to the ballot as an unaffiliated candidate and more information on the filing fee for you.

## Filing as an Unaffiliated Presidential Candidate in Utah

State law requires unaffiliated candidates to gather 1000 signatures to file as an unaffiliated candidate. The signature requirements apply to all unaffiliated candidates who, like all candidates for office, must show a modicum of support from voters to be given a spot on the ballot. Those candidates who are affiliated with a party can demonstrate the required modicum of support by being nominated at the party convention, or by gathering signatures. The candidates affiliated with a party must then campaign and be selected through the primary election. Unaffiliated candidates are not subject to a primary election. Regardless of the candidate's selected statutory path to the ballot, all candidates, affiliated and not, equally have to demonstrate some support for their candidacy. This is a requirement of the Utah Election Code. *See* Utah Code sections 20A-9-part 4 and 5. The Lieutenant Governor cannot unilaterally waive statutory requirements. Therefore, our office is unable to waive the signature gathering requirement.

The deadline for unaffiliated candidates to gather signatures and file has been extended to June 18, 2024 by 5:00 PM due to SB107 passed recently in the 2024 legislative session. There is no requirement that the candidate has to gather signatures in person. Rather, it is common practice for candidates to engage volunteers and/or paid signature gatherers to solicit and obtain the requisite number of signatures. Inasmuch as you do not reside in Utah, we assume you will engage volunteers or others to obtain signatures in support of your campaign.

Similarly, you can designate another individual to file your declaration paperwork on your behalf, since you reside out of state. Your signature must be notarized on the declaration of candidacy—your designated agent cannot sign for you. To file on your behalf, the designated agent must file your notarized paperwork in-person with your filing officer during the declaration period. The designated agent must also use an electronic device that allows you and the filing officer to hear and see each other (e.g., Skype, Facetime). *See* 20A-9-503(4).

If you would like to move forward with the process, the unaffiliated candidate petition can be found here.

The declaration of candidacy for unaffiliated candidate for president can be found here.

## Filing as an Unaffiliated WRITE-IN Presidential Candidate in Utah

The process to become a write-in candidate is simple: you must declare candidacy with our office. As a write-in candidate, your name does not appear on the ballot. Voters must write or type your name on the write-in line for a vote to count.

The 2024 Write-In Declaration form for an unaffiliated write-in candidate for U.S. President can be found here.

An unaffiliated write-in presidential candidate does not have to gather signatures prior to filing for office.

The deadline for filing as a write-in candidate is September 3, 2024.

As a write-in candidate you can designate another individual to file your declaration paperwork on your behalf. Your signature must be notarized on the declaration of candidacy—your designated agent cannot

sign for you.

To file on your behalf, the designated agent must file your paperwork in-person with your filing officer during the declaration period. The designated agent must also use an electronic device that allows you and the filing officer to hear and see each other (e.g., Skype, Facetime). See 20A-9-601.

**Filing Fee**

You have requested that the fee be waived. Please review and fill out the affidavit of impecuniosity to have your fee waived.

Please let me know if you have any questions.

Thank you,

Karlee

Office of Lieutenant Governor

Deidre M. Henderson

Election Office

Phone - 801-538-1041

vote.utah.gov

[Quoted text hidden]

---

**Mathew Tyler** <************************>                    Mon, Mar 11, 2024 at 5:06 PM
To: Elections GV <elections@utah.gov>

Karlee,

What the State of Utah's law provides for and doesn't provide for is inconsequential as I am making an ADA request for reasonable accommodations under federal law (42 U.S.C. §§ 12101 et seq.) which supersedes state law (Article 6, clause 2 to the US Constitution); thus any conflicting State law is precluded .

The State is mandated to either honor my ADA request or pursuant to 42 U.S.C. §§ 12101 et seq. the State must "...demonstrate that making such modifications would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations."

If the State does not honor my request for reasonable accommodations and the State does not satisfy the aforementioned demonstration requirement, how honoring my request would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations, **you and the State** will be committing a **hate crime (18 U.S.C. § 249)** against me by **discriminating** against me for **my disability** in my enjoyment of **federally protected activities (18 U.S.C. § 245)** which will also violate my civil rights (18 U.S.C. § 241 and 18 U.S.C. § 242 [United States v. Price, 383 U.S. 787 (1966)]).

Interfering with my:
18 U.S.C. § 245(b)(1)(A) ability to qualify as a candidate for elective office in any primary, special, or general election; and,

18 U.S.C. § 245(b)(1)(B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; and,
18 U.S.C. § 245(b)(1)(E) participating in or enjoying the benefits of any program or activity receiving Federal financial assistance

What's more, state imposed requirements for federal office violate my Equal protection rights of the 14th amendment to the US Constitution (Williams v. Rhodes, 393 U.S. 23 (1968)) and the State lacks the power to determine federal candidate eligibility; i.e., Trump v. Anderson, No. 23-719, 601 U.S. (2024); A "...state can't disqualify a presidential candidate, in part because it doesn't have that power and in part because having such power would lead to chaos"; "It would be incongruous to read this particular Amendment as granting the States the power — silently no less — to disqualify a candidate for federal office" via https://www.washingtonpost.com/politics/2024/03/04/takeaways-supreme-court-trump-ruling/

Fees imposed by the State violate my Equal protection rights of the 14th amendment to the US Constitution [Harper v. Virginia State Board of Elections, 383 U.S. 663 (1966)] and the 24th amendment to the US Constitution.

Would the State of Utah like to proceed by making the reasonable accommodations I've requested by including my name on the ballot as an unaffiliated (independent) candidate or would the State of Utah rather proceed by having me file criminal complaints for a hate crime and disability discrimination with the appropriate State of Utah and federal law enforcement agencies?

-Mathew Tyler
[Quoted text hidden]

---

**Mathew Tyler** <************************>                                        Tue, Mar 26, 2024 at 5:42 AM
To: Mathew Tyler <************************>
Cc: Elections GV <elections@utah.gov>

Pertaining to my being a qualified individual with disability, for me personally, major life activities affected by Central core disease: performing manual tasks, walking, standing, lifting, bending, breathing, and stamina; ADHD: Learning, reading, concentrating, thinking, communicating, time/appointments, and working leading to my being indigent thus unable to pay filing fees aka poll taxes or pay for campaign employees or able to acquire volunteers from a State that I am not a resident of.

As a qualified individual with a disability, I should not be reliant on others being available for help; "Although [plaintiffs] were ultimately able to cast their vote with the fortuitous assistance of others, the purpose of the Rehabilitation Act is 'to empower individuals with disabilities to maximize employment, economic self-sufficiency, independence, and inclusion and integration into society'.... The right to vote should not be contingent on the happenstance that others are available to help." Nat'l Fed'n of the Blind v. Lamone, 813 F.3d 494, 506-7 (4th Cir. 2016). The purpose of the ADA and 504 is to empower persons with disabilities.

`The "natural effect" of Title II's "reasonable modification" requirement, Crosby, 530 U.S. at 373, in light of the foregoing observations, requires preemption of inconsistent state law when necessary to effectuate a required "reasonable modification." Congress clearly meant Title II to sweep broadly. If all state laws were insulated from Title II's reasonable modification requirement solely because they were state laws, "state law [would serve as] an obstacle to the accomplishment and execution of the full purposes and objectives of Congress" in enacting Title II. Marsh, 499 F.3d at 177. Far from "provid[ing] a clear and comprehensive national mandate for the elimination of discrimination against individuals with disabilities," 42 U.S.C. § 12101(b)(1), the ADA would be powerless to work any reasonable modification in any requirement imposed by state law, no matter how trivial the requirement and no matter how minimal the costs of doing so. We conclude that the ADA's reasonable modification requirement contemplates modification to state laws, thereby permitting preemption of inconsistent state laws, when necessary to effectuate Title II's reasonable modification provision.[8]` (Mary Jo C. v. New York State and Local Retirement Sys., No. 11-2215 [2d Cir. 2013])

`...the ADA preempts inconsistent state law when appropriate and necessary to effectuate a reasonable accommodation under Title II is also consistent with decisions from our sister Circuits. See, e.g., Barber v. Colorado Dep't of Revenue, 562 F.3d 1222, 1232-33 (10th Cir. 2009) (ultimately concluding that there

was no conflict between state law and the ADA in the case before it, but observing that the court "in no way affirm[ed] the district court's conclusion that `[a]n accommodation that would have required defendants to willfully ignore or violate the law is per se not reasonable.'" (citation omitted)); Quinones v. City of Evanston, Ill., 58 F.3d 275, 277 (7th Cir. 1995) ("[The defendant] believes that it is compelled to follow the directive from the state, but the Supremacy Clause of the Constitution requires a different order of priority. A discriminatory state law is not a defense to liability under federal law; it is a source of liability under federal law." (emphasis in original)); Williams v. Gen. Foods Corp., 492 F.2d 399, 404 (7th Cir. 1974) (similar). As the Ninth Circuit explained:

> The court's obligation under the ADA . . . is to ensure that the decision reached by the state authority is appropriate under the law and in light of proposed alternatives. Otherwise, any state could adopt requirements imposing unreasonable obstacles to the disabled, and when haled into court could evade the antidiscrimination mandate of the ADA merely by explaining that the state authority considered possible modifications and rejected them...

The NYSLRS argues that "Title II . . . requires reasonable modification only of `rules, policies, or practices' — not state statutes," NYSLRS Br. 19, and seeks to distinguish Crowder, which contemplated the modification of a mandatory Hawaii State administrative regulation rather than a state statute, see Crowder, 81 F.3d at 1481-85, on this ground, NYSLRS Br. 21 n.6. But as a general rule, duly promulgated state regulations have the force of law for these purposes as do statutes. See, e.g., State v. Kotis, 91 Hawai'i 319, 331, 984 P.2d 78, 90 (1999) (Under Hawaii law, "[a]dministrative rules, like statutes, have the force and effect of law."); Allstate Ins. Co. v. Rivera, 12 N.Y.3d 602, 608, 911 N.E.2d 817, 820, 883 N.Y.S.2d 755, 758 (2009) (under New York law, "[a] duly promulgated regulation . . . has the force of law." (internal quotation marks omitted)). From the standpoint of the ADA's preemptive force, we can discern no reason to distinguish between the preemption of state statutes and state regulations. Cf. Crosby, 530 U.S. at 372 n.6 (noting that "a variety of state laws and regulations may conflict with a federal statute" and be preempted). And for the reasons discussed above, we do not read the ADA to prohibit reasonable modifications to state statutes when appropriate.` (Mary Jo C. v. New York State and Local Retirement Sys., No. 11-2215 [2d Cir. 2013])

"…when a state law directly conflicts with the ADA, the state law must be interpreted in a way that complies with the ADA" (American-Nurses-Assoc.-v.-ODonnell,-California-Superintendent-of-Schools-United-States-Amicus-Brief.pdf)

"…to avoid discrimination, a public entity must reasonably modify its policies, procedures, or practices when necessary to avoid disability discrimination, unless it can show that the modifications would fundamentally alter the nature of the service, program, or activity." (statement_of_interest-in_re_georgia_sb_202.pdf)

The Department of Justice offers the following pertaining to undue burden and fundamentally altering anything, 42 U.S.C. § 12182(b)(2)(A)(ii) and 42 U.S.C. § 12182(b)(2)(A)(iii);

1. "The decision that an action would result in an undue burden must be made by a high level official, no lower than a Department head, having budgetary authority and responsibility for making spending decisions, after considering all resources available for use in the funding and operation of the service, program, or activity, and must be accompanied by a written statement of the reasons for reaching that conclusion. If an action would result in an undue burden, a public entity must take any other action that would not result in an undue burden but would nevertheless ensure that individuals with disabilities receive the benefits or services provided by the public entity."
2. "There are some situations where it simply is not possible to integrate people with disabilities without fundamentally altering the nature of a program, service, or activity. For example, moving a beach volleyball program into a gymnasium, so a player who uses a wheelchair can participate on a flat surface without sand, would `fundamentally alter" the nature of the game. The ADA does not require changes of this nature."

Non ADA cases:

1. Trump v. Anderson, No. 23-719, 601 U.S. (2024) establishes (1) States lack the power to disqualify a candidate for federal office and, (2) that not including a candidate on the ballot, even for a primary would be disqualifying the candidate; "It would be incongruous to read this particular Amendment as granting the States the power — silently no less — to disqualify a candidate for federal office"

2. [Arbitrary and capricious] candidate requirements are not in line with founding, quintessential principles of America, historical tradition, or the rights enshrined by the U.S. Constitution; New York State Rifle & Pistol Association, Inc. v. Bruen, 597 U.S. 1 establishes that "historical tradition" is a means in which law can be determined; and,

3. [heavy] burdens on minor parties seeking to be placed on the ballot for presidential electors violates the Equal protection clause, Williams v. Rhodes, 393 U.S. 23 (1968); and,

4. Fees imposed by the State violate my equal protection rights (Harper v. Virginia State Board of Elections, 383 U.S. 663 [1966]), due process, and the 24th amendment to the U.S. Constitution

United States Constitution, Art. I § 4, cl. 1 Pertains to Senator and Representatives, not the President of the United States of America; "The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of chusing Senators."

-Mathew Tyler

(1) https://www.ada.gov/resources/title-ii-primer/
[Quoted text hidden]

---

**Elections GV** <elections@utah.gov>                                     Mon, Apr 15, 2024 at 3:51 PM
To: Mathew Tyler <************************>

Mathew,

Thank you for your patience as our office reviewed your request that was received via mail. Please see the attached letter in response.

Thank you,

Office of Lieutenant Governor

Deidre M. Henderson

Election Office

Phone - 801-538-1041

vote.utah.gov

[Quoted text hidden]

📄 **Mathew Tyler Letter.pdf**
    841K

---

**Mathew Tyler** <************************>                               Mon, Apr 15, 2024 at 5:24 PM
To: Elections GV <elections@utah.gov>

Upon further investigation, the state's presidential eligibility requirements (e.g., requiring candidates to get X amount of signatures of eligible voters from that state, PER state) are plainly unconstitutional, an illegal and illegitimate government overreach. Violating the tenth amendment to the US Constitution, by the state attempting to defraud or thievingly conniving "the people" of the right to establish qualifications for the Presidency as *__explicitly conferred to the US Constitution__* pursuant to **Article II, section 1, clause 5 of the US Constitution**, as an original intent of forethought, not an afterthought of our founding fathers; determined by it being an article rather than an amendment. Violating my due process and equal protection rights. In accordance with the "Supremacy Clause" to the US Constitution (Article 6, clause 2), the US Constitution is the supreme law of the land, superseding/preempting conflicting state laws, in this case inferior state requirements conflict with all Presidency eligibility requirements as vested in the supreme law of the land; i.e., it is established, "Qualifications for the Presidency," not "Qualifications for the Presidency and inferior state requirements" Promulgated by *Trump v. Anderson,*

*No. 23-719, 601 U.S. (2024),* "It would be incongruous to read this particular Amendment as granting the States the power — silently no less — to disqualify a candidate for federal office," establishes: (1) States lack the power to disqualify a candidate for federal office and, (2) that not including a candidate on the ballot, even for a primary would be disqualifying the candidate.  Constituting violations of: 18 U.S.C. § 595, 18 U.S.C. § 241, and 18 U.S.C. § 242

In accordance with federal law, 28 C.F.R. § 35.164, what other actions/alternatives to my request for reasonable modifications is the state proposing to make to satisfy the state's obligation to operate in an inclusive manner; providing me, a qualified individual with disabilities with an equal opportunity to participate in, and enjoy the benefits of, a service, program, or activity of the state?

What is the contact information of the designated employee? 28 C.F.R. § 35.107(a)

Where are the grievance procedures providing for prompt and equitable resolution of complaints published?  28 C.F.R. § 35.107(b)

In accordance with 28 C.F.R. § 35.105(c)(2)-(3), I also wish to inspect your state's self-evaluation report as mandated by 28 C.F.R. § 35.105(a)

Federal law, 28 C.F.R. § 35.107, can be viewed at, https://www.law.cornell.edu/cfr/text/28/35.107.  Disability discrimination codified can be viewed at, https://www.law.cornell.edu/uscode/text/42/12132

Or should federal financial assistance be withheld or terminated pursuant to: 42 U.S.C. § 12132 -> 42 U.S.C. § 12133 -> 29 U.S.C. § 794 -> 29 U.S.C. § 794a(a)(2) -> 42 U.S.C. § 2000d -> 42 U.S.C. § 2000d-1(1)?

-Mathew Tyler
[Quoted text hidden]

---

**Mathew Tyler <************************>**                                    Mon, Apr 15, 2024 at 5:28 PM
To: uag@agutah.gov

Civil rights violations, disability discrimination perpetuated by Utah.  Request for criminal prosecution and promulgation of federal policy and obligations of the state.
[Quoted text hidden]

---

**Office of the Utah Attorney General <uag@agutah.gov>**                      Wed, Apr 17, 2024 at 1:03 PM
Reply-To: Office of the Utah Attorney General <uag@agutah.gov>
To: Mathew Tyler <************************>

## STATE OF UTAH
### OFFICE OF THE ATTORNEY GENERAL



## SEAN D. REYES
### ATTORNEY GENERAL

Thank you for contacting the Utah Attorney General's office. We are sorry to hear of the trouble you have experienced.

By law, our Office represents the State of Utah in cases involving the state's interest. The Attorney General's

office is prohibited from offering legal advice to private citizens or organizations and does not have the
authority to investigate or prosecute your individual case. The Utah AG also does not direct or supervise
state agencies. Questions or complaints about other state agencies should be directed to the specific
agency.

For legal advice, please consult with an attorney of your choice. If you would like to contact the Utah State
Bar for referrals of attorneys, please call them at (801) 531-9077 or visit them online
at: https://www.utahbar.org/. If you can't afford legal representation, please visit the Utah Legal Help website
(or call 801-297-7049) to see if you qualify for reduced or free legal services. You can also find more free
legal resource organizations here.

We trust this information will be helpful to you.

Sincerely,

**Constituent Services**
**Utah Attorney General's Office**
**801-366-0260**

Subscribe to Updates

**Utah Attorney General Office Address**
Utah State Capitol Complex
PO Box 142320
SLC UT 84114-2320

https://attorneygeneral.utah.gov/

*For media inquiries click here.*
*Contact us at 1-801-366-0260 or via email at uag@agutah.gov.*

Mathew Tyler <************************>                                    Wed, Apr 17, 2024 at 1:58 PM
To: Office of the Utah Attorney General <uag@agutah.gov>

Utah Attorney General's Office,

What law(s) was the Utah Attorney General's Office referring to in its previous email?  What law(s)
prohibit the Utah Attorney General's Office from providing legal advice? *"By law, our Office represents the
State of Utah in cases involving the state's interest. The Attorney General's office is prohibited from*

offering legal advice to private citizens or organizations and does not have the authority to investigate or prosecute your individual case."

When did I ask for legal advice? My previous letter to uag@agutah.gov indicated, "Request for criminal prosecution and promulgation of federal policy and obligations of the state;" as in I was requesting Utah Attorney General's Office to promulgate to the State of Utah's Lieutenant Governor's Office about the federal government's policies about discrimination, disability discrimination, unconstitutionality of Utah's laws, and the state's obligations under Section 504 and the ADA to provide reasonable modifications to me, a qualified individual with a disability, 28 C.F.R. § 35.164 which according to Utah AG Office's previous email, is exactly what Utah AG Office does, "...our Office represents the State of Utah in cases involving the state's interest..."

Honest services fraud? 18 U.S.C. § 1346  "To uphold the constitutions of the United States and the State of Utah, to enforce the law, and to protect the interests of the State of Utah and its people, environment, and resources."

Perpetuating the State of Utah defrauding (28 C.F.R. § 35.164; 28 C.F.R. § 35.105(a); 28 C.F.R. § 35.107) the United States? 18 U.S.C. § 286; 18 U.S.C. § 287; 18 U.S.C. § 1001(a)(1), (2); 18 U.S.C. § 371 via 42 U.S.C. § 12132 and 29 U.S.C. § 794 -> 42 U.S.C. § 12133 -> 29 U.S.C. § 794a(a)(2) -> 42 U.S.C. § 2000d -> 42 U.S.C. § 2000d-1(1)

"Efficiency, ethics, and transparency are key components to the foundation of good government. It is vital that citizens know what their public officials do. The Utah Attorney General's Office itself is committed to best practices of proper government and providing the best possible legal representation while carefully using public funds and being accountable to the people who vest the AGO with authority."

Disability discrimination? "The AGO works hard through its task forces and with law enforcement partners to fight the illegal ... government corruption, and many other types of serious criminal activity. The office investigates and prosecutes these crimes to make the state safe for Utah families while protecting victims and empowering them to reclaim their lives." 42 U.S.C. § 12132; 28 C.F.R. § 35.130(a); 28 C.F.R. § 35.130(b)(1)(i)-(iii), (v), (vii); (3), (6), (7)(i), (8); 42 U.S.C. § 2000d; 29 U.S.C. § 794; 18 U.S.C. § 249(a)(2) (Disability discrimination is a hate crime).

As mandated by federal law, 28 C.F.R. § 35.107(a), what is the contact information of the ADA coordinator / designated employee for Utah AG's Office?

