IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW TYLER, | No. 2:25-CV-0404-DAD-DMC |
| Plaintiff, | |
| v. | ORDER |
| 118TH US CONGRESS, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Defendant New Hampshire Department of Justice and Defendant Utah's joint motion for administrative relief pursuant to Eastern District of California Local Rule 233. See ECF No. 24. Plaintiff has not filed any opposition within the time allowed therefor under Local Rule 233(b) and the matter is now submitted for immediate decision without a hearing pursuant to Local Rule 233(c).

In their motion for administrative relief, Defendants seek an extended deadline to "respond and oppose any pending or future motions brought by Plaintiff until a reasonable time following a decision on Defendants' pending motions to dismiss." ECF No. 24, pg. 2. Good cause appearing therefor and given Plaintiff's lack of any opposition, Defendants' motion for

/ / /

/ / /

1

administrative relief is granted.  Defendants New Hampshire Department of Justice and Utah will have 30 days to respond to Plaintiff's pending and future motions, if such response is necessary, from the date of the Court's final ruling on Defendants' motions to dismiss.

        IT IS SO ORDERED.

Dated:  April 10, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE