UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW TYLER,<br><br>       Plaintiff,<br><br>   v.<br><br>118TH US CONGRESS, et al.,<br><br>       Defendants. | No.  2:25-cv-00404-DAD-AC (PS)<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTIONS TO DISMISS WITHOUT LEAVE TO AMEND<br><br>(Doc. Nos. 15, 23, 33, 47, 48, 49, 50) |

Plaintiff Mathew Tyler is proceeding *pro se* in this civil action which plaintiff initiated by filing his complaint in this court on January 30, 2025.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 29, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendants' motions to dismiss (Doc. Nos. 15, 23, 33) be granted.  (Doc. No. 48.)  Specifically, the magistrate judge concluded that personal jurisdiction was lacking as to the Utah defendants and that plaintiff had failed to state a cognizable claim against any of the California or New Hampshire defendants.  (*Id.* at 4–12.)  Finally, the magistrate judge concluded that the granting of leave to amend here would be futile because the lack of personal jurisdiction could not be cured, plaintiff's other claims asserted against the California and New Hampshire defendant were clearly precluded by controlling authority, and the court lacked the authority to

1

grant the relief requested by plaintiff–a declaration that the 2024 presidential election is null and void.  (*Id.* at 12–13.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  (*Id.* at 14.)  On September 15, 2025, plaintiff filed objections to the pending findings and recommendations.  (Doc. No. 51.)  Although lengthy, plaintiff's objections fail to meaningfully address the well-reasoned analysis set forth in the findings and recommendations.  Instead plaintiff advances arguments such as, for example, that the defendants' alleged conduct "rises to the level of a federal hate crime" and claims that the pending findings and recommendations are "built upon a cascade of catastrophic errors."  (Doc. No. 51 at 21, 37.)  In short, plaintiff's objections simply provide no basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1.    The findings and recommendations issued on August 29, 2025 (Doc. No. 48) are adopted in full;

2.    Defendants' motions to dismiss (Doc. Nos. 15, 23, 33) are granted without leave to amend;

3.    Plaintiff's remaining motions (Doc. Nos. 47, 49, 50) are denied as having been rendered moot by this order; and

4.    The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **March 17, 2026**                    _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2