Where are the grievance procedures providing for prompt and equitable resolution of complaints published for Utah AG's Office?  28 C.F.R. § 35.107(b)

In accordance with 28 C.F.R. § 35.105(c)(2)-(3), I also wish to inspect Utah AG's Office self-evaluation report as mandated by 28 C.F.R. § 35.105(a)

Quotes via: "Mission & Priorities - Utah Attorney General," https://attorneygeneral.utah.gov/about/utah-attorney-generals-mission/

-Mathew Tyler
[Quoted text hidden]

## Automatic reply: [EXTERNAL] Re: Civil Rights Email Submission

1 message

**USAWAW-Civil-Rights** <USAWAW.Civil-Rights@usdoj.gov>                    Mon, Apr 22, 2024 at 9:05 PM
To: Mathew Tyler <\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*>

Thank you for contacting the Office of the United States Attorney for the Western District of Washington. Your email will be forwarded to the appropriate staff within our office.

• If your email is about a Civil Rights matter that does not involve an alleged crime, it will be forwarded to the Civil Rights team within our Civil Division.

• If your email is about a Civil Rights matter that concerns an alleged crime, it will be forwarded to the Civil Rights team within our Criminal Division and, when appropriate, to a law enforcement agency for possible investigation. Our office will reach out to you if we require additional information about your submission.

\*\*\*\*\*

Gracias por ponerse en contacto con la Oficina del Fiscal Federal para el Distrito Oeste de Washington. Su correo electrónico será reenviado al personal apropiado de nuestra oficina.

• Si su correo electrónico se refiere a un asunto de derechos civiles que no implica un presunto delito, será remitido al equipo de Derechos Civiles de nuestra División de lo Civil.

• Si su correo electrónico se refiere a un asunto de derechos civiles relacionado con un presunto delito, será remitido al equipo de Derechos Civiles de nuestra División de lo Penal y, en su caso, a un organismo policial para una posible investigación. Nuestra oficina se pondrá en contacto con usted si necesitamos información adicional sobre su asunto.

Civil Rights Program
U.S. Attorney's Office for the Western District of Washington
U.S. Department of Justice
700 Stewart St., Ste. 5220
Seattle, WA 98101
(206) 553-7970
USAWAW.Civil-Rights@usdoj.gov

# Civil Rights Email Submission

3 messages

---

**USAWAW-Civil-Rights** <USAWAW.Civil-Rights@usdoj.gov>                    Mon, Apr 22, 2024 at 9:17 AM
To: "************************" <************************>

Morning,

We received your email on April 11, 2024. I want to follow up with you and see if we can chat this week.

What is a good time I can contact you? May you provide the best phone number to reach out to.

Thank you,

**Civil Rights Program**

U.S. Attorney's Office, WDWA

U.S. Department of Justice

700 Stewart Street, Suite 5220

Seattle, WA 98101

Tel: (206)-553-7970

Fax: (206)-553-0082

Civil Rights Info Line: (202)-514-3847

USAWAW.Civil-Rights@usdoj.gov



CONFIDENTIAL COMMUNICATION: E-mails from the United States Attorney's Office normally contain confidential and privileged material and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments, and any copies thereof. Thank you

---

**Mathew Tyler** <************************>                    Mon, Apr 22, 2024 at 9:04 PM
To: USAWAW-Civil-Rights <USAWAW.Civil-Rights@usdoj.gov>

In an effort to avoid any confusion or ambiguity, and in order to accurately hold those who violate the law against me accountable when I publish everything (including what you're privy and not privy to) about

state and federal government disability discrimination all over the Internet; please communicate with me solely in writing and sign communications or specify who is communicating.

Are you writing on behalf of the US Attorney's Office? 42 U.S.C. § 1987. Are you writing about the Department of Justice's own disability discrimination? 28 C.F.R. § 35.171? 28 C.F.R. § 35.172? And violation of civil rights; i.e., due process and equal protection?

Prohibition of discrimination in any program or activity by recipients or applicants of Federal financial assistance pursuant to basically all federal policy; i.e., 42 U.S.C. § 12132; 42 U.S.C. § 12133; 42 U.S. Code § 2000a(a), (d); 42 U.S. Code § 2000a–1; 42 U.S. Code § 2000a–2(a); 42 U.S. Code § 2000d; 28 CFR § 42.503, 28 C.F.R. § 42.108.

In your opinion, do you think the federal government suspending or terminating or refusing to grant or to continue Federal financial assistance applies to the entire state or just the election(s) that the state is discriminating against me in? 42 U.S.C. § 12132 -> 42 U.S.C. § 12133 -> 29 U.S.C. § 794a(a)(2) -> 42 U.S.C. § 2000d -> 42 U.S.C. § 2000d-1 and 29 U.S.C. § 794

The state's presidential eligibility requirements (e.g., requiring candidates to get X amount of signatures of eligible voters from that state, PER state) are plainly unconstitutional, an illegal and illegitimate government overreach. Violating the tenth amendment to the US Constitution, by the state attempting to defraud or thievingly conniving "the people" of the right to establish qualifications for the Presidency as **_explicitly conferred to the US Constitution_** pursuant to **Article II, section 1, clause 5 of the US Constitution**, as an original intention of forethought by our founding fathers, not an afterthought implemented by Congress amending the US Constitution. Violating my due process and equal protection rights. In accordance with the "Supremacy Clause" (Article 6, clause 2 of the US Constitution), the US Constitution is the supreme law of the land, superseding/preempting conflicting state laws, in this case inferior subordinate state laws conflict with all Presidency eligibility requirements as vested in the supreme law of the land; i.e., it is established, "Qualifications for the Presidency," not "Qualifications for the Presidency and inferior subordinate state requirements" **Promulgated** by _Trump v. Anderson, No. 23-719, 601 U.S. (2024),_ "It would be incongruous to read this particular Amendment as granting the States the power — silently no less — to disqualify a candidate for federal office," establishes: (1) States lack the power to disqualify a candidate for federal office and, (2) that not including a candidate on the ballot, even for a primary would be disqualifying the candidate. Constituting violations of: 18 U.S.C. § 595, 18 U.S.C. § 241, and 18 U.S.C. § 242

•

"...we hold that a state amendment is unconstitutional when it has the likely effect of handicapping a class of candidates and has the sole purpose of creating additional qualifications indirectly." _U.S. Term Limits, Inc. v. Thornton_, 514 U.S. 779, 836 (1995)

• `Representatives and Senators are as much officers of the entire union as is the President. States thus "have just as much right, and no more, to prescribe new qualifications for a representative, as they have for a president. . . . It is no original prerogative of state power to appoint a representative, a senator, or president for the union."` U.S. Term Limits, Inc. v. Thornton, 514 U.S. 779, 803 (1995)

• `...Constitution's treatment of Presidential elections actively contradicts the majority's position. While the individual States have no "reserved" power to set qualifications for the office of President, we have long understood that they do have the power (as far as the Federal Constitution is concerned) to set qualifications for their Presidential electors — the delegates that each State selects to represent it in the electoral college that actually chooses the Nation's chief executive. Even respondents do not dispute that the States may establish qualifications for their delegates to the electoral college, as long as those qualifications pass muster under other constitutional provisions (primarily the First and Fourteenth Amendments). See _Williams_ v. _Rhodes_, 393 U.S. 23, 29 (1968); _McPherson_ v. _Blacker_, 146 U.S. 1, 27-36 (1892). As the majority cannot argue that the Constitution affirmatively grants this power, the power must be one that is "reserved" to the States. It necessarily follows that the majority's understanding of the Tenth Amendment is incorrect, for the position of Presidential elector surely "'spring[s] out of the existence of the national government.'"` See _ante_, at 802. _U.S. Term Limits, Inc. v. Thornton_, 514 U.S. 779, 861-62 (1995)

-Mathew Tyler

[Quoted text hidden]

**Mathew Tyler** <*************************>
To: Mathew Tyler <*************************>
Cc: USAWAW-Civil-Rights <USAWAW.Civil-Rights@usdoj.gov>

I thought someone from Washington's US Attorney's Office and/or Department of Justice Office wanted to chat with me?  Did you people not want to commit the crime in writing or something? What did you want to chat about? Accommodate me by putting it in writing.  Something the state of Washington has refused to do.

-Mathew Tyler
https://www.FraudFires.com
[Quoted text hidden]

## ADA Request for reasonable accommodations US President candidate FEC#P60005600

9 messages

---

**Elections - Candidate Support** <CandidateSupport@sos.wa.gov>                    Wed, Mar 27, 2024 at 7:44 AM
To: "hi@tylerpresident.com" <hi@tylerpresident.com>
Cc: Elections - Public <elections@sos.wa.gov>

Dear Mathew Taylor,

Thank you for contacting our office.

Washington's laws related to ballot access for presidential candidates do not impose any physical
requirements on candidates. The purpose of the state laws is to ensure that the candidate has significant
support in the state of Washington. Washington law requires only that candidates submit 1,000 signatures
of voters registered in the state of Washington, gathered at organized meetings. Candidates are not
required to personally participate in those meetings. These requirements appear in RCW 29A.56.600
through RCW 29A.56.670, which are available online at this website: https://app.leg.wa.gov/RCW/
default.aspx?cite=29A.56.

At no point do candidates have to be physically present in the state of Washington in order to gain ballot
access; they merely need to demonstrate the support of registered Washington voters. If you still believe
that an accommodation is necessary, please identify how your disability interferes with your ability to
arrange for the collection of signatures. Please also identify any accommodations that would allow you to
participate while still demonstrating that your candidacy has significant support in Washington.

Sincerely,

Stu Jensen (*he, him*)
Candidate Filing Program Lead
Office of the Secretary of State
360-725-5785 | sos.wa.gov/elections/candidates

*Providing voter and candidate focused information*





The information in this email is provided as a service to the public and to our county election partners and is for
informational purposes only. The contents should not be construed as, and is not intended to be, legal advice. You
should contact your attorney for assistance navigating the law.

**2 attachments**

📄 **MinorParty_Ind_PresCandidatesGuide2024.pdf**
875K

📄 **Mathew Tyler ADA accommodation request.pdf**
875K

---

**Mathew Tyler** <************************>                                Wed, Mar 27, 2024 at 9:19 AM
To: Elections - Candidate Support <CandidateSupport@sos.wa.gov>
Cc: "hi@tylerpresident.com" <hi@tylerpresident.com>, Elections - Public <elections@sos.wa.gov>, judyg@atg.wa.gov,
Info@bobferguson.com, Emily.Langlie@usdoj.gov, USAWAW.PublicComment@usdoj.gov, USAWAE.webmaster@usdoj.gov,
Vanessa.Waldref@usdoj.gov, Tessa.Gorman@usdoj.gov, frontdesk@hum.wa.gov

Mr. Jensen,

As needs associated with disabilities are broad and unique to each person, requiring case by case
reasonable accommodations which is why the ADA is so broad, reaffirmed by the ADAAA. An ADA request
for reasonable accommodations is not a matter for the state to determine whether my request meets my
needs or not, the state is required to provide reasonable accommodations (28 C.F.R. § 35.130[d]; 28
C.F.R. § 35.149; 28 C.F.R. § 35.160[b], [c]; 28 C.F.R. § 35.130[b][1]-[3], [6]-[8]; 42 U.S.C. § 12182[b]
[1][A][i]-[iii], [B]-[E]; 42 U.S.C. § 12182[b][2][A][i]-[iii]) unless the state can demonstrate and providing
reasonable accommodations would cause undue hardship to the state or that honoring them would
fundamentally alter the nature of the services (42 U.S.C. § 12182[b][2][A][ii], [iii]); herein subsequently
elaborated on.

Although according to the Department of Justice via ada.gov, "Public entities may not ask about the nature
or extent of an individual's disability,"(1)  For me personally though, major life activities affected by
Central core disease: performing manual tasks, walking, standing, lifting, bending, breathing, and
stamina; ADHD: learning, reading, concentrating, thinking, communicating, time/appointments, and
working leading to my being indigent thus unable to pay filing fees aka poll taxes or pay for campaign
employees or able to acquire volunteers from a State that I am not a resident of. 42 U.S.C. § 12131(2);
42 U.S.C. § 12102(1)(A), (B).

I wish to be listed on the ballot as an unaffiliated (independent) candidate in the 2024 general election.

I request reasonable accommodations through an exception to practices, policies, and procedures to any
and all physical requirements as well as time related requirements imposed by the state including without
limitation to: the solicitation of signatures, collection of signatures, submission of signatures, start times,
and deadlines for filing for ballot access as an unaffiliated (independent) US presidential candidate in the
2024 general election. 42 U.S.C. § 1983; 42 U.S.C. § 12101(b), 42 U.S.C. § 12103(1)(D).  If it's a matter
of public record/procedure, my ADA request could be certified (by the State) and kept on file in lieu of the
signatures required.

As a qualified individual with a disability, I should not be reliant on others being available for help;
"Although [plaintiffs] were ultimately able to cast their vote with the fortuitous assistance of others, the
purpose of the Rehabilitation Act is 'to empower individuals with disabilities to maximize employment,
economic self-sufficiency, independence, and inclusion and integration into society'.... The right to vote
should not be contingent on the happenstance that others are available to help." *Nat'l Fed'n of the Blind
v. Lamone, 813 F.3d 494, 506-7 (4th Cir. 2016)*.  The purpose of the ADA and 504 is to empower persons
with disabilities.

**Preemption / preclusion of conflicting state laws,**
Preemption of inconsistent state law when necessary to effectuate a required "reasonable modification" is
affirmed by, *Mary Jo C. v. New York State and Local Retirement Sys., No. 11-2215, 35 at 6 - 36 at 2, 37
at 7 - 39 at 9 (2d Cir. 2013)*

`The "natural effect" of Title II's "reasonable modification" requirement, Crosby, 530 U.S. at 373, in light of the foregoing observations, requires preemption of inconsistent state law when necessary to effectuate a required "reasonable modification." Congress clearly meant Title II to sweep broadly. If all state laws were insulated from Title II's reasonable modification requirement solely because they were state laws, "state law [would serve as] an obstacle to the accomplishment and execution of the full purposes and objectives of Congress" in enacting Title II. Marsh, 499 F.3d at 177. Far from "provid[ing] a clear and comprehensive national mandate for the elimination of discrimination against individuals with disabilities," 42 U.S.C. § 12101(b)(1), the ADA would be powerless to work any reasonable modification in any requirement imposed by state law, no matter how trivial the requirement and no matter how minimal the costs of doing so. We conclude that the ADA's reasonable modification requirement contemplates modification to state laws, thereby permitting preemption of inconsistent state laws, when necessary to effectuate Title II's reasonable modification provision.[8]` (*Mary Jo C. v. New York State and Local Retirement Sys., No. 11-2215 [2d Cir. 2013]*)

`...the ADA preempts inconsistent state law when appropriate and necessary to effectuate a reasonable accommodation under Title II is also consistent with decisions from our sister Circuits. See, e.g., Barber v. Colorado Dep't of Revenue, 562 F.3d 1222, 1232-33 (10th Cir. 2009) (ultimately concluding that there was no conflict between state law and the ADA in the case before it, but observing that the court "in no way affirm[ed] the district court's conclusion that `[a]n accommodation that would have required defendants to willfully ignore or violate the law is per se not reasonable.'" (citation omitted)); Quinones v. City of Evanston, Ill., 58 F.3d 275, 277 (7th Cir. 1995) ("[The defendant] believes that it is compelled to follow the directive from the state, but the Supremacy Clause of the Constitution requires a different order of priority. A discriminatory state law is not a defense to liability under federal law; it is a source of liability under federal law." (emphasis in original)); Williams v. Gen. Foods Corp., 492 F.2d 399, 404 (7th Cir. 1974) (similar). As the Ninth Circuit explained:

> The court's obligation under the ADA . . . is to ensure that the decision reached by the state authority is appropriate under the law and in light of proposed alternatives. Otherwise, any state could adopt requirements imposing unreasonable obstacles to the disabled, and when haled into court could evade the antidiscrimination mandate of the ADA merely by explaining that the state authority considered possible modifications and rejected them...

The NYSLRS argues that "Title II . . . requires reasonable modification only of `rules, policies, or practices' — not state statutes," NYSLRS Br. 19, and seeks to distinguish Crowder, which contemplated the modification of a mandatory Hawaii State administrative regulation rather than a state statute, see Crowder, 81 F.3d at 1481-85, on this ground, NYSLRS Br. 21 n.6. But as a general rule, duly promulgated state regulations have the force of law for these purposes as do statutes. See, e.g., State v. Kotis, 91 Hawai'i 319, 331, 984 P.2d 78, 90 (1999) (Under Hawaii law, "[a]dministrative rules, like statutes, have the force and effect of law."); Allstate Ins. Co. v. Rivera, 12 N.Y.3d 602, 608, 911 N.E.2d 817, 820, 883 N.Y.S.2d 755, 758 (2009) (under New York law, "[a] duly promulgated regulation . . . has the force of law." (internal quotation marks omitted)). From the standpoint of the ADA's preemptive force, we can discern no reason to distinguish between the preemption of state statutes and state regulations. Cf. Crosby, 530 U.S. at 372 n.6 (noting that "a variety of state laws and regulations may conflict with a federal statute" and be preempted). And for the reasons discussed above, we do not read the ADA to prohibit reasonable modifications to state statutes when appropriate.` (*Mary Jo C. v. New York State and Local Retirement Sys., No. 11-2215 [2d Cir. 2013]*)

"The ADA is meant to ensure that people with disabilities can fully participate in all aspects of civic life. Under Title II, all state/local governments must follow the ADA regardless of their size."(2)

"The Americans with Disabilities Act (ADA) is a federal civil rights law that provides protections to people with disabilities to ensure that they are treated equally in all aspects of life. Title II of the ADA requires state and local governments ("public entities") to ensure that people with disabilities have a full and equal opportunity to vote. The ADA's provisions apply to all aspects of voting," and "The ADA's provisions apply to all aspects of voting,"(3)

"the fact that a person with a disability is able to walk for some distance does not necessarily contradict a verbal assurance – many people with mobility disabilities can walk, but need their mobility device for longer distances or uneven terrain. This is particularly true for people who lack stamina, have poor balance, or use mobility devices because of respiratory, cardiac, or neurological disabilities."(1)

Case 2:25-cv-00404-DAD-DMC    Document 1    Filed 01/30/25    Page 91 of 147

ADA stuff from the DOJ and ADA websites for the subsequent quotes is publicly accessible on my Google drive via the subsequent link. Please let me know if you have a problem accessing the files and I can email them to you; https://drive.google.com/drive/folders/1eyOqitflj37wTdgDooXibhml2ZXUP4d3?usp=drive_link

"...when a state law directly conflicts with the ADA, the state law must be interpreted in a way that complies with the ADA" (*American-Nurses-Assoc.-v.-ODonnell,-California-Superintendent-of-Schools-United-States-Amicus-Brief.pdf*)

"the ADA requires Wisconsin to make reasonable modifications in policies, practices, and procedures when the modifications are necessary to avoid discrimination on the basis of disability. "(*statement_of_interest-carey_v_wisconsin_èlection_commission.pdf*)

Qualification standards and selection criteria that screen out people based on their disabilities that are not job-related or consistent with business necessity violate the ADA (*complaint_-_united_states_v_alabama_department_of_transportation.pdf*)

"Under Title II of the ADA, no qualified individual with a disability shall, on the basis of disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity. 42 U.S.C. § 12132; 28 C.F.R. § 35.130(a). This means that the County must give individuals with disabilities an equal opportunity to participate in and benefit from any service provided to others. 42 U.S.C. § 12132; 28 C.F.R. § 35.130(b)(1). These legal requirements include providing equal access to the County's website and the public content posted there." (*letter_of_findings-upton_county_tx_election_website_accessibility_1.pdf*)

"...to avoid discrimination, a public entity must reasonably modify its policies, procedures, or practices when necessary to avoid disability discrimination, unless it can show that the modifications would fundamentally alter the nature of the service, program, or activity." (*statement_of_interest-in_re_georgia_sb_202.pdf*)

"...under the ADA, voters with disabilities must have an equal opportunity to vote ... this equal opportunity requirement is separate from the requirement that public entities make reasonable modifications" (*statement_of_interest-in_re_georgia_sb_202.pdf*)

"The right to vote freely for the candidate of one's choice is of the essence of a democratic society, and any restrictions on that right strike at the heart of representative government. [...] Undoubtedly, the right of suffrage is a fundamental matter in a free and democratic society. Especially since the right to exercise the franchise in a free and unimpaired manner is preservative of other basic civil and political rights, any alleged infringement of the right of citizens to vote must be carefully and meticulously scrutinized."; *Reynolds v. Sims, 377 U.S. 533, 555 (1964)*

"Voting is a quintessential public activity. In enacting the ADA, Congress explicitly found that " 'individuals with disabilities ... have been ... relegated to a position of political powerlessness in our society, based on characteristics that are beyond the control of such individuals.' " Tennessee v. Lane,541 U.S. 509, 516, 124 S.Ct. 1978, 158 L.Ed.2d 820 (2004) (quoting 42 U.S.C. § 12101(a)(7)). Ensuring that disabled individuals are afforded an opportunity to participate in voting that is equal to that afforded others, 28 C.F.R. § 35.130, helps ensure that those individuals are never relegated to a position of political powerlessness." *Nat'l Fed'n of the Blind v. Lamone, 813 F.3d 494, 507 (4th Cir. 2016)*

The Department of Justice offers the following(1) pertaining to undue burden and fundamentally altering anything;

1. "The decision that an action would result in an undue burden must be made by a high level official, no lower than a Department head, having budgetary authority and responsibility for making spending decisions, after considering all resources available for use in the funding and operation of the service, program, or activity, and must be accompanied by a written statement of the reasons for reaching that conclusion. If an action would result in an undue burden, a public entity must take any other action that would not result in an undue burden but would nevertheless ensure that individuals with disabilities receive the benefits or services provided by the public entity."

2. "There are some situations where it simply is not possible to integrate people with disabilities without fundamentally altering the nature of a program, service, or activity. For example, moving a beach volleyball program into a gymnasium, so a player who uses a wheelchair can participate on a

flat surface without sand, would "fundamentally alter" the nature of the game. The ADA does not require changes of this nature."

## Noncompliance / insubordination,

If the State does not honor my request for reasonable accommodations and the State does not demonstrate how honoring my request would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations, **you and the state will be committing a hate crime (18 U.S.C. § 249)** against me by **discriminating** against me for **my disability** in my participation and enjoyment of **federally protected activities (18 U.S. C. § 245)** which will also **violate my civil rights**; due process and equal protection **(18 U.S.C. § 241 and 18 U.S.C. § 242)**

1. 18 U.S.C. § 245(b)(1)(A) Interfering with my ability to qualify and campaign as a candidate for elective office in any primary, special, or general election; and,
2. 18 U.S.C. § 245(b)(1)(B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; and,
3. 18 U.S.C. § 245(b)(1)(E) participating in or enjoying the benefits of any program or activity receiving Federal financial assistance; and,
4. Civil litigation and criminal complaints with state law enforcement agencies and federal law enforcement agencies will be pursued.

## Non ADA cases:

1. *Trump v. Anderson, No. 23-719, 601 U.S. (2024)* establishes (1) States lack the power to disqualify a candidate for federal office and, (2) that not including a candidate on the ballot, even for a primary would be disqualifying the candidate; "It would be incongruous to read this particular Amendment as granting the States the power — silently no less — to disqualify a candidate for federal office"
2. [Arbitrary and capricious] candidate requirements are not in line with founding, quintessential principles of America, historical tradition, or the rights enshrined by the U.S. Constitution; *New York State Rifle & Pistol Association, Inc. v. Bruen, 597 U.S. 1* establishes that "historical tradition" is a means in which law can be determined; and,
3. [heavy] burdens on minor parties seeking to be placed on the ballot for presidential electors violates the Equal protection clause, *Williams v. Rhodes, 393 U.S. 23 (1968)*; and,
4. Presidential candidate requirements violate the First and Fourteenth Amendments to the US Constitution; *Anderson v. Celebrezze, 460 U.S. 780 (1983)*; and,
5. Fees imposed by the State violate my equal protection rights (*Harper v. Virginia State Board of Elections, 383 U.S. 663 [1966]*), due process, and the 24th amendment to the U.S. Constitution

## Constitutional authority

United States Constitution, Art. I § 4, cl. 1 Pertains to Senator and Representatives, not the President of the United States of America; "The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of chusing Senators."

-Mathew Tyler

(1) https://www.ada.gov/resources/title-ii-primer/
(2) https://www.ada.gov/topics/title-ii/
(3) https://www.ada.gov/resources/polling-places-checklist

[Quoted text hidden]

---

**Mathew Tyler** <************************>                                    Mon, Apr 8, 2024 at 10:05 AM
To: Mathew Tyler <************************>
Cc: Elections - Candidate Support <CandidateSupport@sos.wa.gov>, "hi@tylerpresident.com" <hi@tylerpresident.com>,
Elections - Public <elections@sos.wa.gov>, judyg@atg.wa.gov, Info@bobferguson.com, Emily.Langlie@usdoj.gov,
USAWAW.PublicComment@usdoj.gov, USAWAE.webmaster@usdoj.gov, Vanessa.Waldref@usdoj.gov,
Tessa.Gorman@usdoj.gov, frontdesk@hum.wa.gov

What other actions/alternatives to my request for reasonable modifications is the state proposing to make
to satisfy the state's obligation to operate in an inclusive manner; providing me, a qualified individual with
disabilities with an equal opportunity to participate in, and enjoy the benefits of, a service, program, or
activity of the state?

As mandated by federal law (28 CFR § 35.107), what is the contact information of the ADA coordinator /
designated employee [28 CFR § 35.107(a)] and what is the published complaint procedure for grievances
[28 CFR § 35.107(b)]?

29 U.S.C. § 794(a)

-Mathew Tyler
[Quoted text hidden]

---

**Elections - Candidate Support** <CandidateSupport@sos.wa.gov>                Wed, Apr 24, 2024 at 1:25 PM
To: Mathew Tyler <************************>
Cc: Elections - Candidate Support <CandidateSupport@sos.wa.gov>, "hi@tylerpresident.com" <hi@tylerpresident.com>,
Elections - Public <elections@sos.wa.gov>, "judyg@atg.wa.gov" <judyg@atg.wa.gov>, "Info@bobferguson.com"
<Info@bobferguson.com>, "Emily.Langlie@usdoj.gov" <Emily.Langlie@usdoj.gov>, "USAWAW.PublicComment@usdoj.gov"
<USAWAW.PublicComment@usdoj.gov>, "USAWAE.webmaster@usdoj.gov" <USAWAE.webmaster@usdoj.gov>,
"Vanessa.Waldref@usdoj.gov" <Vanessa.Waldref@usdoj.gov>, "Tessa.Gorman@usdoj.gov" <Tessa.Gorman@usdoj.gov>,
"frontdesk@hum.wa.gov" <frontdesk@hum.wa.gov>

Dear Mathew Taylor:

Thank you for your response. The Office of the Secretary of State is committed to fully complying with the
ADA and, in that regard, is more than willing to engage in the interactive process to determine whether
modifications to ballot access requirements are necessary to ensure equal access to the ballot. Once we
understand the specific accommodations that are necessary, we will be in a better position to determine
whether such accommodations would fundamentally alter Washington State's requirement that each
candidate demonstrate a sufficient modicum of public support to be listed as a candidate on the ballot.

The Office of the Secretary of State cannot currently propose a reasonable accommodation because it does
not currently have enough information about how your disability interferes with your ability to participate in
Washington's election process as a presidential candidate. As we had mentioned previously, those ballot
access laws do not impose any physical requirements. If they impose some other form of obstacle to you,
we need more information about the nature of those obstacles to be able to consider and propose a
reasonable accommodation.

We invite and strongly encourage you to engage in a collaborative process with our office so that we can
better understand the specific obstacles you face. We are willing to engage in this discussion by email,

telephone, virtual meeting, or in-person. If you would like to speak directly, please provide some dates and times you are available and we will do our best to accommodate your schedule.

We look forward to speaking with you again.

Stu Jensen *(he, him)*
Candidate Filing Program Lead
Office of the Secretary of State
360-725-5785 | sos.wa.gov/elections/candidates

*Providing voter and candidate focused information*





The information in this email is provided as a service to the public and to our county election partners and is for informational purposes only. The contents should not be construed as, and is not intended to be, legal advice. You should contact your attorney for assistance navigating the law.

**From:** Mathew Tyler <************************>
**Sent:** Monday, April 8, 2024 10:05 AM
**To:** Mathew Tyler <************************>
**Cc:** Elections - Candidate Support <CandidateSupport@sos.wa.gov>; hi@tylerpresident.com; Elections - Public <elections@sos.wa.gov>; judyg@atg.wa.gov; Info@bobferguson.com; Emily.Langlie@usdoj.gov; USAWAW.PublicComment@usdoj.gov; USAWAE.webmaster@usdoj.gov; Vanessa.Waldref@usdoj.gov; Tessa.Gorman@usdoj.gov; frontdesk@hum.wa.gov
**Subject:** Re: ADA Request for reasonable accommodations US President candidate FEC#P60005600

You don't often get email from ************************. Learn why this is important

[Quoted text hidden]

**Mathew Tyler <************************>**                                        Wed, Apr 24, 2024 at 9:31 PM
To: Elections - Candidate Support <CandidateSupport@sos.wa.gov>
Cc: Mathew Tyler <************************>, "hi@tylerpresident.com" <hi@tylerpresident.com>, Elections - Public <elections@sos.wa.gov>, "judyg@atg.wa.gov" <judyg@atg.wa.gov>, "Info@bobferguson.com" <Info@bobferguson.com>, "Emily.Langlie@usdoj.gov" <Emily.Langlie@usdoj.gov>, "USAWAW.PublicComment@usdoj.gov" <USAWAW.PublicComment@usdoj.gov>, "USAWAE.webmaster@usdoj.gov" <USAWAE.webmaster@usdoj.gov>, "Vanessa.Waldref@usdoj.gov" <Vanessa.Waldref@usdoj.gov>, "Tessa.Gorman@usdoj.gov" <Tessa.Gorman@usdoj.gov>, "frontdesk@hum.wa.gov" <frontdesk@hum.wa.gov>

Dear Office of the Secretary of State,

As previously indicated in paragraph two of my email of March 27, 2024; "...For me personally though, major life activities affected by Central core disease: performing manual tasks, walking, standing, lifting, bending, breathing, and stamina; ADHD: learning, reading, concentrating, thinking, communicating, time/appointments, and working leading to my being indigent thus unable to pay filing fees aka poll taxes or pay for campaign employees or able to acquire volunteers from a State that I am not a resident of."

28 C.F.R. § 35.160(c)

**Non ADA laws prohibiting the signatures,**
52 U.S. Code § 10501(a) via 52 U.S.C. § 10501(b)(4). I would also argue 52 U.S.C. § 10501(b)(1) as the residents presumably have to read where to write their information.

52 U.S.C. § 10502(a)(1), (3)-(6)
* durational residency is established by the requirement of registered voters of the state to sign a petition
** A durational-residency requirement is a rule that requires a person to be a resident of a particular state for a specific period before they can exercise a particular right or privilege.

18 U.S.C. § 595

**Non ADA case,**
•
"...we hold that a state amendment is unconstitutional when it has the likely effect of handicapping a class of candidates and has the sole purpose of creating additional qualifications indirectly." *U.S. Term Limits, Inc. v. Thornton*, 514 U.S. 779, 836 (1995)
•
• ` Representatives and Senators are as much officers of the entire union as is the President. States thus "have just as much right, and no more, to prescribe new qualifications for a representative, as they have for a president. . . . It is no original prerogative of state power to appoint a representative, a senator, or president for the union."` U.S. Term Limits, Inc. v. Thornton, 514 U.S. 779, 803 (1995)
•
• `...Constitution's treatment of Presidential elections actively contradicts the majority's position. While the individual States have no "reserved" power to set qualifications for the office of President, we have long understood that they do have the power (as far as the Federal Constitution is concerned) to set qualifications for their Presidential electors — the delegates that each State selects to represent it in the electoral college that actually chooses the Nation's chief executive. Even respondents do not dispute that the States may establish qualifications for their delegates to the electoral college, as long as those qualifications pass muster under other constitutional provisions (primarily the First and Fourteenth Amendments). See *Williams* v. *Rhodes*, 393 U.S. 23, 29 (1968); *McPherson* v. *Blacker*, 146 U.S. 1, 27-36 (1892). As the majority cannot argue that the Constitution affirmatively grants this power, the power must be one that is "reserved" to the States. It necessarily follows that the majority's understanding of the Tenth Amendment is incorrect, for the position of Presidential elector surely "'spring[s] out of the existence of the national government.'"` See *ante*, at 802. *U.S. Term Limits, Inc. v. Thornton*, 514 U.S. 779, 861-62 (1995)

-Mathew Tyler

[Quoted text hidden]

**Elections - Candidate Support** <CandidateSupport@sos.wa.gov>                    Mon, Apr 29, 2024 at 1:06 PM
To: Mathew Tyler <************************>, Elections - Candidate Support <CandidateSupport@sos.wa.gov>
Cc: "hi@tylerpresident.com" <hi@tylerpresident.com>, Elections - Public <elections@sos.wa.gov>, "judyg@atg.wa.gov" <judyg@atg.wa.gov>, "Info@bobferguson.com" <Info@bobferguson.com>, "Emily.Langlie@usdoj.gov" <Emily.Langlie@usdoj.gov>, "USAWAW.PublicComment@usdoj.gov" <USAWAW.PublicComment@usdoj.gov>, "USAWAE.webmaster@usdoj.gov" <USAWAE.webmaster@usdoj.gov>, "Vanessa.Waldref@usdoj.gov" <Vanessa.Waldref@usdoj.gov>, "Tessa.Gorman@usdoj.gov" <Tessa.Gorman@usdoj.gov>, "frontdesk@hum.wa.gov" <frontdesk@hum.wa.gov>

Mathew Tyler,

Thank you for providing further information and engaging in the interactive process. In response to your concerns, we want to be clear that there is no filing fee in Washington State to obtain access to the ballot as independent or minor party candidate. The requirements for obtaining ballot access are set forth RCW 29A.56.600-29A.56.640. These statutes do not require payment of any fees.

As we had previously mentioned, the statutes also do not impose any physical requirements to obtain access to the ballot. As we had previously mentioned, RCW 29A.56.610 does not require that you attend any convention in person. To the extent the statute requires any convention to be held in-person, however, the Secretary of State offers the option of holding a virtual convention to meet the signature requirements under RCW 29A.56.610 as a reasonable accommodation to reduce any potential barriers of holding such a convention. The State, however, cannot waive the requirement of gathering signatures of registered voters as set forth in RCW 29A56.610, as doing so would fundamentally alter the nature of the program by eliminating an essential requirement for independent or minor party presidential candidates to show a sufficient level of support within the State before obtaining access to the ballot.

Thank you again for engaging in the interactive process.

[Quoted text hidden]

---

**Mathew Tyler <************************>**        Mon, Apr 29, 2024 at 3:17 PM
To: Elections - Candidate Support <CandidateSupport@sos.wa.gov>
Cc: Mathew Tyler <************************>, "hi@tylerpresident.com" <hi@tylerpresident.com>, Elections - Public <elections@sos.wa.gov>, "judyg@atg.wa.gov" <judyg@atg.wa.gov>, "Info@bobferguson.com" <Info@bobferguson.com>, "Emily.Langlie@usdoj.gov" <Emily.Langlie@usdoj.gov>, "USAWAW.PublicComment@usdoj.gov" <USAWAW.PublicComment@usdoj.gov>, "USAWAE.webmaster@usdoj.gov" <USAWAE.webmaster@usdoj.gov>, "Vanessa.Waldref@usdoj.gov" <Vanessa.Waldref@usdoj.gov>, "Tessa.Gorman@usdoj.gov" <Tessa.Gorman@usdoj.gov>, "frontdesk@hum.wa.gov" <frontdesk@hum.wa.gov>

Dear Secretary of State,

As mandated by federal law, 28 C.F.R. § 35.107(a), what is the contact information of the Secretary of State's Office's ADA coordinator / designated employee?

As mandated by federal law, 28 C.F.R. § 35.107(b), where are the Secretary of State's Office's grievance procedures providing for prompt and equitable resolution of complaints ***published***?

In accordance with 28 C.F.R. § 35.105(c)(2)-(3), I also wish to inspect the Secretary of State's Office's self-evaluation report as mandated by 28 C.F.R. § 35.105(a).

Federal law, 28 C.F.R. § 35.107, can be viewed at, https://www.law.cornell.edu/cfr/text/28/35.107.

How can a "virtual convention" satisfy the signature requirement?

Please follow the procedures set forth in 28 C.F.R. § 35.164 for lawfully refusing an ADA request; the law can freely be viewed at: https://www.law.cornell.edu/cfr/text/28/35.164. The state must "...***demonstrate***...," ***not purport***. And, "...must be made by the head of the public entity or his or her designee after considering all resources available for use in the funding and operation of the service, program, or activity and must be accompanied by a written statement of the reasons for reaching that conclusion. If an action required to comply with this subpart would result in such an alteration or such burdens, a public entity shall take any other action that would not result in such an alteration or such burdens but would nevertheless ensure that, to the maximum extent possible, individuals with disabilities receive the benefits or services provided by the public entity."

It is important to note that even if the state is able to demonstrate that honoring my request would cause an undue burden or fundamentally alter anything, the state is still required to provide inclusive access (28 CFR § 35.130(d), (g)) to the services to me, a qualified individual with a disability (42 U.S.C. § 12131[2]) which will be on the state to determine eligibility requirements that do not discriminate against me. The state is required to provide reasonable accommodations (28 C.F.R. § 35.130[d]; 28 C.F.R. § 35.149; 28 C.F.R. § 35.160[b], [c]; 28 C.F.R. § 35.130[b][1]-[3], [6]-[8]; 42 U.S.C. § 12182[b][1][A][i]-[iii], [B]-[E]; 42 U.S.C. § 12182[b][2][A][i]-[iii]) unless the state can demonstrate and providing reasonable accommodations would cause undue hardship to the state or that honoring them would fundamentally alter the nature of the services (42 U.S.C. § 12182[b][2][A][ii], [iii]).

"...compelled to follow the directive from the state, but the Supremacy Clause of the Constitution requires a different order of priority. A **discriminatory state law** is **not a _defense_** to liability under federal law; **it is a _source_ of liability under federal law**. _Williams v. General Foods Corp.,_ 492 F.2d 399, 404 (7th Cir. 1974)"; _(emphasis added) Quinones v. City of Evanston_, 58 F.3d 275, 277 (7th Cir. 1995)

"...we hold that a state amendment is unconstitutional when it has the likely effect of handicapping a class of candidates and has the sole purpose of creating additional qualifications indirectly." _U.S. Term Limits, Inc. v. Thornton_, 514 U.S. 779, 836 (1995)

**Disability discrimination** codified by 42 U.S.C. § 12132 can be freely viewed at, https://www.law.cornell.edu/uscode/text/42/12132; 42 U.S.C. § 12182(b)(1)(A)(i)-(iii), (B)-(E); 42 U.S.C. § 12182(b)(2)(A)(i)-(iii).  Constituting a violation of: 42 U.S.C. § 1983; 18 U.S.C. § 241; 18 U.S.C. § 242. 42 U.S.C. § 12132 -> 42 U.S.C. § 12133 -> 29 U.S.C. § 794 -> 29 U.S.C. § 794a(a)(2) -> 42 U.S.C. § 2000d -> 42 U.S.C. § 2000d-1(1)

-Mathew Tyler
[Quoted text hidden]

---

**Front Desk (HUM)** <frontdesk@hum.wa.gov>                                    Thu, May 2, 2024 at 10:38 AM
To: Mathew Tyler <************************>
Cc: "Front Desk (HUM)" <frontdesk@hum.wa.gov>

The Washington State Human Rights Commission (WSHRC) confirms receipt of your email below. The WSHRC is a state agency that administers and enforces the Revised Code of Washington (RCW) 49.60 – Washington Law Against Discrimination, which protects citizens and residents of Washington State against discrimination in the areas of:

1. Employment – for businesses that have over 8 employees
2. Places of Public Accommodation
3. Housing or Real Estate Transactions
4. Insurance
5. Credit Transactions.

This law only gives the WSHRC the authority and jurisdiction to investigate complaints of discrimination in the above areas if based on:

1. Race
2. Color
3. Creed
4. National Origin
5. Immigration Status
6. Age
7. Sex / Sexual Orientation / Pregnancy
8. Marital Status
9. Veteran or Military Status

10. The presence of a disability.

In addition, we also have the authority to investigate complaints of retaliation for opposing a discriminatory practice or for being a state employee or healthcare whistleblower.

**The WSHRC does not have jurisdiction over certain services or entities, such as:**

1. Native American tribes
2. Employers with fewer than eight employees
3. Religious employers
4. The federal government
5. Claims in which the harm occurred outside of the State of Washington
6. Date of harm occurred outside the statute of limitations.

If you believe that your inquiry falls under the required criteria listed above, you will have to complete our complaint forms which are available via our agency website at hum.wa.gov. No further action will be taken until you have provided the necessary information.

If you have any questions or need assistance in completing the form(s), please feel free to contact our office at (360) 753-6770 or through our toll-free line at 1-800-233-3247. Otherwise, if we do not receive a completed questionnaire by the deadline listed above, we will assume you are no longer interested in filing a complaint with our agency and we will take no further action.

Should you decide not to proceed with filing a complaint with our agency, please remove us from your distribution list.

*WSHRC Staff*

**From:** Mathew Tyler <************************>
**Sent:** Monday, April 29, 2024 3:17 PM
**To:** Elections - Candidate Support <CandidateSupport@sos.wa.gov>
**Cc:** Mathew Tyler <************************>; hi@tylerpresident.com; Elections - Public <elections@sos.wa.gov>; judyg@atg.wa.gov; Info@bobferguson.com; Emily.Langlie@usdoj.gov; USAWAW.PublicComment@usdoj.gov; USAWAE.webmaster@usdoj.gov; Vanessa.Waldref@usdoj.gov; Tessa.Gorman@usdoj.gov; Front Desk (HUM) <frontdesk@hum.wa.gov>
**Subject:** Re: ADA Request for reasonable accommodations US President candidate FEC#P60005600

```
                              External Email
```

[Quoted text hidden]

Case 2:25-cv-00404-DAD-DMC    Document 1    Filed 01/30/25    Page 99 of 147

**Front Desk (HUM)** <frontdesk@hum.wa.gov>
To: "*************************" <*************************>
Cc: "Front Desk (HUM)" <frontdesk@hum.wa.gov>

Thu, May 2, 2024 at 12:55 PM

[Quoted text hidden]

*WSHRC Staff*

**From:** Elections - Candidate Support <CandidateSupport@sos.wa.gov>
**Sent:** Wednesday, April 24, 2024 1:26 PM
**To:** Mathew Tyler <*************************>
**Cc:** Elections - Candidate Support <CandidateSupport@sos.wa.gov>; hi@tylerpresident.com; Elections - Public <elections@sos.wa.gov>; judyg@atg.wa.gov; Info@bobferguson.com; Emily.Langlie@usdoj.gov; USAWAW.PublicComment@usdoj.gov; USAWAE.webmaster@usdoj.gov; Vanessa.Waldref@usdoj.gov; Tessa.Gorman@usdoj.gov; Front Desk (HUM) <frontdesk@hum.wa.gov>
**Subject:** RE: ADA Request for reasonable accommodations US President candidate FEC#P60005600

---

**External Email**

---

[Quoted text hidden]

1/27/25, 9:55 PM
Gmail - RE: [EXTERNAL]: Re: Request for accommodations
Case 2:25-cv-00404-DAD-DMC    Document 1    Filed 01/30/25    Page 100 of 147

# RE: [EXTERNAL]: Re: Request for accommodations

18 messages

**Gregory McBurney** <gmcburney@sos.ri.gov>                    Mon, Mar 4, 2024 at 1:33 PM
To: Mathew Tyler <*************************>
Cc: Kathy Placencia <kplacencia@sos.ri.gov>

Hello Mr. Tyler,

Per my previous email, Independent Presidential Candidates do not file declarations or obtain signatures to be on the ballot in Rhode Island. The process to get an Independent Presidential Candidate on the ballot in Rhode Island is done entirely by the presidential candidate's electors. You can have up to four registered Rhode Island voters run as your presidential electors.

If one or more of your electors would like to request an exception to the ballot access requirements of the State, then they can submit that request to the State Board of Elections. (2000 Plainfield Pike, Cranston, RI 02921).

There are no requirements to be a write-in candidate in Rhode Island. Voters have the option to write-in anyone they want for President.

Regards,

Greg



Gregory McBurney

*Deputy Director of Elections*

RI Department of State | Secretary of State Gregg M. Amore

Email: gmcburney@sos.ri.gov | Website: www.sos.ri.gov | Twitter: @RISecState

148 W. River St, Providence, RI 02903 | (401) 222-2340

**From:** Mathew Tyler <*************************>
**Sent:** Monday, March 4, 2024 3:39 PM
**To:** Gregory McBurney <gmcburney@sos.ri.gov>
**Cc:** elections <elections@sos.ri.gov>
**Subject:** [EXTERNAL]: Re: Request for accommodations

You don't often get email from ***********************. Learn why this is important

Mr. McBurney,

I wish to be listed as an unaffiliated (independent) candidate, not as a write-in. As a disabled US citizen, I am also requesting ADA accommodations for an exception to any and all physical requirements that the State might impose to be listed on the ballot; including without limitation to: collecting signatures and submitting signatures. A number of states seem to have this requirement, which being required of some yet not all candidates seems to be a violation of the Equal protection clause of the 14th amendment to the US Constitution.

What the State of Rhode Island's law provides for and doesn't provide for is inconsequential as federal law (42 U.S.C. §§ 12101 et seq.) which supersedes state law (Article 6, clause 2 to the US Constitution) requires that the State provide reasonable accommodations or "...demonstrate that making such modifications would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations." If the State does not honor my request for reasonable accommodations and the State does not demonstrate how honoring my request would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations, you and the State will be committing a hate crime (18 U.S.C. § 249) against me by discriminating against me for my disability in my enjoyment of federally protected activities (18 U.S.C. § 245) which will also violate my civil rights (18 U.S.C. § 241 and 18 U.S.C. § 242).

Interfering with my:
18 U.S.C. § 245(b)(1)(A) ability to qualify as a candidate for elective office in any primary, special, or general election; and,
18 U.S.C. § 245(b)(1)(B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; and,
18 U.S.C. § 245(b)(1)(E) participating in or enjoying the benefits of any program or activity receiving Federal financial assistance

Would the State of Rhode Island like to proceed by making the reasonable accommodations I've requested by including my name on the ballot as an unaffiliated (independent) candidate or would the State of Rhode Island rather proceed by having me file criminal complaints for a hate crime and disability discrimination with the appropriate State of Rhode Island and federal law enforcement agencies?

-Mathew Tyler

On Mon, Mar 4, 2024 at 8:16 AM Gregory McBurney <gmcburney@sos.ri.gov> wrote:

Helo Mr. Tyler,

Thank you for contacting Secretary of State Gregg M. Amore's office.

We have received your letter dated January 28, 2024, requesting accommodations for ballot access in Rhode Island.

According to Rhode Island law, up to four presidential electors can declare for an Independent Presidential Candidate. There is no fee associated with this filing. The electors' names all appear on the same nomination petition, and they must receive 1,000 valid signatures from registered voters in Rhode Island to qualify for ballot access. The Independent Presidential candidate is not required to file a declaration or gather signatures. They must only certify to our office that the electors are authorized to run under their name.

If you have further questions, please don't hesitate to contact me.

Regards,

Greg



Gregory McBurney

*Deputy Director of Elections*

RI Department of State | Secretary of State Gregg M. Amore

Email: gmcburney@sos.ri.gov  | Website: www.sos.ri.gov | Twitter: @RISecState

148 W. River St, Providence, RI 02903 | (401) 222-2340

**2 attachments**



image001.png
21K



image003.jpg
4K

---

**Mathew Tyler** <************************>                    Mon, Mar 4, 2024 at 2:27 PM
To: Gregory McBurney <gmcburney@sos.ri.gov>
Cc: Mathew Tyler <************************>, Kathy Placencia <kplacencia@sos.ri.gov>

Mr. McBurney,

What is the law that states the process or official flow chart or something because according to what I've read;

"An independent presidential candidate must petition for placement on the general election ballot. This petition must contain 1,000 signatures. Petitions must be submitted to local elections officials for verification no later than 54 days prior to the general election" via https://ballotpedia.org/Ballot_access_requirements_for_presidential_candidates_in_Rhode_Island

and,

"Nomination papers are the forms on which you will obtain valid signatures of registered voters who are eligible to vote for the office that you are seeking. In order to be on the ballot, you will need to obtain a specified number of valid signatures on your nomination papers. All candidates for federal, state and local public office need nomination papers. The only candidates who do NOT need nomination papers are ENDORSED candidates for party offices (i.e. district, city, town or ward committees). However, UNENDORSED candidates for district, city, town or ward committees MUST gather signatures on

nomination papers." via https://vote.sos.ri.gov/Candidates/Nominations

-Mathew Tyler

[Quoted text hidden]

---

**Gregory McBurney** <gmcburney@sos.ri.gov>                Mon, Mar 4, 2024 at 4:17 PM
To: Mathew Tyler <************************>
Cc: Kathy Placencia <kplacencia@sos.ri.gov>

Mr. Tyler,

Attached please find the Department of State Regulation for ballot placement. Section 1.5 discusses the process for Independent Presidential Candidates and Electors.

[Quoted text hidden]

**4 attachments**



**image001.png**
21K



**image003.jpg**
4K



**image005.jpg**
4K

📄 **REG_11522_20211203215616.pdf**
497K

---

**Mathew Tyler** <************************>                Tue, Mar 5, 2024 at 7:48 AM
To: Gregory McBurney <gmcburney@sos.ri.gov>
Cc: Mathew Tyler <************************>, Kathy Placencia <kplacencia@sos.ri.gov>

Mr. McBurney,

As a disabled US citizen, I am requesting ADA accommodations for an exception to any and all physical requirements that the State might impose to be listed on the ballot as an unaffiliated (independent) candidate; including without limitation to: 100-20-00 R.I. Code R. § 1.5(A) ("100 R.I. Code R. § 100-RICR-20-00-1.5-A"), 100-20-00 R.I. Code R. § 1.5(C) ("100 R.I. Code R. § 100-RICR-20-00-1.5-C"), collecting signatures, and submitting signatures.

-Mathew Tyler
[Quoted text hidden]

---

**Gregory McBurney** <gmcburney@sos.ri.gov>                  Tue, Mar 5, 2024 at 9:05 AM
To: Mathew Tyler <************************>
Cc: Kathy Placencia <kplacencia@sos.ri.gov>, Rob Rock <rrock@sos.ri.gov>

Mr. Tyler,

The ballot access process is dictated by state laws and rules/regulations. Our office does not have the authority to grant waivers.

[Quoted text hidden]

**4 attachments**


**image001.png**
21K


**image003.jpg**
4K


**image005.jpg**
4K


**image007.jpg**
4K

---

**Mathew Tyler** <************************>                  Tue, Mar 5, 2024 at 9:12 AM
To: Gregory McBurney <gmcburney@sos.ri.gov>
Cc: Mathew Tyler <************************>, Kathy Placencia <kplacencia@sos.ri.gov>, Rob Rock <rrock@sos.ri.gov>

Mr. McBurney,

Federal law (42 U.S.C. §§ 12101 et seq.) which supersedes state law (Article 6, clause 2 to the US Constitution) requires that the State provide reasonable accommodations or "...demonstrate that making such modifications would fundamentally alter the nature of such goods, services, facilities, privileges,

advantages, or accommodations."   If the State does not honor my request for reasonable accommodations and the State does not demonstrate how honoring my request would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations, you and the State will be committing a hate crime (18 U.S.C. § 249) against me by discriminating against me for my disability in my enjoyment of federally protected activities (18 U.S.C. § 245) which will also violate my civil rights (18 U.S.C. § 241 and 18 U.S.C. § 242).

Interfering with my:
18 U.S.C. § 245(b)(1)(A) ability to qualify as a candidate for elective office in any primary, special, or general election; and,
18 U.S.C. § 245(b)(1)(B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; and,
18 U.S.C. § 245(b)(1)(E) participating in or enjoying the benefits of any program or activity receiving Federal financial assistance

Would the State of Rhode Island like to proceed by making the reasonable accommodations I've requested by including my name on the ballot as an unaffiliated (independent) candidate or would the State of Rhode Island rather proceed by having me file criminal complaints for a hate crime and disability discrimination with the appropriate State of Rhode Island and federal law enforcement agencies?

-Mathew Tyler
[Quoted text hidden]

---

**Rob Rock** <rrock@sos.ri.gov>                                      Tue, Mar 5, 2024 at 11:15 AM
To: Mathew Tyler <************************>
Cc: Kathy Placencia <kplacencia@sos.ri.gov>, Gregory McBurney <gmcburney@sos.ri.gov>

Mr. Tyler,

Our office does not have the power to grant accommodations that conflict with state law. I don't believe we are committing a hate crime with our stance however, we certainly understand your position.

Rob



**Rob Rock**

*Deputy Secretary of State / Director of Administration*

RI Department of State  |  Secretary of State Gregg M. Amore

Email: rrock@sos.ri.gov | Website: www.sos.ri.gov | Twitter: @RISecState

State House - 82 Smith St. Room 218, Providence, RI 02903 |  **(401) 222-7979**

[Quoted text hidden]

**5 attachments**



**image001.png**
21K

1/27/25, 9:55 PM
Gmail - RE: [EXTERNAL]: Re: Request for accommodations
Case 2:25-cv-00404-DAD-DMC    Document 1    Filed 01/30/25    Page 106 of 147



**image003.jpg**
4K



**image005.jpg**
4K



**image007.jpg**
4K



**image009.jpg**
4K

---

**Mathew Tyler** <************************>                    Tue, Mar 5, 2024 at 11:25 AM
To: Rob Rock <rrock@sos.ri.gov>
Cc: Mathew Tyler <************************>, Kathy Placencia <kplacencia@sos.ri.gov>, Gregory McBurney
<gmcburney@sos.ri.gov>

Mr. Rock,

The choices for the State are:

1. Honor my request and make the reasonable accommodations that I requested; or,
2. "...demonstrate that making such modifications would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations."; or,
3. Refuse to honor my request and fail to satisfy the aforementioned demonstration requirement thereby committing a hate crime and disability discrimination against me
   1. State and federal criminal charges will be pursued against all that participate in the aforementioned hate crime and disability discrimination; and,
   2. Civil litigation will be pursued

Please let me know how the State would like to proceed.

-Mathew Tyler

[Quoted text hidden]

---

**Rob Rock** <rrock@sos.ri.gov>                    Tue, Mar 5, 2024 at 12:18 PM
To: Mathew Tyler <************************>
Cc: Kathy Placencia <kplacencia@sos.ri.gov>, Gregory McBurney <gmcburney@sos.ri.gov>

Mr. Tyler,

We cannot honor your request however, if you are running as an independent presidential candidate, you are not eligible to file on your behalf. Up to four Rhode Island electors must file on your behalf and gather the 1,000 signatures. If they do so, your name will appear on the ballot.


Rob




**Rob Rock**

*Deputy Secretary of State / Director of Administration*

RI Department of State  |  Secretary of State Gregg M. Amore

Email: rrock@sos.ri.gov | Website: www.sos.ri.gov | Twitter: @RISecState

State House - 82 Smith St. Room 218, Providence, RI 02903 |  **(401) 222-7979**


**From:** Mathew Tyler <************************>
**Sent:** Tuesday, March 5, 2024 2:26 PM
**To:** Rob Rock <rrock@sos.ri.gov>
**Cc:** Mathew Tyler <************************>; Kathy Placencia <kplacencia@sos.ri.gov>; Gregory McBurney <gmcburney@sos.ri.gov>
**Subject:** Re: [EXTERNAL]: Re: Request for accommodations


You don't often get email from ***********************. Learn why this is important


Mr. Rock,


The choices for the State are:

1. Honor my request and make the reasonable accommodations that I requested; or,
2. "...demonstrate that making such modifications would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations."; or,
3. Refuse to honor my request and fail to satisfy the aforementioned demonstration requirement thereby committing a hate crime and disability discrimination against me

    1. State and federal criminal charges will be pursued against all that participate in the aforementioned hate crime and disability discrimination; and,
    2. Civil litigation will be pursued

Please let me know how the State would like to proceed.


-Mathew Tyler

On Tue, Mar 5, 2024 at 11:15 AM Rob Rock <rrock@sos.ri.gov> wrote:

Mr. Tyler,

Our office does not have the power to grant accommodations that conflict with state law. I don't believe we are committing a hate crime with our stance however, we certainly understand your position.


Rob



**Rob Rock**

*Deputy Secretary of State / Director of Administration*

RI Department of State | Secretary of State Gregg M. Amore

Email: rrock@sos.ri.gov | Website: www.sos.ri.gov | Twitter: @RISecState

State House - 82 Smith St. Room 218, Providence, RI 02903 | **(401) 222-7979**

---

**From:** Mathew Tyler <************************>
**Sent:** Tuesday, March 5, 2024 12:12 PM
**To:** Gregory McBurney <gmcburney@sos.ri.gov>
**Cc:** Mathew Tyler <************************>; Kathy Placencia <kplacencia@sos.ri.gov>; Rob Rock <rrock@sos.ri.gov>
**Subject:** Re: [EXTERNAL]: Re: Request for accommodations


You don't often get email from ************************. Learn why this is important

[black redaction bar]


Mr. McBurney,


Federal law (42 U.S.C. §§ 12101 et seq.) which supersedes state law (Article 6, clause 2 to the US Constitution) requires that the State provide reasonable accommodations or "...demonstrate that making such modifications would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations." If the State does not honor my request for reasonable accommodations and the State does not demonstrate how honoring my request would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations, you and the State will be committing a hate crime (18 U.S.C. § 249) against me by discriminating against me for my disability in my enjoyment of federally protected activities (18 U.S.C. § 245) which will also violate my civil rights (18 U.S.C. § 241 and 18 U.S.C. § 242).

Interfering with my:
18 U.S.C. § 245(b)(1)(A) ability to qualify as a candidate for elective office in any primary, special, or general election; and,
18 U.S.C. § 245(b)(1)(B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; and,
18 U.S.C. § 245(b)(1)(E) participating in or enjoying the benefits of any program or activity receiving Federal financial assistance

Would the State of Rhode Island like to proceed by making the reasonable accommodations I've requested by including my name on the ballot as an unaffiliated (independent) candidate or would the State of Rhode Island rather proceed by having me file criminal complaints for a hate crime and disability discrimination with the appropriate State of Rhode Island and federal law enforcement agencies?

-Mathew Tyler

On Tue, Mar 5, 2024 at 9:05 AM Gregory McBurney <gmcburney@sos.ri.gov> wrote:

Mr. Tyler,

The ballot access process is dictated by state laws and rules/regulations. Our office does not have the authority to grant waivers.

Regards,

Greg



**Gregory McBurney**

*Deputy Director of Elections*

RI Department of State | Secretary of State Gregg M. Amore

Email: gmcburney@sos.ri.gov | Website: www.sos.ri.gov | Twitter: @RISecState

148 W. River St, Providence, RI 02903 | **(401) 222-2340**

---

**From:** Mathew Tyler <************************>
**Sent:** Tuesday, March 5, 2024 10:49 AM
**To:** Gregory McBurney <gmcburney@sos.ri.gov>
**Cc:** Mathew Tyler <************************>; Kathy Placencia <kplacencia@sos.ri.gov>
**Subject:** Re: [EXTERNAL]: Re: Request for accommodations

You don't often get email from ************************. Learn why this is important

Mr. McBurney,

As a disabled US citizen, I am requesting ADA accommodations for an exception to any and all physical requirements that the State might impose to be listed on the ballot as an unaffiliated (independent) candidate; including without limitation to: 100-20-00 R.I. Code R. § 1.5(A) ("100 R.I.

Code R. § 100-RICR-20-00-1.5-A"), 100-20-00 R.I. Code R. § 1.5(C) ("100 R.I. Code R. § 100-RICR-20-00-1.5-C"), collecting signatures, and submitting signatures.

-Mathew Tyler

On Mon, Mar 4, 2024 at 4:17 PM Gregory McBurney <gmcburney@sos.ri.gov> wrote:

Mr. Tyler,

Attached please find the Department of State Regulation for ballot placement. Section 1.5 discusses the process for Independent Presidential Candidates and Electors.

Regards,

Greg



Gregory McBurney

*Deputy Director of Elections*

RI Department of State | Secretary of State Gregg M. Amore

Email: gmcburney@sos.ri.gov | Website: www.sos.ri.gov | Twitter: @RISecState

148 W. River St, Providence, RI 02903 | **(401) 222-2340**

---

**From:** Mathew Tyler <************************>
**Sent:** Monday, March 4, 2024 5:28 PM
**To:** Gregory McBurney <gmcburney@sos.ri.gov>
**Cc:** Mathew Tyler <************************>; Kathy Placencia <kplacencia@sos.ri.gov>
**Subject:** Re: [EXTERNAL]: Re: Request for accommodations

You don't often get email from ************************. Learn why this is important

Mr. McBurney,

What is the law that states the process or official flow chart or something because according to what I've read;

"An independent presidential candidate must petition for placement on the general election ballot. This petition must contain 1,000 signatures. Petitions must be submitted to local elections officials

for verification no later than 54 days prior to the general election" via https://ballotpedia.org/
Ballot_access_requirements_for_presidential_candidates_in_Rhode_Island

and,

"Nomination papers are the forms on which you will obtain valid signatures of registered voters
who are eligible to vote for the office that you are seeking. In order to be on the ballot, you will
need to obtain a specified number of valid signatures on your nomination papers. All candidates for
federal, state and local public office need nomination papers. The only candidates who do NOT
need nomination papers are ENDORSED candidates for party offices (i.e. district, city, town or ward
committees). However, UNENDORSED candidates for district, city, town or ward committees MUST
gather signatures on nomination papers." via https://vote.sos.ri.gov/Candidates/Nominations

-Mathew Tyler


On Mon, Mar 4, 2024 at 1:33 PM Gregory McBurney <gmcburney@sos.ri.gov> wrote:

Hello Mr. Tyler,


Per my previous email, Independent Presidential Candidates do not file declarations or obtain signatures to be
on the ballot in Rhode Island. The process to get an Independent Presidential Candidate on the ballot in Rhode
Island is done entirely by the presidential candidate's electors. You can have up to four registered Rhode
Island voters run as your presidential electors.


If one or more of your electors would like to request an exception to the ballot access requirements of the
State, then they can submit that request to the State Board of Elections. (2000 Plainfield Pike, Cranston, RI
02921).


There are no requirements to be a write-in candidate in Rhode Island. Voters have the option to write-in
anyone they want for President.


Regards,

Greg




Gregory McBurney

*Deputy Director of Elections*

RI Department of State  |  Secretary of State Gregg M. Amore

Email: gmcburney@sos.ri.gov  | Website: www.sos.ri.gov | Twitter: @RISecState

148 W. River St, Providence, RI 02903 |  **(401) 222-2340**

---

**From: Mathew Tyler** <*************************>
**Sent:** Monday, March 4, 2024 3:39 PM
**To:** Gregory McBurney <gmcburney@sos.ri.gov>

**Cc:** elections <elections@sos.ri.gov>
**Subject:** [EXTERNAL]: Re: Request for accommodations

You don't often get email from ***********************. Learn why this is important

Mr. McBurney,

I wish to be listed as an unaffiliated (independent) candidate, not as a write-in.  As a disabled US citizen, I am also requesting ADA accommodations for an exception to any and all physical requirements that the State might impose to be listed on the ballot; including without limitation to: collecting signatures and submitting signatures. A number of states seem to have this requirement, which being required of some yet not all candidates seems to be a violation of the Equal protection clause of the 14th amendment to the US Constitution.

What the State of Rhode Island's law provides for and doesn't provide for is inconsequential as federal law (42 U.S.C. §§ 12101 et seq.) which supersedes state law (Article 6, clause 2 to the US Constitution) requires that the State provide reasonable accommodations or "...demonstrate that making such modifications would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations."   If the State does not honor my request for reasonable accommodations and the State does not demonstrate how honoring my request would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations, you and the State will be committing a hate crime (18 U.S.C. § 249) against me by discriminating against me for my disability in my enjoyment of federally protected activities (18 U.S.C. § 245) which will also violate my civil rights (18 U.S.C. § 241 and 18 U.S.C. § 242).

Interfering with my:
18 U.S.C. § 245(b)(1)(A) ability to qualify as a candidate for elective office in any primary, special, or general election; and,
18 U.S.C. § 245(b)(1)(B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; and,
18 U.S.C. § 245(b)(1)(E) participating in or enjoying the benefits of any program or activity receiving Federal financial assistance

Would the State of Rhode Island like to proceed by making the reasonable accommodations I've requested by including my name on the ballot as an unaffiliated (independent) candidate or would the State of Rhode Island rather proceed by having me file criminal complaints for a hate crime and disability discrimination with the appropriate State of Rhode Island and federal law enforcement agencies?


-Mathew Tyler


On Mon, Mar 4, 2024 at 8:16 AM Gregory McBurney <gmcburney@sos.ri.gov> wrote:

Helo Mr. Tyler,

Thank you for contacting Secretary of State Gregg M. Amore's office.

We have received your letter dated January 28, 2024, requesting accommodations for ballot access in Rhode Island.

According to Rhode Island law, up to four presidential electors can declare for an Independent Presidential Candidate. There is no fee associated with this filing. The electors' names all appear on the same nomination petition, and they must receive 1,000 valid signatures from registered voters in Rhode Island to qualify for ballot access. The Independent Presidential candidate is not required to file a declaration or gather signatures. They must only certify to our office that the electors are authorized to run under their name.

If you have further questions, please don't hesitate to contact me.

Regards,

Greg



**Gregory McBurney**

*Deputy Director of Elections*

RI Department of State  |  Secretary of State Gregg M. Amore

Email: gmcburney@sos.ri.gov  | Website: www.sos.ri.gov | Twitter: @RISecState

148 W. River St, Providence, RI 02903 | **(401) 222-2340**



**image001.png**
21K

---

**Mathew Tyler** <***********************>                    Tue, Mar 5, 2024 at 12:33 PM
To: Rob Rock <rrock@sos.ri.gov>
Cc: Mathew Tyler <***********************>, Kathy Placencia <kplacencia@sos.ri.gov>, Gregory McBurney <gmcburney@sos.ri.gov>

Mr. Rock,

State and federal hate crime charges for all that participate in this disability discrimination then.

-Mathew Tyler
[Quoted text hidden]

---

**Mathew Tyler** <***********************>                    Wed, Mar 6, 2024 at 3:10 PM
To: Ask.CRT@usdoj.gov

Abuse of a public office. Disability discrimination
[Quoted text hidden]

---

**Mathew Tyler** <************************>                    Mon, Apr 8, 2024 at 10:07 AM
To: Mathew Tyler <************************>
Cc: Rob Rock <rrock@sos.ri.gov>, Kathy Placencia <kplacencia@sos.ri.gov>, Gregory McBurney <gmcburney@sos.ri.gov>

What other actions/alternatives to my request for reasonable modifications is the state proposing to make to satisfy the state's obligation to operate in an inclusive manner; providing me, a qualified individual with disabilities with an equal opportunity to participate in, and enjoy the benefits of, a service, program, or activity of the state?

As mandated by federal law (28 CFR § 35.107), what is the contact information of the ADA coordinator / designated employee [28 CFR § 35.107(a)] and what is the published complaint procedure for grievances [28 CFR § 35.107(b)]?

29 U.S.C. § 794(a)

-Mathew Tyler
[Quoted text hidden]

---

**Rob Rock** <rrock@sos.ri.gov>                              Tue, Apr 9, 2024 at 4:56 AM
To: Mathew Tyler <************************>
Cc: Kathy Placencia <kplacencia@sos.ri.gov>, Gregory McBurney <gmcburney@sos.ri.gov>

Mathew,

Do you have between one and four Rhode Islanders that will file Declarations of Candidacy forms on your behalf on June 24, 25, or 26th?

[Quoted text hidden]



**image001.png**
21K

---

**Mathew Tyler** <************************>                   Wed, Apr 10, 2024 at 10:34 AM
To: Rob Rock <rrock@sos.ri.gov>
Cc: Mathew Tyler <************************>, Kathy Placencia <kplacencia@sos.ri.gov>, Gregory McBurney <gmcburney@sos.ri.gov>

Rob,

What people seem to fail to realize is: not only have I planned this far, to leverage the law in a way that I have; I have also planned for beyond. It is my opinion that one of two things will happen, either the state will honor my request for reasonable modifications or everything, the ADA, case laws, statutes, my opinions, everything will be public. The latter allowing for anyone, including foreign interests, even if through litigation, to advance my efforts of advancing US disability policy 29 U.S.C. § 701(c) and purpose 29 U.S.C. § 701(b), 42 U.S.C. § 12101(b) and antidiscrimination policy of the US.

Constituting violations of: 18 U.S.C. § 595, 18 U.S.C. § 241, and 18 U.S.C. § 242; Federal and state presidential eligibility requirements (e.g., requiring candidates to get X amount of signatures of eligible voters from that state, PER state) are plainly unconstitutional, an illegal and illegitimate government overreach. Violating the tenth amendment to the US Constitution, by the state attempting to defraud or thievingly conniving "the people" of the right to establish qualifications for the Presidency as explicitly conferred to the US Constitution pursuant to Article II, section 1, clause 5 of the US Constitution. Violating my due process and equal protection rights. In accordance with the "Supremacy Clause" to the US Constitution (Article 6, clause 2), the US Constitution is the supreme law of the land, superseding/preempting conflicting state laws, in this case inferior state requirements conflict with all Presidency eligibility requirements as vested in the supreme law of the land; i.e., it is established, "Qualifications for the Presidency," not "Qualifications for the Presidency and inferior state requirements" Promulgated by *Trump v. Anderson, No. 23-719, 601 U.S. (2024),* "It would be incongruous to read this particular Amendment as granting the States the power — silently no less — to disqualify a candidate for federal office," establishes: (1) States lack the power to disqualify a candidate for federal office and, (2) that not including a candidate on the ballot, even for a primary would be disqualifying the candidate.

Pertaining to my being a qualified individual with disability (42 U.S.C. § 12131[2]), for me personally afflicted with Central core disease, ADHD, among other ailments, major life activities affected by Central core disease: performing manual tasks, walking, standing, lifting, bending, breathing, and stamina; ADHD: learning, reading, concentrating, thinking, communicating, time/appointments, and working; 28 C.F.R. § 35.108(d)(ii), "...**primary object of attention** in **cases brought under title II of the ADA** should be *whether public entities* have **complied** with *their obligations* and *whether discrimination has occurred*..." (emphasis added)

In your opinion, when the federal government talks about terminating or refusing to grant or refusing to continue federal financial assistance (42 U.S.C. § 2000d-1[1], "...authorized and directed to effectuate the provisions of section 2000d ... termination of or refusal to grant or to continue assistance under such program or activity to any recipient ... failure to comply with such requirement..."), do you think that applies to the entire state or just the election(s) that the state is discriminating against me in? 42 U.S.C. § 12132 -> 42 U.S.C. § 12133 -> 29 U.S.C. § 794a(a)(2) -> 42 U.S.C. § 2000d -> 42 U.S.C. § 2000d-1(1)

In accordance with federal law (28 C.F.R. § 35.107), what is the contact information of the ADA coordinator / designated employee as required by 28 C.F.R. § 35.107(a)? What are the published grievance procedures providing for prompt and equitable resolution of complaints as required by 28 C.F.R. § 35.107(b)? In accordance with 28 C.F.R. § 35.105(c)(2)-(3), I wish to inspect your department's self-evaluation report (28 C.F.R. § 35.105[a]).

The socialist constructs that are: the state, the department, agency etc are codified as a "public entity," 42 U.S.C. § 12131(1).

The state refusing my request for reasonable modifications does not release the state from its obligations 28 C.F.R. § 35.102(a); 28 C.F.R. § 35.101(b); 29 U.S.C. § 794(a), 28 CFR § 35.149; 28 C.F.R. § 35.130(g); 28 C.F.R. § 35.160(a)(1), (b); 42 U.S.C. § 12132; 42 U.S.C. § 12182(b)(1)(A); 42 U.S.C. § 12182(b)(1)(B)-(D); 42 U.S.C. § 2000a(d); to not exclude me, a qualified individual with a disability from the participation in or be denied the benefits of the services, programs, or activities of a public entity, 28 C.F.R. § 35.130(a); 28 C.F.R. § 35.130(b)(1)(i)-(iii), (v), (vii); (3), (6), (7)(i), (8), (c), (d); 42 U.S.C. § 2000a(d). Especially a public entity that is receiving, or wants to receive federal financial assistance, 42 U.S.C. § 2000d. Also violating at least one international law, the 1990 Copenhagen Commitment; specifically sections 5.1, 5.3, 5.4, 6, 7.1, 7.3, 7.5, 7.6, 7.7, 7.8

Duties required by the head of a public entity, 28 C.F.R. § 35.164

28 C.F.R. § 35.160(c)(2) prohibits public entities from relying on an adult accompanying an individual with a disability to facilitate communication

According to *Nat'l Fed'n of the Blind v. Lamone, 813 F.3d 494, 506-7 (4th Cir. 2016),* a qualified individual with a disability should not have to rely on other people to participate in any aspect of voting; "...the purpose of the Rehabilitation Act is 'to **empower individuals with disabilities** to **maximize** employment, **economic self-sufficiency, independence,** and **inclusion** and **integration into society'**.... **The right to vote should not be contingent on the happenstance that others are**

**available to help.**" especially when the state is required to provide an exception by preempted superior law that has been affirmed by, *Mary Jo C. v. New York State and Local Retirement Sys., No. 11-2215, 35 at 6 - 36 at 2, 37 at 7 - 39 at 9 (2d Cir. 2013)*

"Voting is a quintessential public activity. In enacting the ADA, Congress explicitly found that " 'individuals with disabilities ... have been ... relegated to a position of political powerlessness in our society, based on characteristics that are beyond the control of such individuals.' " Tennessee v. Lane,541 U.S. 509, 516, 124 S.Ct. 1978, 158 L.Ed.2d 820 (2004) (quoting 42 U.S.C. § 12101(a)(7)). Ensuring that disabled individuals are afforded an opportunity to participate in voting that is equal to that afforded others, 28 C.F.R. § 35.130, helps ensure that these individuals are never relegated to a position of political powerlessness." *Nat'l Fed'n of the Blind v. Lamone, 813 F.3d 494, 507 (4th Cir. 2016)*

### Non ADA laws prohibiting the signature provision,
52 U.S.C. § 10501(a) via 52 U.S.C. § 10501(b)(4) and I would also argue (b)(1) as the residents presumably have to read where to fill out as well as write their information.

52 U.S.C. § 10502(a)(1), (3)-(6)
* durational residency is established by the requirement of registered voters of the state to sign a petition
** A durational-residency requirement is a rule that requires a person to be a resident of a particular state for a specific period before they can exercise a particular right or privilege.
52 U.S.C. § 10502(b) abolishes the durational residency requirement as a precondition to voting for President and Vice President

52 U.S.C. § 10502(c) "No citizen of the United States who is otherwise qualified to vote in any election for President and Vice President shall be denied the right to vote for electors for President and Vice President, or for President and Vice President, in such election because of the failure of such citizen to comply with any durational residency requirement of such State or political subdivision"

"The right to vote freely for the candidate of one's choice is of the essence of a democratic society, and any restrictions on that right strike at the heart of representative government. [...] Undoubtedly, the right of suffrage is a fundamental matter in a free and democratic society. Especially since the right to exercise the franchise in a free and unimpaired manner is preservative of other basic civil and political rights, any alleged infringement of the right of citizens to vote must be carefully and meticulously scrutinized."; *Reynolds v. Sims, 377 U.S. 533, 555 (1964)*

-Mathew Tyler
[Quoted text hidden]

---

**Rob Rock** <rrock@sos.ri.gov>                                                    Thu, Apr 11, 2024 at 4:32 AM
To: Mathew Tyler <************************>
Cc: Kathy Placencia <kplacencia@sos.ri.gov>, Gregory McBurney <gmcburney@sos.ri.gov>

Mathew,

To obtain ballot access, between 1 and 4 people need to file a Declaration of Candidacy form with our office on June 24, 25, or 26 (by 4p on the 26th). They will then come back to our office on July 2 to pick up the blank nomination papers that will need to be signed by at least 1,000 Rhode Island registered voters. If those filing the declarations are unable to gather the signatures, they can designate others to do so.

If you have any questions, please let me know.

[Quoted text hidden]

1/27/25, 9:55 PM
Gmail - RE: [EXTERNAL]: Re: Request for accommodations
Case 2:25-cv-00404-DAD-DMC    Document 1    Filed 01/30/25    Page 117 of 147



**image001.png**
21K

---

**Mathew Tyler** <************************>                                Thu, Apr 11, 2024 at 11:24 AM
To: Rob Rock <rrock@sos.ri.gov>
Cc: Mathew Tyler <************************>, Kathy Placencia <kplacencia@sos.ri.gov>, Gregory McBurney
<gmcburney@sos.ri.gov>

Rob,

I have the following questions,

1. What is the contact information of the state's ADA coordinator / designated employee as required
   by 28 C.F.R. § 35.107(a)?
2. What are the published grievance procedures providing for prompt and equitable resolution of
   complaints as required by 28 C.F.R. § 35.107(b)?
3. What is your state's self-evaluation report 28 C.F.R. § 35.105(a)?

-Mathew Tyler
[Quoted text hidden]

---

**Rob Rock** <rrock@sos.ri.gov>                                            Thu, Apr 11, 2024 at 11:53 AM
To: Mathew Tyler <************************>
Cc: Kathy Placencia <kplacencia@sos.ri.gov>, Gregory McBurney <gmcburney@sos.ri.gov>

Mathew,

The Governor's Commission on Disabilities is the best place to contact. Here is their information: https://gcd.ri.gov/about-
us/staffcontact-us.

Rob



**Rob Rock**

*Deputy Secretary of State / Director of Administration*

RI Department of State  |  Secretary of State Gregg M. Amore

Email: rrock@sos.ri.gov | Website: www.sos.ri.gov | Twitter: @RISecState

State House - 82 Smith St. Room 218, Providence, RI 02903 | **(401) 222-7979**

---

**From:** Mathew Tyler <************************>
**Sent:** Thursday, April 11, 2024 2:25 PM
**To:** Rob Rock <rrock@sos.ri.gov>
**Cc:** Mathew Tyler <************************>; Kathy Placencia <kplacencia@sos.ri.gov>; Gregory McBurney

<gmcburney@sos.ri.gov>
**Subject:** Re: [EXTERNAL]: Re: Request for accommodations



[Quoted text hidden]



**image001.png**
21K

---

**Mathew Tyler** <****************************>                    Fri, Apr 12, 2024 at 1:32 PM
To: Crystal.M.Martin@gcd.ri.gov, GCD.Disabilities@gcd.ri.gov

[Quoted text hidden]



**image001.png**
21K

## Re: Presidential Candidate Information 2024

3 messages

**MDOS-BOERegulatory** <MDOS-BOERegulatory@michigan.gov>
To: "***************************" <************************>

Fri, Mar 29, 2024 at 12:50 PM

Dear Mathew Tyler:

The Department is in receipt of your March 6, 2024 email where you request an accommodation to be placed on the November ballot as candidate for president without "collecting signatures and submitting signatures." As a threshold matter, it is unclear that submitting signatures is a service, program, or activity of a public entity for purposes of the Americans With Disabilities Act.

Assuming for purposes of this email that the submission of petitions is a "service, program, or activity", your request is denied as it does not seek an accommodation, but rather seeks a fundamental altering of a state program in the form of waiving a statutory requirement in its entirety. While rules, policies, and practices may be subject to reasonable modification, essential eligibility requirements are not. See e.g. *Mary Jo C. v. New York State & Local Ret. Sys.*, 707 F.3d 144, 159 (2d Cir. 2013). Waiving an essential eligibility standard would constitute a fundamental alteration in the nature of the program at issue. See also *Pottgen v. Missouri State High School Activities Ass'n*, 40 F.3d 926, 930 (8th Cir. 1994). In Michigan, any individual wishing to run as a candidate without party affiliation for president submit a minimum of 12,000 signatures to be eligible to appear on the ballot.

Thank you,

Bureau of Elections

Michigan Department of State

Secretary of State Jocelyn Benson

P.O. Box 20126

Lansing, Michigan 48901

**Main**: 517-335-3234

*Get personalized voter information
on early voting and other topics
at Michigan.gov Vote*

**Mathew Tyler** <**************************>
To: MDOS-BOERegulatory <MDOS-BOERegulatory@michigan.gov>

Sat, Mar 30, 2024 at 9:34 PM

Michigan Bureau of Elections,

Where is the demonstration that honoring my request would fundamentally alter the nature of the service
as required by 28 CFR § 35.130(7)(i), 28 CFR § 35.130(b)(8)? Collection of signatures has no relation to
the qualifications for one being President. It is important to note that even if the state is able to
demonstrate that honoring my request would cause an undue burden or fundamentally alter anything,
which the Department of Justice provides guidelines for (subsequent in the email) who can make the
determination and that a demonstration is required; the state is still required to provide inclusive access
(28 CFR § 35.130(d), (g)) to the services to me which will be on the state to determine eligibility
requirements that do not discriminate against me,

Have you actually read and fathom Mary Jo C. v. New York State & Local Ret. Sys., 707 F.3d 144, 159 (2d
Cir. 2013)? I cite it numerous times later in this email which is why I ask.

Seaman v. Virginia, 593 F. Supp. 3d 293, 321 (W.D. Va. 2022) ("The Fourth Circuit has further clarified that Title II of the
ADA "trumps state regulations that conflict with its requirements," considering that "[r]equiring public entities to make
changes to rules, policies, practices, or services is exactly what the ADA does." Nat'l Fed. of the Blind v. Lamone , 813
F.3d 494, 508 (4th Cir. 2016). If that were not so and "all state laws were insulated from Title II's reasonable modification
requirement solely because they were state laws ... the ADA would be powerless to work any reasonable modification in
any requirement imposed by state law, no matter how trivial the requirement and no matter how minimal the costs of
doing so." Lamone , 813 F.3d at 509 (quoting Mary Jo C. v. New York State & Local Ret. Sys. , 707 F.3d 144, 163 (2d Cir.
2013) )")

As needs associated with disabilities are broad and unique to each person, requiring case by case
reasonable accommodations which is why the ADA is so broad, reaffirmed by the ADAAA. An ADA request
for reasonable accommodations is not a matter for the state to determine whether my request meets my
needs or not, the state is required to provide reasonable accommodations (28 C.F.R. § 35.130[d]; 28
C.F.R. § 35.149; 28 C.F.R. § 35.160[b], [c]; 28 C.F.R. § 35.130[b][1]-[3], [6]-[8]; 42 U.S.C. § 12182[b]
[1][A][i]-[iii], [B]-[E]; 42 U.S.C. § 12182[b][2][A][i]-[iii]) unless the state can demonstrate and providing
reasonable accommodations would cause undue hardship to the state or that honoring them would
fundamentally alter the nature of the services (42 U.S.C. § 12182[b][2][A][ii], [iii]); herein subsequently
elaborated on.

Although according to the Department of Justice via ada.gov, "Public entities may not ask about the nature
or extent of an individual's disability,"(1) For me personally though, major life activities affected by
Central core disease: performing manual tasks, walking, standing, lifting, bending, breathing, and
stamina; ADHD: learning, reading, concentrating, thinking, communicating, time/appointments, and
working leading to my being indigent thus unable to pay filing fees aka poll taxes. 42 U.S.C. § 12131(2);
42 U.S.C. § 12102(1)(A), (B).

I wish to be listed on the ballot as an unaffiliated (independent) candidate in the 2024 general election.

I request reasonable modifications through an exception to practices, policies, and procedures to any and
all physical requirements as well as time related requirements imposed by the state including without
limitation to: the solicitation of signatures, collection of signatures, submission of signatures, start times,
and deadlines for filing for ballot access as an unaffiliated (independent) US presidential candidate in the
2024 general election. 42 U.S.C. § 1983; 42 U.S.C. § 12101(b), 42 U.S.C. § 12103(1)(D). If it's a matter
of public record/procedure, my ADA request could be certified (by the State) and kept on file in lieu of the
signatures required.

As a qualified individual with a disability, I should not be reliant on others being available for help;
"Although [plaintiffs] were ultimately able to cast their vote with the fortuitous assistance of others, the
purpose of the Rehabilitation Act is 'to empower individuals with disabilities to maximize employment,
economic self-sufficiency, independence, and inclusion and integration into society'.... The right to vote
should not be contingent on the happenstance that others are available to help." Nat'l Fed'n of the Blind
v. Lamone, 813 F.3d 494, 506-7 (4th Cir. 2016). The purpose of the ADA and 504 is to empower persons
with disabilities.

### Preemption / preclusion of conflicting state laws,
Preemption of inconsistent state law when necessary to effectuate a required "reasonable modification" is
affirmed by, Mary Jo C. v. New York State and Local Retirement Sys., No. 11-2215, 35 at 6 - 36 at 2, 37
at 7 - 39 at 9 (2d Cir. 2013)

`The "natural effect" of Title II's "reasonable modification" requirement, Crosby, 530 U.S. at 373, in light of the foregoing observations, requires preemption of inconsistent state law when necessary to effectuate a required "reasonable modification." Congress clearly meant Title II to sweep broadly. If all state laws were insulated from Title II's reasonable modification requirement solely because they were state laws, "state law [would serve as] an obstacle to the accomplishment and execution of the full purposes and objectives of Congress" in enacting Title II. Marsh, 499 F.3d at 177. Far from "provid[ing] a clear and comprehensive national mandate for the elimination of discrimination against individuals with disabilities," 42 U.S.C. § 12101(b)(1), the ADA would be powerless to work any reasonable modification in any requirement imposed by state law, no matter how trivial the requirement and no matter how minimal the costs of doing so. We conclude that the ADA's reasonable modification requirement contemplates modification to state laws, thereby permitting preemption of inconsistent state laws, when necessary to effectuate Title II's reasonable modification provision.[8]` (*Mary Jo C. v. New York State and Local Retirement Sys., No. 11-2215 [2d Cir. 2013]*)


`...the ADA preempts inconsistent state law when appropriate and necessary to effectuate a reasonable accommodation under Title II is also consistent with decisions from our sister Circuits. See, e.g., Barber v. Colorado Dep't of Revenue, 562 F.3d 1222, 1232-33 (10th Cir. 2009) (ultimately concluding that there was no conflict between state law and the ADA in the case before it, but observing that the court "in no way affirm[ed] the district court's conclusion that `[a]n accommodation that would have required defendants to willfully ignore or violate the law is per se not reasonable.'" (citation omitted)); Quinones v. City of Evanston, Ill., 58 F.3d 275, 277 (7th Cir. 1995) ("[The defendant] believes that it is compelled to follow the directive from the state, but the Supremacy Clause of the Constitution requires a different order of priority. A discriminatory state law is not a defense to liability under federal law; it is a source of liability under federal law." (emphasis in original)); Williams v. Gen. Foods Corp., 492 F.2d 399, 404 (7th Cir. 1974) (similar). As the Ninth Circuit explained:

> The court's obligation under the ADA . . . is to ensure that the decision reached by the state authority is appropriate under the law and in light of proposed alternatives. Otherwise, any state could adopt requirements imposing unreasonable obstacles to the disabled, and when haled into court could evade the antidiscrimination mandate of the ADA merely by explaining that the state authority considered possible modifications and rejected them...

The NYSLRS argues that "Title II . . . requires reasonable modification only of `rules, policies, or practices' — not state statutes," NYSLRS Br. 19, and seeks to distinguish Crowder, which contemplated the modification of a mandatory Hawaii State administrative regulation rather than a state statute, see Crowder, 81 F.3d at 1481-85, on this ground, NYSLRS Br. 21 n.6. But as a general rule, duly promulgated state regulations have the force of law for these purposes as do statutes. See, e.g., State v. Kotis, 91 Hawai'i 319, 331, 984 P.2d 78, 90 (1999) (Under Hawaii law, "[a]dministrative rules, like statutes, have the force and effect of law."); Allstate Ins. Co. v. Rivera, 12 N.Y.3d 602, 608, 911 N.E.2d 817, 820, 883 N.Y.S.2d 755, 758 (2009) (under New York law, "[a] duly promulgated regulation . . . has the force of law." (internal quotation marks omitted)). From the standpoint of the ADA's preemptive force, we can discern no reason to distinguish between the preemption of state statutes and state regulations. Cf. Crosby, 530 U.S. at 372 n.6 (noting that "a variety of state laws and regulations may conflict with a federal statute" and be preempted). And for the reasons discussed above, we do not read the ADA to prohibit reasonable modifications to state statutes when appropriate.` (*Mary Jo C. v. New York State and Local Retirement Sys., No. 11-2215 [2d Cir. 2013]*)


"The ADA is meant to ensure that people with disabilities can fully participate in all aspects of civic life. Under Title II, all state/local governments must follow the ADA regardless of their size."(2)


"The Americans with Disabilities Act (ADA) is a federal civil rights law that provides protections to people with disabilities to ensure that they are treated equally in all aspects of life. Title II of the ADA requires state and local governments ("public entities") to ensure that people with disabilities have a full and equal opportunity to vote," and "The ADA's provisions apply to all aspects of voting," and "The ADA's provisions apply to all aspects of voting,"(3)


"the fact that a person with a disability is able to walk for some distance does not necessarily contradict a verbal assurance – many people with mobility disabilities can walk, but need their mobility device for longer distances or uneven terrain. This is particularly true for people who lack stamina, have poor balance, or use mobility devices because of respiratory, cardiac, or neurological disabilities."(1)


ADA stuff from the DOJ and ADA websites for the subsequent quotes is publicly accessible on my Google drive via the subsequent link.  Please let me know if you have a problem accessing the files and I can

email them to you; https://drive.google.com/drive/folders/1eyOqitflj37wTdgDooXibhml2ZXUP4d3?usp=drive_link

"...when a state law directly conflicts with the ADA, the state law must be interpreted in a way that complies with the ADA" (*American-Nurses-Assoc.-v.-ODonnell,-California-Superintendent-of-Schools-United-States-Amicus-Brief.pdf*)

"the ADA requires Wisconsin to make reasonable modifications in policies, practices, and procedures when the modifications are necessary to avoid discrimination on the basis of disability. "(*statement_of_interest-carey_v_wisconsin_election_commission.pdf*)

Qualification standards and selection criteria that screen out people based on their disabilities that are not job-related or consistent with business necessity violate the ADA (*complaint_-_united_states_v_alabama_department_of_transportation.pdf*)

"Under Title II of the ADA, no qualified individual with a disability shall, on the basis of disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity. 42 U.S.C. § 12132; 28 C.F.R. § 35.130(a). This means that the County must give individuals with disabilities an equal opportunity to participate in and benefit from any service provided to others. 42 U.S.C. § 12132; 28 C.F.R. § 35.130(b)(1). These legal requirements include providing equal access to the County's website and the public content posted there." (*letter_of_findings-upton_county_tx_election_website_accessibility_1.pdf*)

"...to avoid discrimination, a public entity must reasonably modify its policies, procedures, or practices when necessary to avoid disability discrimination, unless it can show that the modifications would fundamentally alter the nature of the service, program, or activity." (*statement_of_interest-in_re_georgia_sb_202.pdf*)

"...under the ADA, voters with disabilities must have an equal opportunity to vote ... this equal opportunity requirement is separate from the requirement that public entities make reasonable modifications" (*statement_of_interest-in_re_georgia_sb_202.pdf*)

"The right to vote freely for the candidate of one's choice is of the essence of a democratic society, and any restrictions on that right strike at the heart of representative government. [...] Undoubtedly, the right of suffrage is a fundamental matter in a free and democratic society. Especially since the right to exercise the franchise in a free and unimpaired manner is preservative of other basic civil and political rights, any alleged infringement of the right of citizens to vote must be carefully and meticulously scrutinized."; *Reynolds v. Sims, 377 U.S. 533, 555 (1964)*

"Voting is a quintessential public activity. In enacting the ADA, Congress explicitly found that " 'individuals with disabilities ... have been ... relegated to a position of political powerlessness in our society, based on characteristics that are beyond the control of such individuals.' " Tennessee v. Lane,541 U.S. 509, 516, 124 S.Ct. 1978, 158 L.Ed.2d 820 (2004) (quoting 42 U.S.C. § 12101(a)(7)). Ensuring that disabled individuals are afforded an opportunity to participate in voting that is equal to that afforded others, 28 C.F.R. § 35.130, helps ensure that those individuals are never relegated to a position of political powerlessness." *Nat'l Fed'n of the Blind v. Lamone, 813 F.3d 494, 507 (4th Cir. 2016)*

The Department of Justice offers the following(1) pertaining to undue burden and fundamentally altering anything;

1. "The decision that an action would result in an undue burden must be made by a high level official, no lower than a Department head, having budgetary authority and responsibility for making spending decisions, after considering all resources available for use in the funding and operation of the service, program, or activity, and must be accompanied by a written statement of the reasons for reaching that conclusion. If an action would result in an undue burden, a public entity must take any other action that would not result in an undue burden but would nevertheless ensure that individuals with disabilities receive the benefits or services provided by the public entity."
2. "There are some situations where it simply is not possible to integrate people with disabilities without fundamentally altering the nature of a program, service, or activity. For example, moving a beach volleyball program into a gymnasium, so a player who uses a wheelchair can participate on a flat surface without sand, would "fundamentally alter" the nature of the game. The ADA does not require changes of this nature."

29 CFR § 1630.2(j)(iii)  The **primary object** of attention in cases brought under the ADA should be **whether covered entities** have **complied *with their* obligations** and whether discrimination has occurred, *__not__* whether an individual's impairment substantially limits a major life activity. Accordingly, the threshold issue of whether an impairment "substantially limits" a major life activity should not demand extensive analysis.

28 CFR § 35.101(b)

42 U.S.C. § 12112(b)(5)(A), 42 U.S.C. § 12111(10)(A); 42 U.S.C. $ 12182(b)(2)(A); 42 U.S.C. § 12182(b)(2)(A)(ii)-(iii)

28 CFR § 35.164

28 CFR § 35.101(b), 28 CFR § 35.102(a), 28 CFR § 35.130, 28 CFR § 35.160,

42 U.S.C. § 2000e–7, 42 U.S.C. § 2000a(d), 42 U.S.C. § 1983, 42 U.S.C. § 1986

### Noncompliance / insubordination,

If the State does not honor my request for reasonable accommodations and the State does not demonstrate how honoring my request would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations, **you and the state will be committing a hate crime (18 U.S.C. § 249)** against me by **discriminating** against me for **my disability** in my participation and enjoyment of **federally protected activities (18 U.S.C. § 245)** which will also **violate my civil rights**; due process and equal protection **(18 U.S.C. § 241 and 18 U.S.C. § 242)**

1. 18 U.S.C. § 245(b)(1)(A) Interfering with my ability to qualify and campaign as a candidate for elective office in any primary, special, or general election; and,
2. 18 U.S.C. § 245(b)(1)(B) participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; and,
3. 18 U.S.C. § 245(b)(1)(E) participating in or enjoying the benefits of any program or activity receiving Federal financial assistance; and,
4. Civil litigation and criminal complaints with state law enforcement agencies and federal law enforcement agencies will be pursued.

### Non ADA cases:

1. *Trump v. Anderson, No. 23-719, 601 U.S. (2024)* establishes (1) States lack the power to disqualify a candidate for federal office and, (2) that not including a candidate on the ballot, even for a primary would be disqualifying the candidate; "It would be incongruous to read this particular Amendment as granting the States the power — silently no less — to disqualify a candidate for federal office"
2. [Arbitrary and capricious] candidate requirements are not in line with founding, quintessential principles of America, historical tradition, or the rights enshrined by the U.S. Constitution; *New York State Rifle & Pistol Association, Inc. v. Bruen, 597 U.S. 1* establishes that "historical tradition" is a means in which law can be determined; and,
3. [heavy] burdens on minor parties seeking to be placed on the ballot for presidential electors violates the Equal protection clause, *Williams v. Rhodes, 393 U.S. 23 (1968)*; and,
4. Presidential candidate requirements violate the First and Fourteenth Amendments to the US Constitution; *Anderson v. Celebrezze, 460 U.S. 780 (1983)*; and,
5. Fees imposed by the State violate my equal protection rights (*Harper v. Virginia State Board of Elections, 383 U.S. 663 [1966]*), due process, and the 24th amendment to the U.S. Constitution

### Non ADA laws

52 U.S. Code § 10501(a) via 52 U.S. Code § 10501(b)(4) and I would also argue (b)(1)

52 U.S. Code § 10502(a)(1), (3)-(6)
* durational residency is established by the requirement of registered voters of the state to sign a petition
** A durational-residency requirement is a rule that requires a person to be a resident of a particular state for a specific period before they can exercise a particular right or privilege.

18 U.S. Code § 595

**Constitutional authority**
United States Constitution, Art. I § 4, cl. 1 Pertains to Senator and Representatives, not the President of
the United States of America; "The Times, Places and Manner of holding Elections for Senators and
Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at
any time by Law make or alter such Regulations, except as to the Places of chusing Senators."


-Mathew Tyler


(1) https://www.ada.gov/resources/title-ii-primer/
(2) https://www.ada.gov/topics/title-ii/
(3) https://www.ada.gov/resources/polling-places-checklist
[Quoted text hidden]

---

**Mathew Tyler <************************>**                                      Mon, Apr 8, 2024 at 10:04 AM
To: Mathew Tyler <************************>
Cc: MDOS-BOERegulatory <MDOS-BOERegulatory@michigan.gov>

What other actions/alternatives to my request for reasonable modifications is the state proposing to make
to satisfy the state's obligation to operate in an inclusive manner; providing me, a qualified individual with
disabilities with an equal opportunity to participate in, and enjoy the benefits of, a service, program, or
activity of the state?

As mandated by federal law (28 CFR § 35.107), what is the contact information of the ADA coordinator /
designated employee [28 CFR § 35.107(a)] and what is the published complaint procedure for grievances
[28 CFR § 35.107(b)]?

29 U.S.C. § 794(a)

-Mathew Tyler
[Quoted text hidden]



**Mathew L. Tyler** M.
550 Vallombrosa Ave # 6471
Chico, CA 95927
+1-262-757-8802
hi@tylerpresident.com

November 6, 2024

Attn: **LEGAL MAIL; 2024 ELECTION INTERFERENCE AND TAMPERING**
Benjamin C. Mizer, Principal Deputy Associate Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Re: Request for help and criminal prosecution;
### Criminal Complaint

### 42 U.S.C. § 1987
### 18 U.S.C. §§ 241-242
**State sanctioned:**
Deprivation of: 1st, 5th, and 14th amendments to the US Constitution
**2024 Election interference and tampering**
Human rights violations
Hate crimes
Disability discrimination
Deprivation of suffrage
Honest Services Fraud
Wire Fraud
Defrauding the government
Conspiracy against rights

### Celebrating the 40th anniversary of the Civil Rights Act,
### with the destruction of democracy,
### through the failure to enforce the Civil Rights Act

Dear Honorable Congress,

I. **NOTICE**

20241021: Criminal Complaint: 2024 election
interference and tampering, human rights
violations, disability discrimination

Page 1 of 22

1. Not every person with a disability makes macaroni crafts, please try to suspend any prejudices and/or biases that you might have about a person with a disability; comparatively not everyone is as Dunning–Kruger effect as you. Seemingly the people mentioned herein were unable to suspend their prejudices and/or biases. Hopefully[1] you will not be joining them.

2. Emphasis is likely added throughout.

3. "The Americans with Disabilities Act (ADA) is a federal civil rights law that provides protections to people with disabilities to **ensure that they are treated equally in all aspects of life**. **Title II of the ADA requires state and local governments ("public entities") to ensure** that **people with disabilities have a full and equal opportunity to vote**. ***The ADA's provisions apply to all aspects of voting***."[2]

4. "*Discrimination or segregation by an establishment is supported by State action within the meaning of this subchapter if such discrimination or segregation (1) is carried on under color of any law, statute, ordinance, or regulation; or (2) is carried on under color of any custom or usage required or enforced by officials of the State or political subdivision thereof; or (3) is required by action of the State or political subdivision thereof.*" 42 U.S.C. § 2000a(d)

5. "*Subject to the provisions of this subchapter, no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any such entity.*" 42 U.S.C. § 12132

6. "*It shall be discriminatory to subject an individual or class of individuals on the basis of a disability or disabilities of such individual or class, directly, or through contractual, licensing, or other arrangements, to a denial of the opportunity of the individual or class to participate in or benefit from the goods, services, facilities, privileges, advantages, or accommodations of an entity.*" 42 U.S.C. § 12182(b)(1)(A)(i)

7. "*the imposition or application of eligibility criteria that screen out or tend to screen out an individual with a* disability *or any class of individuals with disabilities from fully and equally enjoying any goods, services, facilities, privileges, advantages, or accommodations, unless such criteria can be shown to be necessary for the provision of the goods, services, facilities, privileges, advantages, or accommodations being offered;*" 42 U.S.C. § 12182(b)(2)(A)(i)

8. "*a failure to make reasonable modifications in policies, practices, or procedures, when such modifications are necessary to afford such goods, services, facilities, privileges, advantages, or accommodations to individuals with disabilities, unless the entity can demonstrate that making such modifications would fundamentally alter the nature of such goods, services, facilities, privileges, advantages, or accommodations;*" 42 U.S.C. § 12182(b)(2)(A)(ii)

9. "*a failure to take such steps as may be necessary to ensure that no individual with a* disability *is excluded, denied services, segregated or otherwise treated differently than*

---

1   Mr. Tyler no longer has a sign of "hope" as in 2018, through blatant multi-level government corruption and fraud destroyed Mr. Tyler's home. Which Mr. Tyler has yet to be justly compensated, receive a cent of restitution, or any semblance of justice.

2   https://www.ada.gov/resources

20241021: Criminal Complaint: 2024 election interference and tampering, human rights violations, disability discrimination

Page 2 of 22

1   *other individuals because of the absence of* <u>auxiliary aids and services</u>*, unless the entity can*
2   *demonstrate that taking such steps would fundamentally alter the nature of the good,*
3   *service, facility, privilege, advantage, or accommodation being offered or would result in*
4   *an undue burden;*" 42 U.S.C. § 12182(b)(2)(A)(iii)
5   10. Running for President is applying for a job, thus anything applied as a requirement to
6   participate is criteria for employment; the United States of America then employees the US
7   President, thus ADA Title I applies. As it involves individual states that are needed to make
8   the modification, ADA Title II also applies.
9
10                          **II.  INTENTIONS, NOTICE OF**
11  1. To use any means necessary to hold these perpetrators accountable; be it Congress, the
12  "news media," the international community, and if necessary repeating history[3] by turning
13  to the enemies of the United States of America; the reasons to seek help are already
14  abundantly present, the reasons to not seek help are the ones lacking[4].
15
16  III. **Section 504 / ADA Accessibility/Request for Modifications**
17      1. **AUTHORITY**
18          a) Pursuant to Article 6, Clause 2 of the U.S. Constitution (herein the "SUPREMACY
19          CLAUSE"), in accordance with the 1st amendment to the U.S. Constitution to petition
20          the Government for a redress of grievances via the 14th amendment to the U.S.
21          Constitution as/if/when necessary; 18 U.S.C. § 3771, 42 U.S.C. § 12202, *"Section 504 of*
22          *the Rehabilitation Act of 1973,"* 29 U.S.C. § 794 (herein "Section 504"), the *"Americans*
23          *with Disabilities Act of 1990,"* 42 U.S.C. §§ 12101 et seq. (herein "ADA"); and the
24          1990 Copenhagen Commitment sections 5.1, 5.3, 5.4, 6, 7.1, 7.3, 7.5, 7.6, 7.7, 7.8;
25          collectively herein "AUTHORITY".
26          b) Preemption of inconsistent state law when necessary to effectuate a required
27          "reasonable modification" is affirmed by, *Mary Jo C. v. New York State and Local*
28          *Retirement Sys.*, No. 11-2215, 35 at 6 - 36 at 2, 37 at 7 - 39 at 9 (2d Cir. 2013)
29
30      2. **REQUEST FOR MODIFICATIONS**
31          a) Pursuant to the aforementioned AUTHORITY, as a U.S. citizen and qualified individual
32          with a disability[5][6], Mathew Tyler (herein "Mr. Tyler" and "REQUESTOR") hereby
33          requests the following reasonable modifications in: policies, practices, and procedures;
34              i.   an exception to all and any policies, practices, or procedures that might prevent in
35                   whole or in part this complaint from being investigated and acted upon fully in its
36                   entirety; and,
37              ii.  use government's resources to promulgate this among all of Congress; and,

---

3   https://en.wikipedia.org/wiki/Vulcan,_West_Virginia#Bridge
4   FAFO
5   42 U.S.C. § 12131(2)
6   Afflicted with Central core disease and ADHD; major life activities affected by Central core disease: performing
    manual tasks, walking, standing, lifting, bending, breathing, and stamina; ADHD: learning, reading, concentrating,
    thinking, communicating, time/appointments, and working

20241021: Criminal Complaint: 2024 election
interference and tampering, human rights
violations, disability discrimination

Page 3 of 22

iii. use government's resources to promulgate this among all of Congress' committees.

## IV. INTRODUCTION

1. My name is Mathew Tyler; I do what teams of people do, more than five years before a team of scientists, and the clock is still running for most everyone else. Mr. Tyler is a U.S. citizen, California resident, and 2024-2084 US Presidential candidate (I)[7][8]. Mr. Tyler qualifies for the following federally protected activities that have been knowingly and intentionally interfered with throughout; 18 U.S.C. § 245(b)(1)(A), (B), and (E).

They knew the laws.

In 2024, Mr. Tyler made a section 504 / ADA request for reasonable accommodations to the Secretary of State for all 50 states. Specifically, a medical exception to the collection of hundreds of thousands of signatures from each state in order to obtain unaffiliated ballot access imposed by each state as Mr. Tyler is physically unable to accomplish that. What's more, major political parties not needing to collect signatures is a violation of Mr. Tyler's 5th and 14th amendment rights, national elections involve federal and state public purse use of monies; ballots, voting machines, the people administering the elections, it is all paid for with the public purse and as such, every US citizen should have the ability to participate in the most sacred aspect of the once great United States of America.

Despite citing superseding laws, the US Constitution, federal law, case law, and in California, state law; not one state honored Mr. Tyler's request or sought to include Mr. Tyler.

In violation of the US Constitution, federal law, case law, some state's laws, and at least one international agreement[9], all 50 states sought to and succeeded in interfering in the 2024 general election by excluding Mr. Tyler from participating in the 2024 general election solely for having a disability and needing a medical accommodation to be able to participate.

Whilst the entire notion of something paid for with the public purse being available to some citizens and not all is probably the most absurdly preposterous, delusional lunacy ideas devoid of reality Mr. Tyler has heard in Mr. Tyler's entire life; that's like saying that some people can use certain "express" lanes on a public road that are paid for with the public purse, on public land, "enforced" with public resources/services, even worse is when as little as one cent came from the federal government whilst other people can't use those lanes. Plainly violating a person's 5th and 14th amendment rights.

It doesn't stop there.

---

7  Article II, section 1, clause 5 of the US Constitution
8  18 U.S.C. § 245(b)(1)(A)
9  The 1990 Copenhagen Commitment

20241021: Criminal Complaint: 2024 election interference and tampering, human rights violations, disability discrimination

Page 4 of 22

These people lacked the authority to even impose the requirements that they would not grant a mandatory medical exception for. Violating the 10th amendment to the US Constitution, by the state attempting to defraud or thievingly conniving "the people" of the right to establish qualifications for the Presidency as explicitly conferred to the US Constitution in Article II, section 1, clause 5 of the US Constitution, which inferior state laws conflict with, and even goes against the founding principles and traditions of Mr. Tyler's once great nation[10]; thus and in accordance with Article VI, clause 2 of the US Constitution (the "Supremacy clause"), the criteria established in the US Constitution supersedes and preempts the inferior state laws. U.S. Const. art. I, § 4, cl. 1 does not include setting criteria; times, places, and manner, not qualifications or criteria.

Seemingly Mr. Tyler is the first US Presidential candidate to actually catch this plainly unconstitutional, illegal and illegitimate government overreach.

Promulgated by *Trump v. Anderson, No. 23-719, 601 U.S. (2024)*, "*It would be incongruous to read this particular Amendment as granting the States the power — silently no less — to disqualify a candidate for federal office,*" establishes: (1) States lack the power to disqualify a candidate for federal office and, (2) that not including a candidate on the ballot, even for a primary would be disqualifying the candidate. Constituting violations of: 18 U.S.C. § 595, 18 U.S.C. §§ 241-242, and of Article 1, section 1 to the US Constitution; "*All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.*"

Even if states are able to impose the ballot access requirements, which no one has been able to cite any constitutional amendments establishing it; the states would still be required to comply with anti-disability discriminatory obligations, thus the states would still be required to operate inclusively to the individual, and to provide reasonable accommodations; if the reasonable accommodations are ***demonstrated*** to cause an undue hardship or fundamentally alter the goods/services as required by law, how not doing work would cause an undue hardship Mr. Tyler doesn't know, some of these people have purported it without demonstrating it; the state is still required to be inclusive to the individual and provide alternatives viable to the individuals.

Although the government plainly says the ADA applies to "*all aspects of voting,*"[11] the simplest reason for the modifications, aside from being a decent human, as the United States races to bottom of a collapse like the former Soviet Union did, is inaccessibility. *From people not doing it out of the goodness of their own hearts and from the federal*

---

10  "*...until the late 1800's, all ballots cast in this country were write-in ballots. The system of state-prepared ballots, also known as the Australian ballot system, was introduced in this country in 1888. See L.E. Fredman, The Australian Ballot: The Story of an American Reform ix (1968). Prior to this, voters prepared their own ballots or used preprinted tickets offered by political parties. Since there were no state-imposed restrictions on whose name could appear on a ballot, individuals could always vote for the candidates of their choice.*" Burdick v. Takushi, 504 U.S. 428, 446 (1992)

11  https://www.ada.gov/resources

*government discriminating against people with a disability by not enforcing anti-disability discrimination laws, most of the US is not accessible to people with a disability; whilst this might not seem like a problem to most, most would likely be forgetting about our military veterans who risk it all for us to have it all, and sometimes get injured.*

a) Butte County Courthouse (One Court Street Oroville, CA 95965-3303) lacks an ADA stall on the right side of the building

b) North Butte County Courthouse (1775 Concord Ave., Chico, CA 95928) has the wheelchair accessible counter furthest away from the entrance; the purpose of ADA/disabled parking is meant for people who have mobility issues, people who have trouble walking for long distances to have a shorter distance to walk and here a brand new courthouse makes a person in a wheelchair travel the furthest away, violating Cal. Gov't Code § 11135.

c) City of Chico Code Enforcement and/or Building Department is allowing public accommodations such as Costco Wholesale (2100 Dr Martin Luther King Jr Pkwy, Chico, CA 95928) has been allowed to relocate their disabled parking not only further away from the entrance but also where people in wheelchairs have to wheel behind vehicles that might not see a shorter stature person in a wheelchair behind the vehicle and reverse over them,

d) 2018 "Camp Fire" – in a [SIC fraud] "wild" fire planned and executed over multiple years by: the State of California, CalFire, US Forest Service, National Park Service, Bureau of Land Management, California Public Utilities Commission, former California Governor Edmund "Jerry" Gerald Brown Jr., former Lt. Governor and now current Governor Gavin Newsom, and PG&E, not only did the government not do its mandatory fire prevention[12], not only did CalFire not try to keep the fire out of Paradise, not only were we denied initial air support because of "the time of the day," **the government never helped disabled people evacuate. Despite being on a local first notify emergency lists, not one CalFire "fire fighter" came to help Mr. Tyler's disabled, wheelchair bound mother evacuate or to even see if Ms. Tyler needed help. Not one. "Fire fighters" left Ms. Tyler to be burned alive, after Ms. Tyler's eyes would have melted from her head; just like the _more_ than 85 people that died, they've have just been covered up. Check banking records for the area for accounts that haven't been accessed since the fire, as well as unclaimed insurance policies since the fire.**

  i. Why has every law enforcement agency that has investigated fires caused by PG&E violated California Penal Code § 679.026(b) and California Penal Code § 679.026(c) against every crime victim? Including without limitation to: CalFire, local DA's, and former California Attorney General Xavier Becerra? Why have the courts violated the law against crime victims? If PG&E is required to annually maintain their foliage around their equipment and any of the five or more government agencies had been enforcing the law, why was the first and only time an independent 3,000+ person camp[13] established a month and a half before the fire

---

12  California Public Resources Code § 714
13  https://www.youtube.com/watch?v=7UD7WgxyNOg

20241021: Criminal Complaint: 2024 election interference and tampering, human rights violations, disability discrimination

Page 6 of 22

1      purportedly for the purpose of foliage removal[14] which would ultimately facilitate
2      FEMA? Why was a commodity broker allowed to chapter 11 in violation of 11
3      U.S.C. § 109(d)? Why is the ninth circuit trying to refuse to throw out PG&E's
4      illegal chapter 11? Why is the "news media" local or national refusing to cover any
5      of this?  www.FraudFires.com

6

7    e)  2018 - present – Representative Doug LaMalfa's office (120 Independence Circle Suite
8        B Chico, CA  95973) is completely inaccessible to a person who cannot climb stairs;
9        violating a person's 1st amendment right to petition the government; 18 U.S.C. §§ 241-
10      242.
11   f)  2021 – by artificially lowering the speed limit without a traffic engineering survey (flow
12       of traffic, not designing of the road) done to justify a reduced speed on a federal
13       interstate, Winnemucca, NV was operating an illegal speed-trap.  Officers chose to pull
14       over and cite Mr. Tyler for speeding.  Upon contesting the ticket, Mr. Tyler arrived at the
15       Winnemucca, NV courthouse at 50 W 5th St, Winnemucca, NV 89445 only to find out
16       that the courthouse is NOT ADA complaint, there is not even an ADA complaint
17       bathroom stall; no grab bars, or any other assistive device for Mr. Tyler, a qualified
18       individual with a disability to use. Not providing usable bathroom facilities at a place
19       where the State is ordering a person to go to seems like cruel and unusual treatment to
20       me.  This happened on two different occurrences.
21   g)  2024 –
22      i.  the federal building at 450 Golden Gate Ave, San Francisco, CA 94102 provides
23         parking for: law enforcement, fire, bicycles, drop offs, pick ups, deliveries, and yet
24         there is not one single disabled parking place.  Whilst Mr. Tyler has no qualms with
25         driving his vehicle right up to or even inside of such a building, you people would
26         likely cry like little girls in such an event
27         1)  On August 9th, 2024 Mr. Tyler referred the matter to the SF District Attorney's
28            office to investigate as required by Cal. Gov't Code § 11136.  I doubt SF DA's
29            office have investigated or prosecuted, and will likely need to have their funding
30            curtailed in accordance with Cal. Gov't Code §§ 11135-11139.

31

32      ii.  2024 US General Election, solely for Mr. Tyler having a disability and needing a
33         medical exception, the election officials for all 50 states:
34         1)  imposed eligibility criteria to exclude people with disabilities; and,
35         2)  excluded a qualified individual with a disability from participating in the 2024
36            election; and,
37         3)  refused to make reasonable modifications without satisfying the requirements to
38            not make them; and,
39         4)  not providing viable alternatives to Mr. Tyler's denied reasonable modifications
40            as required by law; and,
41         5)  violated Mr. Tyler's Constitutional rights; and,
42         6)  violating section 504 by not communicating timely; and,

---

14  https://www.chicoer.com/2018/09/12/pge-tackling-fire-risk-in-butte-county-one-tree-at-a-time/

20241021: Criminal Complaint: 2024 election
interference and tampering, human rights
violations, disability discrimination                    Page 7 of 22

1       7)  violated the 10th amendment to the US Constitution; and,
2       8)  defrauding the State; and,
3       9)  honest services fraud; and,
4       10) defrauding the federal government; and,
5       11) wire fraud; and,
6       12) conspiracy; and,
7       13) conspiracy after the fact

The worst part of these state sanctioned discrimination actions is the US general election has no relevance with who or even how the US President is actually elected. None.

In what is purported to be the greatest nation ever, seemingly most of the United States' own citizens have literally no clue that who they vote for in the US general election has no affect on who the next US President is. None. Thus there aren't even "swing states," it is all a contrived facade to exercise control over the United States' citizens who are ignorant of reality.

If no one voted in the US general election, the electoral college would still vote how they want to vote because in violation of our 5th and 14th amendment rights, our votes do not matter.

**270 people decide who the US President is, without any obligation for anyone else.**

**Citizens don't even have a right to vote for their own electorates**

If ever elected President of the United States, Mr. Tyler vows to replace the electoral college with popular vote, giving power back to the people.

Several times throughout US history even, those 270 people did NOT vote according to how the majority wanted.

The electoral college does not even vote until sometime ***after*** the "news media" purports that the US President has been chosen by voters a day after the day to cast ballots is done. The continued use of the electoral college seems like a violation of Mr. Tyler's 5th and 14th amendment rights of equal treatment; and although the founding of our country might have warranted the "electoral college," the time has long since past for the "electoral college" to be replaced with the majority vote, where everyone's vote counts, and only counts once, not like Wyoming votes counting for more than one vote with the electoral college. *Nothing against people in Wyoming, whoever designed the electoral college concept really screwed the rest of us with you though.*

20241021: Criminal Complaint: 2024 election interference and tampering, human rights violations, disability discrimination

Page 8 of 22

**Note:** As Congress gives multi-million, billion, and likely trillion dollar corporations millions or more dollars in welfare every year whilst violating a person with a disability's 5ᵗʰ amendment right by offering the least amount of socioeconomic help as lawfully possible, as such Mr. Tyler is indigent and has been unable to retain counsel, or afford birth control when visiting separatist states. In an effort to mitigate costs Mr. Tyler is only providing some of the communications; if Congress or any law enforcement or attorney is interested in the other communications, please let Mr. Tyler know and they will be published on Mr. Tyler's website, https://www.TylerPresident.com. Mr. Tyler is willing to meet and cooperate with Congress on this matter, however, again indigent so Congress would have to provide for everything; round trip first class airfare, 5 star lodging, 3 star Michelin restaurant sustenance, and whilst Mr. Tyler would prefer the US military provide transportation, a law enforcement vehicle (with flashing lights) to safely transport Mr. Tyler around will suffice.

## V. CAUSES FOR ACTION

1. **Secretary of State, all 50 states; Section 504 / ADA, refusing to make reasonable modifications**

   a) Not operating in the most integrated setting for the individual, states are excluding Mr. Tyler from the 2024 general election for Mr. Tyler having a disability and needing a mandatory medical accommodation; 28 C.F.R. § 35.130(a), (d); 28 C.F.R. § 35.160(b)(1); 42 U.S.C. § 12182(b)(1)(B), (2)(A)(iii); 42 U.S.C. § 2000a(a), (d); 42 U.S.C. § 2000d; and,

      i. These people literally ignored these laws that mandate inclusion and were literally working to exclude rather than include Mr. Tyler.

      ii. Mr. Tyler cited laws throughout the communications with them, and even at times went so far as to provide a link or url for the law Mr. Tyler was referring to, these people knew of the laws. Mr. Tyler made sure of it from the start.

      iii. They knowingly and intentionally acted with blatant disregard for the letter of the law or basic human rights.

   b) Imposing eligibility criteria that screens out or tends to screen out an individual with a disability; 28 C.F.R. § 35.130(b)(3), (6), (8); 42 U.S.C. § 12182(b)(1)(A)(i), (2)(A)(iii); and,

   c) Refusing to make reasonable modifications; 28 C.F.R. § 35.130(b)(1)(i)-(iii), (iv)-(vii), (2), (7); 42 U.S.C. § 12182(b)(2)(A)(ii); and,

   d) Some states are purporting whilst failing to demonstrate how honoring my section 504/ ADA request for reasonable modifications would fundamentally alter anything; 28 C.F.R. § 35.164; and,

   e) **Federally protected activities--**

      i. Interfering with Mr. Tyler's ability to qualify and campaign as a candidate for elective office in any primary, special, or general election; 18 U.S.C. § 245(b)(1)(A); and,

20241021: Criminal Complaint: 2024 election interference and tampering, human rights violations, disability discrimination

Page 9 of 22

ii. Interfering with Mr. Tyler participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; 18 U.S.C. § 245(b)(1)(B); and,

iii. Interfering with Mr. Tyler participating in or enjoying the benefits of any program or activity receiving Federal financial assistance; 18 U.S.C. § 245(b)(1)(E); and,

iv. Violating at least one international law, the 1990 Copenhagen Commitment; specifically sections: 5.1, 5.3, 5.4, 6, 7.1, 7.3, 7.5, 7.6, 7.7, 7.8; and,

f) Deprivation of right under color of law or official right, Mr. Tyler's 14th amendment right, equal treatment; 18 U.S.C. § 242; and,

g) Two or more people conspiring to deprive rights; 18 U.S.C. § 241; and,

h) Seemingly constituting a deprivation of rights, 42 U.S.C. § 1983; and,

i) Negligent to prevent, 42 U.S.C. § 1986; and,

j) Interference by administrative employees of Federal, State, 18 U.S.C. § 595; and,

k) Required to prosecute pursuant to 42 U.S.C. § 1987

l) **California Secretary of State**

i. RICO; There being two separate instances is a pattern of racketeering activity; dealing in obscene matter, fraud, obstruction of justice, and racketeering

2. **US Department of Justice, Civil Rights Division**
   a) **Note:** after Mr. Tyler's initial three complaints were made and rights violated by the Department of Justice, Mr. Tyler saw making the additional 47 criminal complaints as a waste of Mr. Tyler's time.
   b) Failure by the Department of Justice to request such additional funds as may be necessary to apply the policy set forth in this section throughout the United States, 42 U.S.C. § 2000d–6(d); and,
   c) Failure by the Department of Justice to promulgate and denial of the benefits of the Department of Justice, 29 U.S.C. § 794(a); and,
   d) Failure by the Department of Justice to induce compliance, 28 C.F.R. § 42.108(a) ; and,
   e) Failure by the Department of Justice to investigate alleged violations of this subchapter, 42 U.S.C. § 12188(b)(1)(A)(i) ; and,
   f) Failure of the Assistant Attorney General to coordinate the compliance activities of Federal agencies with respect to State and local government components, 28 C.F.R. § 35.190(a); and,
   g) Failure by the Department of Justice to investigate section 504 complaints, 28 C.F.R. § 35.171(ii)(3)(i) ; and,

20241021: Criminal Complaint: 2024 election interference and tampering, human rights violations, disability discrimination

Page 10 of 22

h) Failure by the Department of Justice to notify the public entity of the receipt and acceptance of the complaint, 28 C.F.R. § 35.171(c)(1); and,

i) Failure by the Department of Justice to investigate complaints for which it is responsible under § 35.171, 28 C.F.R. § 35.172(a); and,

j) Failure of the Department of Justice to attempt informal resolution of any matter being investigated under this section, 28 C.F.R. § 35.172(c); and,

k) Seemingly constituting a deprivation of rights, 42 U.S.C. § 1983; and,

l) Negligent to prevent, 42 U.S.C. § 1986; and,

m) Interference by administrative employees of Federal, State, 18 U.S.C. § 595; and,

n) Deprivation of rights, 18 U.S.C. § 242; and,

o) Deprivation of rights two or more people, 18 U.S.C. § 241; and,

p) **Federally protected activities--**

    i. Interfering with Mr. Tyler's ability to qualify and campaign as a candidate for elective office in any primary, special, or general election; 18 U.S.C. § 245(b)(1)(A); and,

    ii. Interfering with Mr. Tyler participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; 18 U.S.C. § 245(b)(1)(B); and,

    iii. Interfering with Mr. Tyler participating in or enjoying the benefits of any program or activity receiving Federal financial assistance; 18 U.S.C. § 245(b)(1)(E); and,

    iv. Violating at least one international law, the 1990 Copenhagen Commitment; specifically sections: 5.1, 5.3, 5.4, 6, 7.1, 7.3, 7.5, 7.6, 7.7, 7.8; and,

q) RICO, Racketeering activity: dealing in obscene matter, fraud, obstruction of justice, racketeering

3. **Representatives**

a) California State offenses were directed to California State Representatives whilst US DOJ Civil Rights was directed at California Federal Representatives. To date, not one representatives' office has contacted me back.   Contact was done via email for US Senator Laphonza Butler (casework@butler.senate.gov) and US Senator Alex Padilla (casework_padilla@padilla.senate.gov).  Other representatives, US Rep. Doug LaMalfa and CA. Ass. James Gallagher were contacted via representatives' official website contact form.  Mr. Tyler did take screenshots of the successful submission but cannot establish what the representatives received via the representative's website's form, which is why **all public offices must have mandatory public email address**, so that a person in Mr. Tyler's position could have emailed the representatives and maintained a copy of the sent email.

20241021: Criminal Complaint: 2024 election interference and tampering, human rights violations, disability discrimination

Page 11 of 22

i.  Rep. Doug LaMalfa's office (120 Independence Circle Suite B Chico, CA 95973) is
    completely inaccessible to a person who cannot climb stairs. Depriving a person
    with a disability their right to petition the government for redress of grievances
    without first affording them due process.

4. **California**

   a) **California Secretary of State**

   i.  February of 2024, Mr. Tyler sent a section 504 / ADA request for reasonable
       modifications via USPS to California Secretary of State.

   ii. July 10, 2024, having heard nothing from California Secretary of State, Mr. Tyler
       emailed a revised section 504 / ADA (Title I and Title II) request for reasonable
       modifications to: sos.hr@sos.ca.gov and healthandsafety@sos.ca.gov.

   iii. July 26, 2024, approximately 6 months from initial contact (violating section 504),
       "Legal Affairs Office" (legalsupport@sos.ca.gov) emailed Mr. Tyler confirming
       receipt of both requests for modifications; also indicating that both requests were
       forwarded to "...our Elections Division and legal staff for review".

   iv. Despite several other email attempts from Mr. Tyler, no one has contacted Mr. Tyler
       about the matter again.

   b) **California State Treasurer**

   i.  July 23, 2024 @ 11:11am, Mr. Tyler reported the California Secretary of State's
       violations of the provisions of Cal. Gov't Code §§ 11135-11139 to California State
       Treasurer.

       In accordance with Cal. Gov't Code § 11136, instructing California State Treasurer
       to cause to be instituted a hearing conducted pursuant to the provisions of Chapter 5
       (commencing with Section 11500) of this part to determine whether a violation has
       occurred. In accordance with Cal. Gov't Code § 11137, to curtail funding if
       determined to be correct.

   ii. July 25, 2024, "Christian Daly (戴克森), MPP" (Christian.Daly@treasurer.ca.gov)
       emailed Mr. Tyler indicating, *"After a review of your email and attachment, the
       State Treasurer's Office cannot take the actions against the Secretary of State's
       office in which you are requesting."*

   c) **Butte County District Attorney's Office**

20241021: Criminal Complaint: 2024 election
interference and tampering, human rights
violations, disability discrimination

Page 12 of 22

i.  July 9, 2024, Mr. Tyler emailed the local District Attorney, Michael Lee Ramsey (DA@buttecounty.net), apprising Mr. Ramsey in detail of the crimes that the US Department of Justice Civil Rights Division and California Secretary of State were committing against Mr. Tyler and requesting criminal prosecution.

ii.  July 13, 2024, Mr. Tyler emailed local District Attorney, Michael Lee Ramsey (DA@buttecounty.net), including photographic evidence that Mr. Tyler's request is legitimate, the photographs show when Mr. Tyler went on the "8th grade Washington D.C. trip," Mr. Tyler was pushed in a wheelchair during the entire trip. And indicating to Mr. Ramsey that although Mr. Ramsey has always claimed that he cannot enforce federal law, Alvin Bragg prosecuting Donald Trump for federal offenses establishes that a local DA can enforce federal laws, even in this case through the California Unruh Civil Rights Act.

iii.  July 15, 2024, Mr. Tyler emailed Mr. Ramsey to provide additional federal statutes to effectuate compliance with the federally required anti-disability discrimination.

iv.  July 19, 2024, still having heard nothing, Mr. Tyler emailed Mr. Ramsey (DA@buttecounty.net) and cc'd Butte County Human Resources (ADAAccessibility@buttecounty.net) to remind them, "*Section 504 of the Rehabilitation Act of 1973 does mandate '...effective communication...'*"

v.  Never a single response to date.

vi.  **Note:** If Butte County DA's office refuses to criminally prosecute California Secretary of State and/or US DOJ: Civil Rights Division, in light of 3 other times (falsely arrested, booked, and processed into county on a bogus FTA warrant by PPD; in 2016 as a ***non-member*** falsely imprisoned/held against Mr. Tyler's will by Costco in Chico employees for not abiding by the **member rules** of showing my receipt [the incident is recorded], Costco employees knew Mr. Tyler was no longer a member as Costco in Chico previously took retaliatory action by terminating Mr. Tyler's Costco membership for Mr. Tyler making an ADA reasonable accommodations request; and the 2018 "Camp Fire" where Butte County DA's office violated the law by not even telling Mr. Tyler or any other of the 50,000+ citizens of their rights as a crime victim) Butte County DA's office has not criminally prosecuted crimes committed against Mr. Tyler, and with a potential 5th instance of refusing to criminally prosecute crimes committed against Mr. Tyler occurring after this letter has been sent, as Butte County DA's office's website purports, "*To do Justice, as no one is above the Law, nor beneath its protection,*"[15]

---

15  https://www.buttecounty.net/340/District-Attorney – the last image in the slideshow at the footer of the page

20241021: Criminal Complaint: 2024 election interference and tampering, human rights violations, disability discrimination

Page 13 of 22

1          Mr. Tyler thinks there is a clear pattern of disability discrimination, false &
2          deceptive advertising, bait & switch, and honest services fraud.

3      **d) California Civil Rights Department**

4          i.  July 31, 2024, Mr. Tyler forwarded the email to California Civil Rights Division
5              (contact.center@calcivilrights.ca.gov and accommodations@calcivilrights.ca.gov).

6          ii. August 2, 2024, Mr. Tyler replied to the email chain, forwarding it to:
7              contact.center@calcivilrights.ca.gov

8              accommodations@calcivilrights.ca.gov

9              ismail.ramsey@usdoj.gov

10            pamela.johann@usdoj.gov

11       iii. October 10, 2024, Chanel Brown with the California Civil Rights Department, (279-
12            236-8120 and 916-215-9967), called Mr. Tyler. (voicemails are retained and will be
13            published on TylerPresident.com)

14       iv. October 22, 2024 @ 11:10AM, having heard nothing, Mr. Tyler called Chanel
15            Brown (279-236-8120) back to see what was happening, ultimately leaving a
16            voicemail indicating basically that Mr. Tyler knows that the California "Civil Rights
17            Department" is not going to help and that Mr. Tyler hopes these people go to prison.

18        v.  November 1, 2024, Chanel Brown from California "Civil Rights Department" called
19            to purport that an intake closure form has been sent, at the time of writing Mr. Tyler
20            has yet to receive it; and to let Mr. Tyler know that the California "Civil Rights
21            Department" would not be helping Mr. Tyler. (voicemails are retained and will be
22            published on TylerPresident.com)

23       vi. California Civil Rights Department's "what we do"[16],

24            *"The California Civil Rights Department (CRD) enforces many of California's*
25            *robust civil rights laws, including in the areas of employment, housing, business and*
26            *public accommodations, state-funded programs and activities, professional*
27            *relationships, hate violence, human trafficking.",*

28      **e) California Highway Patrol ("CHP") [State Police]**

29          i.  September 11, 2024, Mr. Tyler went to California Highway Patrol (California's State
30            Police) 413 Southgate Ave, Chico, CA 95928 to file a police report for
31            discrimination by California Secretary of State and California State Treasurer.

---

16  https://calcivilrights.ca.gov/aboutcrd/

20241021: Criminal Complaint: 2024 election          Page 14 of 22
interference and tampering, human rights
violations, disability discrimination

1    Initially the officer purported that it's a civil matter. After correcting the officer that
2    this is criminal, the officer then purported that CHP only investigates crimes at the
3    capital. After enlightening the officer that California Secretary of State and/or
4    California State Treasurer likely work at the capital, the officer basically told me
5    that despite being an agency that spans the entire state, the officer couldn't take my
6    report, that I would have to go to the state capital to talk to California Highway
7    Patrol officers there and that there was nothing he could do.

8    A crime victim having to go to the location of the perpetrator to make a police report
9    when that isn't where the crime happened? ... do people that were abducted, raped,
10    or murdered have to make a police report the same way or just us people with a
11    disability? Whilst the crime originated from elsewhere, it ended up at my house via
12    email; as far as I can tell, if someone were shot, the crime scene in that scenario
13    would be where the bullet ended, not where it originated.

14    CHP can travel around the country to help other people in need, unless of course
15    they have a disability I wonder.

16    f) **DMV**

17    i. Excludes people with a disability from having the ability to customize license plates
18    in any shape, color, form, or lettering.

19    g) **Lack of leadership**

20    i. In Mr. Tyler's opinion, Congress and the Governors of California are culpable for a
21    lot of Mr. Tyler being discriminated against, by failing to enforce the laws that
22    they're required to enforce which leads people to forgetting or not even being
23    informed that these are crimes or business' obligations.

24    1) As far as Mr. Tyler have been able to tell, not one governor has abided by their
25    annual duty to people with a disability as mandated by California CIV § 54.5.
26    Not even California Governor Gavin Newsom ***_AFTER_*** Mr. Tyler has
27    emailed Governor Gavin Newsom about it.

28    I. Interfering with Mr. Tyler participating in or enjoying any benefit, service,
29    privilege, program, facility, or activity provided or administered by the
30    United States; 18 U.S.C. § 245(b)(1)(B); and,

31    II. Interfering with Mr. Tyler participating in or enjoying the benefits of any
32    program or activity receiving Federal financial assistance; 18 U.S.C. §
33    245(b)(1)(E); and,

20241021: Criminal Complaint: 2024 election
interference and tampering, human rights
violations, disability discrimination

Page 15 of 22

III. RICO; There being being an annual violation establishes a clear pattern of racketeering activity: dealing in obscene matter, fraud, obstruction of justice, and racketeering

h) **Attorney Generals of California**

    i.  Similarly, as far as Mr. Tyler can tell, not one California Attorney General has criminally charged a California Governor for violating California CIV § 54.5. Even when it is reported to them, with an emailed response back from the California Attorney General's office refusing to act and instead, instructing to defer the matter to an inferior agency.

    1)  RICO; There being being an annual violation establishes a clear pattern of racketeering activity: dealing in obscene matter, fraud, obstruction of justice, and racketeering

i) **Congress does not CARES act about all US citizens with a disability**

    i.  Intentionally crafted to not appear discriminatory but actually is discriminatory to people with a disability, Mr. Tyler is one US citizen that never received a cent of the 2020 CARES Act monies. Every member of Congress that signed this committed disability discrimination, during a pandemic, including former US Senator Kamala Harris.

5. **Violation of federally protected activities**

    a)  Interfering with Mr. Tyler's ability to qualify and campaign as a candidate for elective office in any primary, special, or general election; 18 U.S.C. § 245(b)(1)(A); and,

    b)  Interfering with Mr. Tyler participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; 18 U.S.C. § 245(b)(1)(B); and,

    c)  Interfering with Mr. Tyler participating in or enjoying the benefits of any program or activity receiving Federal financial assistance; 18 U.S.C. § 245(b)(1)(E); and,

    d)  Violating at least one international law, the 1990 Copenhagen Commitment; specifically sections: 5.1, 5.3, 5.4, 6, 7.1, 7.3, 7.5, 7.6, 7.7, 7.8.

6. **California Laws[17]**

    a)  *"Any person who commits fraud or attempts to commit fraud, and any person who aids or abets fraud or attempts to aid or abet fraud, in connection with any vote cast, to be*

---

17 https://www.sos.ca.gov/elections/publications-and-resources/elections-officers-digest/penalty-provisions

20241021: Criminal Complaint: 2024 election interference and tampering, human rights violations, disability discrimination

Page 16 of 22

1            *cast, or attempted to be cast, is guilty of a felony, punishable by imprisonment for 16*
2            *months or two or three years. (§ 18500.)"*

3       b) California Secretary of State and California State Treasurer,

4            i. Tampering with Ballots literally to affect the outcome by only providing California
5               Secretary of State's personally preferred candidates by working to exclude Mr. Tyler
6               *"Any public official who knowingly violates any of the provisions of Division 18,*
7               *Chapter 6, and thereby aids in any way the illegal casting or attempting to cast a*
8               *vote, or who connives to nullify any of the provisions of that chapter in order that*
9               *fraud may be perpetrated, shall forever be disqualified from holding office in this*
10              *state and upon conviction shall be sentenced to a state prison for 16 months or two*
11              *or three years. (§ 18501.)"*

12           ii. Both California Secretary of State and California State Treasurer effectively
13              defrauded Mr. Tyler, preventing Mr. Tyler from voting for Mr. Tyler, *"Every person*
14              *is guilty of a felony punishable by imprisonment pursuant to Section 1170(h) of the*
15              *Penal Code for 16 months or two or three years who furnishes any voter wishing to*
16              *vote, who cannot read, with a ballot, informing or giving that voter to understand*
17              *that it contains a name written or printed thereon different from the name which is*
18              *written or printed thereon, or defrauds any voter at any election by deceiving and*
19              *causing the voter to vote for a different person for any office than they intended or*
20              *desired to vote for. (§ 18573.)"*

21 By law enforcement not enforcing or even reporting on crimes perpetrated against a person with a
22 disability, it is effectively discriminating against all people with a disability by excluding such crimes
23 from fundamentally critical statistics that are needed to justify any and all increase in spending,
24 enforcement from detection of patterns of crimes, to resources. Thereby violating all people with a
25 disability's 5th and 14th amendments without first providing due process as required by law.

26
27   VI. **ENFORCEMENT**
28      1. **FUNDING**
29          a) In accordance with 42 U.S.C. § 12132, 42 U.S.C. § 2000d; 42 U.S.C. § 2000a(a), (d); 42
30            U.S.C. § 2000a–1; 42 U.S.C. § 2000a–2(a); 28 C.F.R. § 42.503, and 29 U.S.C. § 794;
31            pursuant to 28 C.F.R. § 42.108, 42 U.S.C. § 12133, and all other federally mandated
32            anti-discrimination clauses/requirements, Federal financial assistance has to be
33            suspended or terminated, or refused to grant or continue to all states that sanctioned
34            these acts of discrimintion.
35          b) California Government Code §§ 11135-11139 dictates that state funding has to be
36            curtailed from discrimination.

20241021: Criminal Complaint: 2024 election
interference and tampering, human rights
violations, disability discrimination

Page 17 of 22

1         i.  Other states might have similar laws that the government needs to check for and
2           enforce.
3    2. **PROSECUTION**
4      a)  Just as the US government spent who knows how much on locating and "prosecuting"
5         the insurrectionists of January 6th, 2021; suing Apple over the colors used on Apple's
6         own products, and the variety of other frivolous cases the US government has brought
7         that Mr. Tyler is too lazy to cite but will cite if ever necessary, the US government
8         according to its own laws must prosecute on Mr. Tyler's behalf[18][19], or that will be
9         discriminatory against people with disabilities and deprive Mr. Tyler of Mr. Tyler's
10        Constitutional rights without first affording Mr. Tyler "due process" as required by the
11        government's own rules/laws; prosecution includes the demonstrably prejudiced/biased
12        Civil Rights Division of the US Department of Justice.
13
14 VII.      **RESOLVE: JUSTICE & RESTITUTION**
15   1.  "Legal services" for indigent and/or people with a disability purport they can't help when
16     damages and/or restitution are owed and/or that they're too busy to help from helping
17     homeless people, discriminatory in and of itself.
18   2.  When the entire system fails and the government continues to violate a person's basic
19     human rights and US Constitutional rights without first affording one due process as
20     required by law, what is that person supposed to do? Embrace one's second amendment
21     right and defend one's life, liberties, and property from the governments' continued and
22     seemingly endless crimes? As a "Law Abiding Citizen," Mr. Tyler would prefer not to and
23     really hopes that Congress decides to rectify all of these injustices and works to prevent
24     them from repeating.
25   3.  As Mr. Tyler intends to participate in random state elections to confirm the promulgation
26     and resolve, Mr. Tyler demands Congress and/or the Department of Justice do their job and
27     ensure that people with a disability are fully able to participate in every future election, at
28     every level of society, and that this sort of criminal act never happens again; promulgate to
29     all 50 US states that the aforementioned AUTHORITY applies to all aspects of all elections:
30     federal, state, local; and for introducing ballot measures too; all aspects have to be inclusive
31     to the individual. A Governor or other person being able to introduce ballot measures
32     without needing to meet the same criteria as everyone else is a violation of the equal
33     protection clauses.
34   4.  In addition to all lawful damages, restitution, and the like owed to Mr. Tyler, in accordance
35     with the US Constitution, specifically the "takings clause" of the 5th amendment, the
36     government must also justly compensate Mr. Tyler for Mr. Tyler's efforts, work, unlawful
37     and unnecessary deprivation of life, liberty, and what is tantamount to violating Mr. Tyler's
38     13th amendment pertaining to doing all of these people's jobs to bring these people to

---

18 *"Justice Department warns against threats to voting rights,..."*
https://www.washingtonpost.com/national-security/2024/05/13/justice-department-warns-against-threats-voting-rights-election-workers
19 *"Justice Department No. 3 official pledges to fight hate crimes, fueled by personal story,"*
https://www.npr.org/2024/09/30/g-s1-25489/justice-department-hate-crimes-ben-mizer

20241021: Criminal Complaint: 2024 election
interference and tampering, human rights
violations, disability discrimination

Page 18 of 22

1    justice; in terms of dollar amounts, rather than thinking macaroni crafts, think in terms of
2    how the government [sic "justly"] compensates corporations for their efforts, in accordance
3    with the equal protections afforded by the US Constitution and all applicable federal,
4    international, and state law, Mr. Tyler hereby demands the same multi-billion dollar tax
5    exempt compensation for Mr. Tyler's efforts, work, unlawful and unnecessary deprivation
6    of life, liberty, and what is tantamount to violating Mr. Tyler's 13th amendment that
7    corporations are able to demand and receive.
8
9    What others will never know or appreciate until it is too late; "*Justice Jackson says she might have left*
10   *legal career had she known the challenges of caring for daughter,*"
11   https://www.cnn.com/2024/09/13/politics/ketanji-brown-jackson-abby-phillip-cnn-interview/
12   index.html
13
14
15   "For almost everyone in existence, it is less a matter '*if*' someone will become disabled and more a
16                                                     matter of ***when***." – Mathew Tyler
17

20241021: Criminal Complaint: 2024 election
interference and tampering, human rights
violations, disability discrimination                                          Page 19 of 22

VERIFICATION

The facts alleged in the above petition are true and correct to the best of my own knowledge and abilities.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 11/06/2024

**\* Modified 11/11/2024 to correct the DATED from 12/20/2023 to 11/06/2024.**

**Respectfully submitted,**



**Mathew L. Tyler** ℳ
550 Vallombrosa Ave # 6471
Chico, CA 95927
+1-262-757-8802
hi@tylerpresident.com



*"When it definitely have to be done correctly, Mathew Tyler, for everything else there is everyone else."* – Mathew Tyler

# TylerPresident.com, "Strength and honor"

*"The **world will** not **be destroyed** by those who do evil but by those who watch them **without doing anything**."*
– Albert Einstein

20241021: Criminal Complaint: 2024 election interference and tampering, human rights violations, disability discrimination

Page 20 of 22

**Attachments:**

1. California Secretary of State communications
2. California Treasurer communications
3. (3) Department of Justice: Civil Rights Division admission of crimes (emails)
4. US Senator Laphonza Butler communications
5. US Senator Alex Padilla communications
6. US Department of Justice emails provided with US Senator Laphonza Butler and/or US Senator Alex Padilla communications

**Not attached, to be published online:**

1. All or most communications from other states': election officials, law enforcement (state "DOJ" and attorney generals), EEOC, Lt. Governor(s), and the like related to the intentional rigging and interference in the 2024 general election.

cc:

Attn: US Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW, Washington, DC 20530-0001

U.S. Marshals Service
501 I Street, Suite 5600, Sacramento, CA 95814-7304

Attn: California Attorney General
California Department of Justice
P.O. Box 944255, Sacramento, CA 94244-2550

House Judiciary Committee - Subcommittee on the Constitution, Civil Rights, and Civil Liberties
2141 Rayburn House Office Building
Washington, DC 2051510

Tom Lantos Human Rights Commission
4150 O'Neill House Office Building, 200 C Street SW, Washington, D.C. 20515

House Administration Committee
1309 Longworth House Office Building, Washington, D.C. 2051511

Senate Rules and Administration Committee
511 Hart Senate Office Building, Washington, DC 2051013

United States Commission on Civil Rights
1331 Pennsylvania Ave., NW, Suite 1150, Washington, DC 2042514

20241021: Criminal Complaint: 2024 election                    Page 21 of 22
interference and tampering, human rights
violations, disability discrimination

1
2
3
4    **Notice**
5    In approximately 14 days, probably the "news media"
6
7    In an undermined time, the world
8
9

20241021: Criminal Complaint: 2024 election                    Page 22 of 22
interference and tampering, human rights
violations, disability discrimination

## Quit screwing around and save the USA

**Mathew Tyler <\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*>** Fri, Jan 10, 2025 at 12:44 PM
To: Senator_padilla@padilla.senate.gov

With the unavoidable union of the USA via Trump with Russia, China, and North Korea, perhaps you realize now that the only way to save the USA from the resurrection of the Third Reich is to accept the truth, the entire 2024 election was rigged from the beginning to exclude Mathew Tyler simply and solely for having a physical disability.

If these people were willing to violate the US Constitution and federal anti-discrimination laws, they are more than willing to violate the election in other ways too.

The evidence is never going anywhere. This election will always be illegitimate as "Fruit of the poisonous tree", as such, for better and worse, any and all contracts will be illegitimate as well.

Again, the evidence is not going anywhere, ever.

Discrimination for someone having a disability is a hate crime, some of your brethren will be going to prison for committing a hate crime, whether you join them or not is up to you.

All information is published online, https://www.TylerPresident.com.

It doesn't matter to me if it's 4 years, 8, 12, whenever, I will hold you accountable for your crimes against me.

**5 attachments**

📄 **senator-padilla-agency-assistance-Tyler.pdf**
88K

📄 **202410_Criminal-Complaint-to-Congress_election-interference-tampering-fraud.pdf**
3210K

📄 **2024_CA_treasurer_emails_combined.pdf**
6172K

📄 **2024_CA_SOS_emails_combined.pdf**
10805K

📄 **2024_DOJ_Civil-Rights-Division_emails_combined_redacted.pdf**
452K